# **EXHIBIT "A"**

New Way Machine Components Inc. trading as New Way Air Bearings
Cash Collateral Budget
Period Ending June 9th 2024

| | 4/28/2024 | 5/5/2024 | 5/12/2024 | 5/19/2024 | 5/26/2024 | 6/2/2024 | 6/9/2024 | Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Cash Receipts** | | | | | | | | |
| A/R Receipts PNC Bank | 119,400 | 79,800 | 129,600 | 81,600 | 94,000 | 82,730 | 94,179 | 681,309 |
| Transfers In - PNC Bank (Note 3) | 67,850 | 91,800 | 52,350 | 93,400 | 99,750 | 110,456 | 110,568 | 626,175 |
| AR Receipts Fulton Bank | 59,700 | 39,900 | 64,800 | 102,000 | 117,500 | 103,413 | 117,724 | 605,037 |
| Transfers Out - Fulton Bank | -67,850 | -91,800 | -52,350 | -93,400 | -99,750 | -110,456 | -110,568 | -626,175 |
| **Total cash receipts - PNC** | 187,250 | 171,600 | 181,950 | 175,000 | 193,750 | 193,186 | 204,747 | 1,307,484 |
| Material supplier payments (Note 2) | 55,667 | 49,150 | 56,651 | 58,597 | 56,218 | 48,500 | 57,074 | 381,857 |
| **Total Product Disbursements** | 55,667 | 49,150 | 56,651 | 58,597 | 56,218 | 48,500 | 57,074 | 381,857 |
| Operating Disbursements Payroll & Taxes (Note 1) | 0 | 175,000 | 0 | 175,000 | 0 | 175,000 | 0 | 525,000 |
| Repairs and Maintenance | 1,336 | 506 | 895 | 75 | 559 | 0 | 1,224 | 4,595 |
| Warehouse -- misc | | | | | | | | 0 |
| Warehouse supplies | 1,463 | 554 | 980 | 83 | 612 | 0 | 1,341 | 5,032 |
| Truck leasing/rentals & maint | | | | | | | | 0 |
| Delivery expenses | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 21,000 |
| R&M trucks | | | | | | | | 0 |
| Transportation supplies | | | | | | | | 0 |
| Sales expenses | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 10,500 |
| 401(k) | | 12,000 | | 12,000 | | 12,000 | | 36,000 |
| Rent 30 McDonald | | 6,760 | | | | 6,760 | | 13,520 |
| CAM 30 McDonald | | 2,707 | | | | 2,707 | | 5,414 |
| Rent 50 McDonald | | | | 22,500 | | | 22,500 | 45,000 |
| Utilities | | | 7,000 | 7,000 | | | 7,000 | 21,000 |
| Hardware supplies | 3,652 | 1,382 | 2,446 | 206 | 1,527 | 0 | 3,346 | 12,561 |
| Insurance - business | | | 6,000 | | | | 6,000 | 12,000 |
| Insurance - medical | | | | | 50,000 | | | 50,000 |
| R&M office equipment | | | | | | | | |
| Software maintenance | 1,884 | 713 | 1,262 | 106 | 788 | 0 | 1,727 | 6,481 |
| **Total Operating Disbursement** | 12,836 | 204,122 | 45,584 | 198,971 | 57,985 | 200,967 | 47,638 | 768,103 |
| **Operating cash flow** | 118,747 | -81,672 | 79,715 | -82,568 | 79,547 | -56,281 | 100,035 | 157,524 |

This analysis was based upon information obtained from the management of New Way Air Bearing Inc.. Asterion Consulting has not audited or reviewed the financial information contained herein and therefore expresses no form of assurance on these results.

New Way Machine Components Inc. trading as New Way Air Bearings
Cash Collateral Budget
Period Ending June 9th 2024

|  |  | 4/28/2024 | 5/5/2024 | 5/12/2024 | 5/19/2024 | 5/26/2024 | 6/2/2024 | 6/9/2024 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Other Disbursements Adequate protection payments** |  | - | - | - | - | - | - | - | - |
| PNC Bank (A)-- equipment | -8284 | - | 11,835 | - | - | - | 11,835 | - | 23,670 |
| PNC Bank (B)-- equipment | -5982 | 3,356 | - | - | - | 3,356 | - | - | 6,712 |
| PNCEF (C)-- equipment | -5316 | 1,403 | - | - | - | 1,403 | - | - | 2,806 |
| PNCEF (D)-- equipment | -5314 | - | 2,604 | - | - | - | 2,604 | - | 5,208 |
| PNC Bank Line of Credit | -9977 | - | - | 17,789 | - | - | - | 17,789 | 35,577 |
| Company professional fees: |  |  |  |  |  |  |  |  |  |
| Counsel - Debtor |  |  |  |  |  |  |  |  |  |
| Counsel -- special |  |  |  |  |  |  |  |  |  |
| Financial advisors |  |  |  |  |  |  |  |  |  |
| Accountants |  |  |  |  |  |  |  |  |  |
| **Total Other Disbursements** |  | 4,759 | 14,439 | 17,789 | 0 | 4,759 | 14,439 | 17,789 | 73,973 |
| **Total Cash Flow** |  | 113,988 | (96,111) | 61,926 | (82,568) | 74,788 | (70,720) | 82,247 | 83,550 |
| PNC Bank Cash -- Beginning |  | $29,000 | $142,988 | $46,877 | $108,803 | $26,235 | $101,023 | $30,304 | $29,000 |
| PNC Bank Cash -- Ending |  | $142,988 | $46,877 | $108,803 | $26,235 | $101,023 | $30,304 | $112,550 | $112,550 |
| Fulton Bank Cash -- Beginning |  | $80,000 | $71,850 | $19,950 | $32,400 | $41,000 | $58,750 | $51,706 | $80,000 |
| Fulton Bank Cash -- Ending |  | $71,850 | $19,950 | $32,400 | $41,000 | $58,750 | $51,706 | $58,862 | $58,862 |
| Total Cash - Beginning |  | $109,000 | $214,838 | $66,827 | $141,203 | $67,235 | $159,773 | $82,010 | $109,000 |
| Total Cash - Ending |  | $214,838 | $66,827 | $141,203 | $67,235 | $159,773 | $82,010 | $171,412 | $171,412 |

Note 1 - Payroll includes salaries, wages and related payroll taxes and expenses

Note 2 - Includes COD and purchases on a pay as needed basis

Note 3 - Assumes prior month Fulton balance and 50% of current month collections transferred to PNC for disbursements

This analysis was based upon information obtained from the management of New Way Air Bearing Inc.. Asterion Consulting has not audited or reviewed the financial information contained herein and therefore expresses no form of assurance on these results.