IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | Chapter 11, Subchapter V |
| | : | |
| **NEW WAY MACHINE COMPONENTS, INC.** | : | Case No. 24-11362(AMC) |
| **t/a NEW WAY AIR BEARINGS** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

### INTERIM ORDER AUTHORIZING THE USE OF CASH COLLATERAL AND THE GRANT OF ADEQUATE PROTECTION

**AND NOW,** upon consideration of the Motion of Debtor for Entry of an Order, Pursuant to 11 U.S.C. § 363(c) and Fed. R. Bankr. P. 4001, Authorizing Debtor to Use Cash Collateral and Provide Adequate Protection (the "Motion"), and after notice and hearing, it is hereby **ORDERED** that:

1. The Debtor is authorized to use "cash collateral" as that term is defined in § 363(a) of the Bankruptcy Code ("Cash Collateral") during the period from the date of the commencement of its Chapter 11 case (the "Petition Date") through June _____, 2024.

2. The Debtor's use of Cash Collateral through June _____, 2024, shall be for the purposes of paying all reasonable and necessary expenses related to the operation of its business, including all trust fund payroll and sales taxes, in accordance with the budget attached to this Order as Exhibit "A."

3. To the extent of any diminution in value of the pre-petition Cash Collateral of PNC Bank, National Association ("PNC"), PNC is hereby granted valid, binding, enforceable and perfected post-petition replacement liens on the Debtor's assets which are created, acquired, or arise after the Petition Date, but limited to only those types and descriptions of collateral in which

PNC holds a pre-petition lien or security interest (the "<u>Replacement Liens</u>"). The Replacement Liens shall have the same priority and validity as PNC's pre-petition security interests and liens.

4. This Order authorizing the use of Cash Collateral shall be sufficient and conclusive evidence of the validity of PNC's Replacement Liens upon the Debtor's post-petition Cash Collateral without the necessity of filing or recording by PNC of any financing statements, or other documents which may otherwise be required under the laws of any jurisdiction or the taking of any action to validate or protect the post-petition replacement security interests and liens granted to PNC by this Order.

5. This Order is without prejudice to the rights of the Debtor, its creditors, any trustee appointed herein, or other parties in interest, to contest the validity, extent or priority of any rights granted to PNC by any pre-petition loan agreement or any security interest arising out of or related to any such pre-petition loan agreement.

6. This Order is without prejudice to the rights of the parties to seek any further or different relief after the expiration of this interim period or modification of this Order.

7. A further hearing to consider whether the Debtor's use of Cash Collateral can be extended beyond May _____, 2024, shall be held on **May _____, 2024 at _____ .m. in Courtroom No. 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107**.

8. A copy of this Order shall be served on or before April _____, 2024, by the Debtor's counsel upon (i) the twenty (20) largest unsecured creditors in this bankruptcy case, (ii) the Office of the United States Trustee, (iii) all parties who have timely filed requests for notices under Bankruptcy Rule 2002, (iv) PNC or its counsel (if known), and (v) all parties known to the Debtor

to have liens on or a security interest in Cash Collateral.

**BY THE COURT:**

Dated: _____            _____
                                                       ASHELY M. CHAN,
                                                       UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT "A"**

New Way Machine Components Inc. trading as New Way Air Bearings
Cash Collateral Budget
Period Ending June 9th 2024

| | 4/28/2024 | 5/5/2024 | 5/12/2024 | 5/19/2024 | 5/26/2024 | 6/2/2024 | 6/9/2024 | Total |
|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | |
| A/R Receipts PNC Bank | 119,400 | 79,800 | 129,600 | 81,600 | 94,000 | 82,730 | 94,179 | 681,309 |
| Transfers In - PNC Bank (Note 3) | 67,850 | 91,800 | 52,350 | 93,400 | 99,750 | 110,456 | 110,568 | 626,175 |
| AR Receipts Fulton Bank | 59,700 | 39,900 | 64,800 | 102,000 | 117,500 | 103,413 | 117,724 | 605,037 |
| Transfers Out - Fulton Bank | -67,850 | -91,800 | -52,350 | -93,400 | -99,750 | -110,456 | -110,568 | -626,175 |
| **Total cash receipts - PNC** | 187,250 | 171,600 | 181,950 | 175,000 | 193,750 | 193,186 | 204,747 | 1,307,484 |
| Material supplier payments (Note 2) | 55,667 | 49,150 | 56,651 | 58,597 | 56,218 | 48,500 | 57,074 | 381,857 |
| **Total Product Disbursements** | 55,667 | 49,150 | 56,651 | 58,597 | 56,218 | 48,500 | 57,074 | 381,857 |
| Operating Disbursements Payroll & Taxes (Note 1) | 0 | 175,000 | 0 | 175,000 | 0 | 175,000 | 0 | 525,000 |
| Repairs and Maintenance | 1,336 | 506 | 895 | 75 | 559 | 0 | 1,224 | 4,595 |
| Warehouse -- misc | | | | | | | | 0 |
| Warehouse supplies | 1,463 | 554 | 980 | 83 | 612 | 0 | 1,341 | 5,032 |
| Truck leasing/rentals & maint | | | | | | | | 0 |
| Delivery expenses | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 21,000 |
| R&M trucks | | | | | | | | 0 |
| Transportation supplies | | | | | | | | 0 |
| Sales expenses | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 10,500 |
| 401(k) | | 12,000 | | 12,000 | | 12,000 | | 36,000 |
| Rent 30 McDonald | | 6,760 | | | | 6,760 | | 13,520 |
| CAM 30 McDonald | | 2,707 | | | | 2,707 | | 5,414 |
| Rent 50 McDonald | | | | 22,500 | | | 22,500 | 45,000 |
| Utilities | | | 7,000 | 7,000 | | | 7,000 | 21,000 |
| Hardware supplies | 3,652 | 1,382 | 2,446 | 206 | 1,527 | 0 | 3,346 | 12,561 |
| Insurance - business | | | 6,000 | | | | 6,000 | 12,000 |
| Insurance - medical | | | | | 50,000 | | | 50,000 |
| R&M office equipment | | | | | | | | |
| Software maintenance | 1,884 | 713 | 1,262 | 106 | 788 | 0 | 1,727 | 6,481 |
| **Total Operating Disbursement** | 12,836 | 204,122 | 45,584 | 198,971 | 57,985 | 200,967 | 47,638 | 768,103 |
| **Operating cash flow** | 118,747 | -81,672 | 79,715 | -82,568 | 79,547 | -56,281 | 100,035 | 157,524 |

This analysis was based upon information obtained from the management of New Way Air Bearing Inc.. Asterion Consulting has not audited or reviewed the financial information contained herein and therefore expresses no form of assurance on these results.

New Way Machine Components Inc. trading as New Way Air Bearings
Cash Collateral Budget
Period Ending June 9th 2024

| | | 4/28/2024 | 5/5/2024 | 5/12/2024 | 5/19/2024 | 5/26/2024 | 6/2/2024 | 6/9/2024 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Other Disbursements Adequate protection payments** | | - | - | - | - | - | - | - | - |
| PNC Bank (A)-- equipment | -8284 | - | 11,835 | - | - | - | 11,835 | - | 23,670 |
| PNC Bank (B)-- equipment | -5982 | 3,356 | - | - | - | 3,356 | - | - | 6,712 |
| PNCEF (C)-- equipment | -5316 | 1,403 | - | - | - | 1,403 | - | - | 2,806 |
| PNCEF (D)-- equipment | -5314 | - | 2,604 | - | - | - | 2,604 | - | 5,208 |
| PNC Bank Line of Credit | -9977 | - | - | 17,789 | - | - | - | 17,789 | 35,577 |
| Company professional fees: | | | | | | | | | |
| Counsel - Debtor | | | | | | | | | |
| Counsel -- special | | | | | | | | | |
| Financial advisors | | | | | | | | | |
| Accountants | | | | | | | | | |
| **Total Other Disbursements** | | 4,759 | 14,439 | 17,789 | 0 | 4,759 | 14,439 | 17,789 | 73,973 |
| **Total Cash Flow** | | 113,988 | (96,111) | 61,926 | (82,568) | 74,788 | (70,720) | 82,247 | 83,550 |
| PNC Bank Cash -- Beginning | | $29,000 | $142,988 | $46,877 | $108,803 | $26,235 | $101,023 | $30,304 | $29,000 |
| PNC Bank Cash -- Ending | | $142,988 | $46,877 | $108,803 | $26,235 | $101,023 | $30,304 | $112,550 | $112,550 |
| Fulton Bank Cash -- Beginning | | $80,000 | $71,850 | $19,950 | $32,400 | $41,000 | $58,750 | $51,706 | $80,000 |
| Fulton Bank Cash -- Ending | | $71,850 | $19,950 | $32,400 | $41,000 | $58,750 | $51,706 | $58,862 | $58,862 |
| Total Cash - Beginning | | $109,000 | $214,838 | $66,827 | $141,203 | $67,235 | $159,773 | $82,010 | $109,000 |
| Total Cash - Ending | | $214,838 | $66,827 | $141,203 | $67,235 | $159,773 | $82,010 | $171,412 | $171,412 |

Note 1 - Payroll includes salaries, wages and related payroll taxes and expenses

Note 2 - Includes COD and purchases on a pay as needed basis

Note 3 - Assumes prior month Fulton balance and 50% of current month collections transferred to PNC for disbursements

This analysis was based upon information obtained from the management of New Way Air Bearing Inc.. Asterion Consulting has not audited or reviewed the financial information contained herein and therefore expresses no form of assurance on these results.