# **EXHIBIT "A"**

| Utility List | | | | | |
|---|---|---|---|---|---|
| **Utility** | **Account Number** | **Service** | **Address** | **Peak Bill** | **Payment** |
| AT&T | 997422874 | Cell | AT&T Mobility_PO Box 6463_Carol Stream, IL 60197 | $673.00 | $336.50 |
| Comcast (708732757) | 708732757 | Phone | Comcast_PO Box 8587_Philadelphia, PA 19101 | $681.00 | $340.50 |
| Comcast (708733024) | 708733024 | Internet | Comcast_PO Box 8587_Philadelphia, PA 19101 | $1,072.00 | $536.00 |
| Chester Water Authority (CWA) | 2690077663 | Water | Chester Water Authority_PO Box 71346_Philadelphia, PA 19176 | $701.00 | $350.50 |
| PECO (30 McDonald) | 436442222 | Electric/Gas | PECO, 2301 Market St._S10-1, Philadelphia PA 19103 | $1,156.00 | $578 |
| PECO (50 McDonald) | 5069682000 | Electric/Gas | PECO, 2301 Market St._S10-1, Philadelphia PA 19103 | $5,476.00 | $2,738 |
| Republic Services | 3-0324-2009913 | Trash | 3000 Hedley Street_Philadelphia, PA 19137 | $3,845.00 | $1,922.50 |
| SWDCMA | 302720-001 | Sewer | 1 Gamble Lane_Aston, PA 19014 | $1,269.00 | $634.50 |
| | | | **TOTALS:** | $14,873 | $7,436.50 |