# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11, Subchapter V |
| | : | |
| NEW WAY MACHINE COMPONENTS, INC. | : | Case No. 24-11362(AMC) |
| t/a NEW WAY AIR BEARINGS | : | |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER OF PAYMENT PURSUANT TO 11 U.S.C. § 366

**AND NOW**, upon consideration of the motion (the "Motion")[1] of New Way Machine Components, Inc. t/a New Way Air Bearings (the "Debtor") for entry of an order pursuant to 11 U.S.C. § 366 providing the Utility Companies with adequate assurance of payment, notice of the Motion being sufficient under the circumstances; and sufficient cause appearing therefor, it is hereby **ORDERED**, as follows**:**

1. The Motion is **GRANTED**.

2. The Debtor shall pay all post-petition utility charges in accordance with its pre-petition date practices on all utility services rendered by the Utility Companies to the Debtor.

3. Within twenty (20) business days after the date of entry of this Order, the Debtor shall furnish the Utility Companies adequate assurance of payment for post-petition services by issuing a security deposit, equal to one-half month's peak utility consumption based upon the Debtor's consumption during the previous year, to each Utility Company, for the purposes of

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Motion.

providing each Utility Company with adequate assurance of payment of its post-petition date services to the Debtor.

**BY THE COURT:**

Dated: _____    _____
ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE