**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11, Subchapter V |
| | : | |
| **NEW WAY MACHINE COMPONENTS, INC.** | : | Case No. 24-11362(AMC) |
| **t/a NEW WAY AIR BEARINGS** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

**ORDER SETTING EXPEDITED HEARING TO**
**CONSIDER DEBTOR'S "FIRST DAY" MOTIONS**

**AND NOW**, upon consideration of the Debtor's Motion for the Scheduling of an Expedited Hearing on "First Day" Motions (the "Motion"); and for good cause shown

**IT IS ORDERED,** as follows:

1. The following motions (collectively, the "First Day Motions") are set down for hearing before the **Honorable Ashely M. Chan on April 24, 2024 at 12:30 p.m. in Courtroom No. 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107:**

    a. Motion of Debtor for an Order Pursuant to 11 U.S.C. § 363(c) and Fed. R. Bankr. P. 4001 Authorizing Debtor to Use Cash Collateral and Provide Adequate Protection;

    b. Motion of Debtor for an Order (A) Authorizing the Debtor to Pay Certain Pre-Petition (I) Wages, Salaries, and Other Compensation and (II) Reimbursable Employee Expenses; (B) Confirming that the Debtor may Continue Pre-Petition Employee Programs in the Ordinary Course of Business; and (C) Directing Banks and Other Financial Institutions to Honor all Related Checks and Electronic Payment Requests;

    c. Motion of Debtor for Entry of an Order Providing Utility Companies with Adequate Assurance of Payment Pursuant to 11 U.S.C. § 366; and

    d. Motion of Debtor for an Order Authorizing and Approving Maintenance and Use of Existing Bank Accounts and Use of Existing Books, Records, and Business Forms.

3. Service of the: (i) within Order, (ii) Motion, (iii) Notice of Date of Expedited Hearing, Matters that will be heard at the Expedited Hearing and How to Respond (in the form attached to the Motion as Exhibit "A"), (iv) First Day Motions, and (v) the Declaration of Andrew J. Devitt in Support of Chapter 11 Petition and First Day Motions shall be made on or before **April 22, 2024** via e-mail, facsimile transmission, Federal Express, or overnight mail upon: (i) the Office of the United States Trustee, (ii) all other parties affected by the Motions (by serving their counsel if known), and (iii) the Debtor's twenty (20) largest unsecured creditors.

4. Objections and/or responses to First Day Motions, if any, shall be made as set forth in the Notice.

BY THE COURT:

Dated: April 22, 2024

_____
ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE