**Fill in this information to identify the case:**

Debtor name    **New Way Machine Components, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **24-11362(AMC)**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*......................................................................................    $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................    $     3,116,894.73

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................    $     3,116,894.73

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $     3,324,463.05

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $     0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$     3,496,002.90

4.   Total liabilities ........................................................................................................
    Lines 2 + 3a + 3b        $     6,820,465.95

**Fill in this information to identify the case:**

Debtor name   **New Way Machine Components, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **24-11362(AMC)**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2.    **Cash on hand**    $754.80

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fulton Bank** | **Checking** | 4668 | $40,101.48 |
| 3.2. | **PNC Bank** | **Checking** | 3604 | $29,734.40 |
| 3.3. | **Iron Workers Bank** | **Checking** | 2379 | $500.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**    $71,090.68
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**

Debtor    **New Way Machine Components, Inc.**
Name    Case number (*if known*)    24-11362(AMC)

Description, including name of holder of deposit

7.1.    **Security Deposit with BKN Real Estate Associates, L.P. for non-residential real property located at: 30 McDonald Boulevard, Aston, PA 19014**    $9,000.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**    $9,000.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 1,349,363.65 | - | 41,500.00 | = .... | $1,307,863.65 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 227,536.94 | - | 0.00 | =.... | $227,536.94 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**    $1,535,400.59
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. Does the debtor own any investments?

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:    % of ownership | | |
| 15.1. | **New Way Exports, Inc.**    100%    %    N/A | | Unknown |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe: | | |
| 17. | **Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83. | | $0.00 |

**Part 5:    Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

Debtor    **New Way Machine Components, Inc.**                    Case number *(if known)*  **24-11362(AMC)**
          Name

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials<br>**Raw materials** | | $97,085.26 | | $72,813.95 |
| 20. | Work in progress<br>**Work in Progress** | | $1,291,992.73 | | $613,861.88 |
| 21. | Finished goods, including goods held for resale<br>**Finished goods, including goods held for resale** | | $595,402.73 | | $379,469.62 |
| 22. | Other inventory or supplies<br>**Other inventory or supplies** | | $5,758.01 | | $5,758.01 |

23.    **Total of Part 5.**                                                         $1,071,903.46

       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ■ Yes. Book value _____ 0.00  Valuation method _____    Current Value _____ 0.00

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ■ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ☐ No.  Go to Part 8.
       ■ Yes Fill in the information below.

| | General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|

39.    **Office furniture**

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                          page 3

Debtor    **New Way Machine Components, Inc.**                                    Case number *(if known)*  **24-11362(AMC)**
          Name

| Miscellaneous office furniture | $33,739.00 | | $5,000.00 |
|---|---|---|---|

| 40. | Office fixtures<br>Leasehold Improvements for 50 McDonald Bouevard, Aston, PA 19014 | $210,747.00 | | $0.00 |
|---|---|---|---|---|

| | Leasehold Improvements for 30 McDonald Bouevard, Aston, PA 19014 | $162,428.00 | | $0.00 |
|---|---|---|---|---|

| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>Miscellaneous office equipment, computer and communication systems equipment, and software | $161,324.00 | | $20,000.00 |
|---|---|---|---|---|

42.    Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.                                                    $25,000.00

44.    Is a depreciation schedule available for any of the property listed in Part 7?
       ☐ No
       ■ Yes

45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?
       ■ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2017 GMC Savana**<br>**VIN No. 1GTW7BFF9H1101170**<br>**161,173 Miles** | Unknown | KBB | $9,500.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Debtor | **New Way Machine Components, Inc.** | | Case number *(if known)* **24-11362(AMC)** |
|---|---|---|---|
| | Name | | |

| See Rider AB 50 | $499,650.00 | | $395,000.00 |
|---|---|---|---|

---

51.   **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $404,500.00 |
|---|---|

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets<br>See Rider AB 10:60 | Unknown | | Unknown |
| 61. | Internet domain names and websites<br>www.newwayairbearings.com | Unknown | | Unknown |
| 62. | Licenses, franchises, and royalties | | | |
| 63. | Customer lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property | | | |
| 65. | Goodwill | | | |

66.   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Debtor    **New Way Machine Components, Inc.**                         Case number *(if known)*  **24-11362(AMC)**
          Name

■ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

       **Potential Causes of Action against Nicholas R. Hackett**                    **Unknown**
       Nature of claim          _____
       Amount requested         _____

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                          $0.00
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Debtor | **New Way Machine Components, Inc.** | Case number *(If known)* **24-11362(AMC)** |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $71,090.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,535,400.59 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,071,903.46 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $25,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $404,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,116,894.73 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,116,894.73 |

## RIDER "AB 8:50"

New Way Air Bearings Machine List

BPT3  MANMILL   CLAUSING MANUAL MIL BPT3

HCNC1  CNCMILL  HCNC1 OKK HORIZONTAL CNC

HCNC3  CNCMILL  HCNC3 MACH3A HORIZONTAL

HCNC5  CNCMILL  HCNC5 HAAS EC-400 HORIZONTAL

VCNC1  CNCMILL  MV-65 VERTICAL

VCNC2  CNCMILL  CHEVY VERTICAL  (OUT OF SERVICE)

VCNC3  CNCMILL HAAS VF-3SSYT VERTICAL

VCNC4  CNCMILL  MAG45 VERTICAL (GRAPHITE ROOM)

VCNC5  CNCMILL  HAAS VF-3SS VERTICAL

VCNC6  CNCMILL GR-510.


LCNC1  CNCLATHE MORI CNC LATHE

LCNC2  CNCLATHE HARDINGE CNC LATHE

LCNC3  CNCLATHE PUMA CNC LATHE

LCNC4  CNCLATHE  T-6 CNC LATHE.

LCNC5  CNCLATHE  T-8 CNC LATHE.

LCNC7 CNCLATHE HAAS ST-25 CNC LATHE


Chevalier CNC GRINDER- SMART B1640111

GRINDER 2  CHEVALIER FSG1236 AD11

GRINDER 3  CHEVALIER FSG1228 AD11

GRINDER CHEVALIER FSG1228 AD11 (GRAPHITE)

GRINDER 4  CHEVALIER FSG1224AD

GRINDER CHEVALIER  FSG1640 (GRAPHITE)

OD GRINDER  CHEVALIER OD GRINDER GU1124A


HARDINGE GC-152-P  (GRAPHITE)

MAZAK- MANUAL LATHE

New Way Air Bearings Machine List

SUNNEN MBB-1660

SUNNEN MBB-1690

SUNNEN SH-4000

# RIDER "AB 10:60"

New Way Machine Components, Inc.

## DOMESTIC PATENTS

| | PUB. NO. | PUB. DATE | DESCRIPTION | ULTIMATE OWNER | ASSIGNEE |
|---|---|---|---|---|---|
| 1 | US5488771A | Feb. 6, 1996 | Method for manufacturing externally pressurized bearing assemblies | New Way Air Bearings New Way Machine Components, Inc. | New Way Machine Componets, Inc. New Way Air Bearings |
| 2 | US781684B1 | Aug. 24, 2004 | Workpiece levitation using alternating positive and negative pressure flows | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 3 | US20060060259A1 | Mar. 23, 2006 | Moving vacuum chamber stage with air bearing and differentially pumped grooves | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 4 | US20060219605A1 | Oct. 5, 2006 | Non-contact porous air bearing and glass flattening device | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 5 | US20070031600A1 | Feb. 8, 2007 | Method and device for depositing a film of material or otherwise processing or inspecting, a substrate as it passes through a vacuum environment guided by a plurality of opposing and balanced air bearing lands and sealed by differentially pumped grooves and sealing lands in a non-contact manner | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 6 | US20070034228A1 | Feb. 15, 2007 | Method and apparatus for in-line processing and immediately sequential or simultaneous processing of flat and flexible substrates through viscous shear in thin cross section gaps for the manufacture of micro-electronic circuits or displays | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 7 | US 7,394076 B2 | Jul. 1, 2008 | Moving vacuum chamber stage with air bearing and differentially pumped grooves | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 8 | US 7,642,523 B1 | Jan. 5, 2010 | Vacuum chamber stage with application of vacuum from below | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 9 | US20100277020A1 | Nov. 4, 2010 | Hydrostatic bearing made of magnetic material which is also used as a motor magnet | New Way Machine Components, Inc. | New Way Machine Components, Inc. |

New Way Machine Components, Inc.

## DOMESTIC PATENTS

| | PUB. NO. | PUB. DATE | DESCRIPTION | ULTIMATE OWNER | ASSIGNEE |
|---|---|---|---|---|---|
| 10 | US 2010/0282271 A1 | Nov. 11, 2010 | Method and apparatus for in-line processing and immediately sequential or simultaneous processing of flat and flexible substrates through viscous shear in thin cross section gaps for the manufacture of micro-electronic circuits or displays | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 11 | US 7,908,885 B2 | Mar. 22, 2011 | Non-contact porous air bearing and glass flattening device | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 12 | US 8,123,868 B2 | Feb. 28, 2012 | Method and apparatus for in-line processing and immediately sequential or simultaneous processing of flat and flexible substrates through viscous shear in thin cross section gaps for the manufacture of micro-electronic circuits or displays | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 13 | US 8,427,021 B2 | Apr. 23, 2013 | Hydrostatic bearing made of magnetic material which is also used as a motor magnet | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 14 | US 2013/0188895 A1 | Jul. 25, 2013 | Air bearing for use as a seal | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 15 | US 8,753,014 B2 | Jun. 17, 2014 | Air bearing for use as a seal | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 16 | US 8,795,769 B2 | Aug. 5, 2014 | Method and a device for depositing a film of material or otherwise processing or inspecting a substrate as it passes through a vacuum environment guided by a plurality of opposing and balanced air bearing lands and sealed by differentially pumped groves and sealing lands in a non-contact manner | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 17 | US 2014/0286599 A1 | Sep. 25, 2014 | Air bearing for use as a seal | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 18 | US 2014/0294329 A1 | Oct. 2, 2014 | Air bearing for use as a seal | New Way Machine Components, Inc. | New Way Machine Components, Inc. |

New Way Machine Components, Inc.

**DOMESTIC PATENTS**

| | PUB. NO. | PUB. DATE | DESCRIPTION | ULTIMATE OWNER | ASSIGNEE |
|---|---|---|---|---|---|
| 19 | US 2015/0037514 A1 | Feb. 5, 2015 | Method and a device for depositing a film of material or otherwise processing or inspecting a substrate as it passes through a vacuum environment guided by a plurality of opposing and balanced air bearing lands and sealed by differentially pumped groves and sealing lands in a non-contact manner | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 20 | US 2016/0068360 A1 | Mar. 10, 2016 | Gas bearing, porous media vacuum roller and porous media air turn | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 21 | US 2016/0090991 A1 | Mar. 31, 2016 | Thrust bearing as a seal | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 22 | US 2016/0091094 A1 | Mar. 31, 2016 | Porous media ventless steel | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 23 | US 2016/0265588 A1 | Sep. 15, 2016 | Externally pressurized porous media gas bearing for use in valves and preventing fugitive emissions of the same | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 24 | US 9,441,668 B2 | Sep. 16, 2016 | Air bearing for use as a seal | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 25 | US RE46,691 E | Jan. 30, 2018 | Hydrostatic bearing made of magnetic material which is also used as a motor magnet | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 26 | US 2018/0066705 A1 | Mar. 8, 2018 | Snap joint for externally pressurized gas bearings | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 27 | US 2018/0094673 A1 | Apr. 5, 2018 | Long travel air bearing linear stage | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 28 | US 10,030,066 B2 | Jul. 24, 2018 | Porous media ventless steel | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 29 | US 10,100,932 B2 | Oct. 16, 2018 | Thrust bearing as a seal | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 30 | US 10,294,057 B2 | May 21, 2019 | Gas bearing, porous media vacuum roller and porous media air turn | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 31 | US 2019/0049019 A1 | Feb. 14, 2019 | Thrust bearing as a seal | New Way Machine Components, Inc. | New Way Machine Components, Inc. |

**DOMESTIC PATENTS**

| | PUB. NO. | PUB. DATE | DESCRIPTION | ULTIMATE OWNER | ASSIGNEE |
|---|---|---|---|---|---|
| 32 | US 10,323,687 B2 | Jun. 18, 2019 | Snap joint for externally pressurized gas bearings | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 33 | US 10,364,842 B2 | Jul. 30, 2019 | Long travel air bearing linear stage | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 34 | US 10,501,850 B2 | Dec. 10, 2019 | Method and a device for depositing a film of material or otherwise processing or inspecting a substrate as it passes through a vacuum environment guided by a plurality of opposing and balanced air bearing lands and sealed by differentially pumped groves and sealing lands in a non-contact manner | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 35 | US 2020/0072279 A1 | Mar. 5, 2020 | Externally pressurized porous gas bearings or seals operating on refrigerant utilizing shear heat from rotating shaft to achieve increased load capacity | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 36 | US 10,598,222 B2 | Mar. 24, 2020 | Air bearing for use as a seal | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 37 | US 2020/0347881 A1 | Nov. 5, 2020 | Air bearing for use as a seal | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 38 | US 11,078,957 B2 | Aug. 2, 2021 | Externally pressurized porous gas bearings or seals operating on refrigerant utilizing shear heat from rotating shaft to achieve increased load capacity | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 39 | US 2021/0254663 A1 | Aug. 19, 2021 | Air bearing for use as a seal | New Way Machine Components, Inc. | New Way Machine Components, Inc. |

New Way Machine Components, Inc.

**DOMESTIC PATENTS**

| | PUB. NO. | PUB. DATE | DESCRIPTION | ULTIMATE OWNER | ASSIGNEE |
|---|---|---|---|---|---|
| 40 | US 2021/0364037 A1 | Nov. 25, 2021 | Externally pressurized porous gas bearings or seals operating on refrigerant utilizing shear heat from rotating shaft to achieve increased load capacity | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 41 | US 11,536,316 B2 | Dec. 27, 2022 | Externally pressurized porous gas bearings or seals operating on refrigerant utilizing shear heat from rotating shaft to achieve increased load capacity | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 42 | US 2023/0069184 A1 | Mar. 2, 2023 | Electrostatic dissipative externally pressurized porous bearings | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 43 | US 11,619,263 B2 | Apr. 4, 2023 | Externally pressurized oil-free freon bearing | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 44 | US 2023/0130841 | Apr. 27, 2023 | Externally pressurized porous gas bearings or seals operating on refrigerant utilizing shear heat from rotating shaft to achieve increased load capacity | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 45 | US 11,767,883 B2 | Sep. 26, 2023 | Externally pressurized porous gas bearings or seals operating on refrigerant utilizing shear heat from rotating shaft to achieve increased load capacity | New Way Machine Components, Inc. | New Way Machine Components, Inc. |
| 46 | US 11,781,593 B2 | Oct. 10, 2023 | Electrostatic dissipative externally pressurized porous bearings | New Way Machine Components, Inc. | New Way Machine Components, Inc. |

New Way Machine Components, Inc.
INTERNATIONAL PATENTS

| | Publication Number | Publication Date/Grant Date | Title | Ultimate Owner | Current Assignee |
|---|---|---|---|---|---|
| 1 | WO2006023595A2 | 2006-03-02 | MOVING VACUUM CHAMBER STAGE WITH AIR BEARING AND DIFFERENTIALLY PUMPED GROOVES | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. - for all designanted states except U.S DEVITT, Andrew, J. - for U.S. only |
| 2 | WO2006052919A1 | 2006-05-18 | NON-CONTACT POROUS AIR BEARING AND GLASS FLATTENING DEVICE | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. - for all designanted states except U.S DEVITT, Andrew, J. - for U.S. only |
| 3 | WO2007016688A1 | 2007-02-08 | A METHOD AND A DEVICE FOR DEPOSITING A FILM OF MATERIAL OR OTHERWISE PROCESSING OR INSPECTING, A SUBSTRATE AS IT PASSES THROUGH A VACUUM ENVIRONMENT GUIDED BY A PLURALITY OF OPPOSING AND BALANCED AIR BEARING LANDS AND SEALED BY DIFFERENTIALLY PUMPED GROVES AND SEALING LANDS IN A NON-CONTACT MANNER | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. - for all designanted states except U.S DEVITT, Andrew, J. - for U.S. only |
| 4 | WO2007016689A1 | 2007-02-08 | METHOD AND APPARATUS FOR IN-LINE PROCESSING AND IMMEDIATELY SEQUENTIAL OR SIMULTANEOUS PROCESSING OF FLAT AND FLEXIBLE SUBSTRATES THROUGH VISCOUS SHEAR IN THIN CROSS SECTION GAPS FOR THE MANUFACTURE OF MICRO-ELECTRONIC CIRCUITS OR DISPLAYS | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. - for all designanted states except U.S DEVITT, Andrew, J. - for U.S. only |
| 5 | WO2006023595A3 | 2007-12-21 | MOVING VACUUM CHAMBER STAGE WITH AIR BEARING AND DIFFERENTIALLY PUMPED GROOVES | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. - for all designanted states except U.S DEVITT, Andrew, J. - for U.S. only |
| 6 | JP2008511138A | 2008-04-10 | Air bearing equipped with a vacuum chamber and a pump groove step moving stage | NEW WAY MACHINE COMPONENTS INC | ニュー ウエイ マシーン コンポーネント インコーポレイティッド NEW WAY MACHINE COMPONENTS, INC. |
| 7 | CA2860653A1 | 2013-07-11 | AIR BEARING FOR USE AS SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |
| 8 | WO2013103732A2 | 2013-07-11 | AIR BEARING FOR USE AS SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |

| | Publication Number | Publication Date/Grant Date | Title | Ultimate Owner | Current Assignee |
|---|---|---|---|---|---|
| 9 | WO2013103732A3 | 2013-09-26 | AIR BEARING FOR USE AS SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |
| 10 | CA2891937A1 | 2014-05-30 | AIR BEARING FOR USE AS SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |
| 11 | CA2968755A1 | 2014-05-30 | AIR BEARING FOR USE AS AN ADJUSTABLE CONTACT PRESSURE BRUSH | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |
| 12 | WO2014081901A1 | 2014-05-30 | AIR BEARING FOR USE AS SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |
| 13 | SG11201403813TA | 2014-09-26 | AIR BEARING FOR USE AS SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS INC |
| 14 | EP2800917A2 | 2014-11-12 | AIR BEARING FOR USE AS SEAL | NEW WAY MACHINE COMPONENTS INC | New Way Machine Components, Inc. |
| 15 | JP2015510091A | 2015-04-02 | Seal for use as an air bearing | NEW WAY MACHINE COMPONENTS INC | ニュー ウェイ マシーン コンポーネンツ、インコーポレイテッド NEW WAY MACHINE COMPONENTS INC |
| 16 | AU2013348004A1 | 2015-06-11 | Air bearing for use as seal | NEW WAY MACHINE COMPONENTS INC | New Way Machine Components, Inc. |

New Way Machine Components, Inc.
INTERNATIONAL PATENTS

| | Publication Number | Publication Date/Grant Date | Title | Ultimate Owner | Current Assignee |
|---|---|---|---|---|---|
| 17 | SG11201503892YA | 2015-06-29 | AIR BEARING FOR USE AS SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS INC |
| 18 | KR1020150086309A | 2015-07-27 | AIR BEARING FOR USE AS SEAL | NEW WAY MACHINE COMPONENTS INC | 뉴 웨이 머신 컴포넌츠, 인코포레이티드<br>NEW WAY MACHINE COMPONENTS INC |
| 19 | SG10201506690WA | 2015-09-29 | AIR BEARING FOR USE AS SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS INC |
| 20 | EP2923095A1 | 2015-09-30 | AIR BEARING FOR USE AS SEAL | NEW WAY MACHINE COMPONENTS INC | New Way Machine Components, Inc. |
| 21 | EP2800917A4 | 2015-11-25 | AIR BEARING FOR USE AS SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS INC |
| 22 | WO2016037182A1 | 2016-03-10 | GAS BEARING, POROUS MEDIA VACUUM ROLLER AND POROUS MEDIA AIR TURN | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |
| 23 | JP2016508201A | 2016-03-17 | Seal for use as an air bearing | NEW WAY MACHINE COMPONENTS INC | ニュー ウェイ マシーン コンポーネンツ、インコーポレイテッド<br>NEW WAY MACHINE COMPONENTS INC |

New Way Machine Components Inc
INTERNATIONAL PATENTS

| | Publication Number | Publication Date/Grant Date | Title | Ultimate Owner | Current Assignee |
|---|---|---|---|---|---|
| 24 | CA2962897A1 | 2016-04-07 | POROUS MEDIA VENTLESS SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |
| 25 | CA2962898A1 | 2016-04-07 | THRUST BEARING AS A SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |
| 26 | WO2016054077A1 | 2016-04-07 | POROUS MEDIA VENTLESS SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |
| 27 | WO2016054084A1 | 2016-04-07 | THRUST BEARING AS A SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |
| 28 | CA2979553A1 | 2016-09-22 | EXTERNALLY PRESSURIZED POROUS MEDIA GAS BEARING FOR USE IN VALVES AND PREVENTING FUGITIVE EMISSIONS OF THE SAME | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |
| 29 | WO2016149203A1 | 2016-09-22 | EXTERNALLY PRESSURIZED POROUS MEDIA GAS BEARING FOR USE IN VALVES AND PREVENTING FUGITIVE EMISSIONS OF THE SAME | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |
| 30 | JP6073922B2 | 2017-02-01 | The gas static pressure or hydrostatic bearing seal assembly liquid | NEW WAY MACHINE COMPONENTS INC | ニュー ウェイ マシーン コンポーネンツ、インコーポレイテッド NEW WAY MACHINE COMPONENTS INC |
| 31 | JP2017062047A | 2017-03-30 | AIR BEARING FOR USE AS SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS INC ニュー ウェイ マシーン コンポーネンツ、インコーポレイテッド |

| | Publication Number | Publication Date/Grant Date | Title | Ultimate Owner | Current Assignee |
|---|---|---|---|---|---|
| 32 | KR1020170047392A | 2017-05-04 | GAS BEARING, POROUS MEDIA VACUUM ROLLER AND POROUS MEDIA AIR TURN | NEW WAY MACHINE COMPONENTS INC | 뉴 웨이 머신 컴포넌츠, 인코포레이티드 NEW WAY MACHINE COMPONENTS INC |
| 33 | BRPI1416605A2 | 2017-06-13 | AEROSTATIC BEARING FOR USE AS THE SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS INC NEW WAY MACHINE COMPONENTS, INC. |
| 34 | BR112014016605A8 | 2017-07-04 | aerostatic bearing for use as the seal | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS INC |
| 35 | BRPI1511676A2 | 2017-07-11 | AEROSTATIC BEARING USE AS A SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS INC NEW WAY MACHINE COMPONENTS, INC. |
| 36 | CA2891937C | 2017-07-11 | AIR BEARING FOR USE AS SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |
| 37 | EP3188850A1 | 2017-07-12 | GAS BEARING, POROUS MEDIA VACUUM ROLLER AND POROUS MEDIA AIR TURN | NEW WAY MACHINE COMPONENTS INC | New Way Machine Components, Inc. |
| 38 | EP3201439A1 | 2017-08-09 | THRUST BEARING AS A SEAL | NEW WAY MACHINE COMPONENTS INC | New Way Machine Components, Inc. |

New Way Machine Components, Inc.

INTERNATIONAL PATENTS

| | Publication Number | Publication Date/Grant Date | Title | Ultimate Owner | Current Assignee |
|---|---|---|---|---|---|
| 39 | EP3201497A1 | 2017-08-09 | POROUS MEDIA VENTLESS SEAL | NEW WAY MACHINE COMPONENTS INC | New Way Machine Components, Inc. |
| 40 | JP2017530315A | 2017-10-12 | The porous medium vent less seal | NEW WAY MACHINE COMPONENTS INC | ニュー ウェイ マシーン コンポーネンツ、インコーポレイテッド NEW WAY MACHINE COMPONENTS INC |
| 41 | JP2017531142A | 2017-10-19 | As the thrust bearing seal | NEW WAY MACHINE COMPONENTS INC | ニュー ウェイ マシーン コンポーネンツ、インコーポレイテッド NEW WAY MACHINE COMPONENTS INC |
| 42 | KR1020170125890A | 2017-11-15 | An external discharge valve are incorporated in the scattering layer porous medium pressurized gas bearing | NEW WAY MACHINE COMPONENTS INC | 뉴 웨이 머신 컴포넌츠, 인코포레이티드 NEW WAY MACHINE COMPONENTS INC |
| 43 | SG10201708489UA | 2017-11-29 | AIR BEARING FOR USE AS SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS INC |
| 44 | BRPI1706439A2 | 2017-12-12 | ROTATING AND ROTATING INCLUDING A THRUST BEARING CONFIGURED TO SERVE AS A SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS INC NEW WAY MACHINE COMPONENTS, INC. |
| 45 | BRPI1706440A2 | 2017-12-12 | SEAL WITHOUT VENTING WITH POROUS MEDIUM | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS INC NEW WAY MACHINE COMPONENTS, INC. |

New Way Machine Components, Inc.
INTERNATIONAL PATENTS

| | Publication Number | Publication Date/Grant Date | Title | Ultimate Owner | Current Assignee |
|---|---|---|---|---|---|
| 46 | AU2013348004B2 | 2017-12-21 | Air bearing for use as seal | NEW WAY MACHINE COMPONENTS INC | New Way Machine Components, Inc. |
| 47 | EP3268647A1 | 2018-01-17 | EXTERNALLY PRESSURIZED POROUS MEDIA GAS BEARING FOR USE IN VALVES AND PREVENTING FUGITIVE EMISSIONS OF THE SAME | NEW WAY MACHINE COMPONENTS INC | New Way Machine Components, Inc. |
| 48 | CA2860653C | 2018-03-13 | AIR BEARING FOR USE AS SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |
| 49 | WO2018049058A1 | 2018-03-15 | SNAP JOINT FOR EXTERNALLY-PRESSURIZED GAS BEARINGS | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |
| 50 | AU2018201929A1 | 2018-04-12 | Air bearing for use as seal | NEW WAY MACHINE COMPONENTS INC | New Way Machine Components, Inc. |
| 51 | JP2018510302A | 2018-04-12 | The valve is used, its leakage preventing discharge of pressurized gas from the porous medium bearing | NEW WAY MACHINE COMPONENTS INC | ニュー ウェイ マシーン コンポーネンツ、インコーポレイテッド NEW WAY MACHINE COMPONENTS INC |
| 52 | WO2018067707A1 | 2018-04-12 | LONG TRAVEL AIR BEARING LINEAR STAGE | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |
| 53 | BRPI1719566A2 | 2018-05-02 | AEROSTATIC BEARING SEAL FOR VALVES, AEROSTATIC SEAL AND SEALING FOR VALVES AEROSTATIC BEARING | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS INC NEW WAY MACHINE COMPONENTS, INC. |

New Way Machine Components, Inc.
INTERNATIONAL PATENTS

| | Publication Number | Publication Date/Grant Date | Title | Ultimate Owner | Current Assignee |
|---|---|---|---|---|---|
| 54 | EP3188850A4 | 2018-05-16 | GAS BEARING, POROUS MEDIA VACUUM ROLLER AND POROUS MEDIA AIR TURN | NEW WAY MACHINE COMPONENTS INC | New Way Machine Components, Inc. |
| 55 | EP3201439A4 | 2018-05-30 | THRUST BEARING AS A SEAL | NEW WAY MACHINE COMPONENTS INC | New Way Machine Components, Inc. |
| 56 | EP3201497A4 | 2018-05-30 | POROUS MEDIA VENTLESS SEAL | NEW WAY MACHINE COMPONENTS INC | New Way Machine Components, Inc. |
| 57 | JP6401176B2 | 2018-10-03 | For use as an air bearing and seal | NEW WAY MACHINE COMPONENTS INC | ニュー ウェイマシーン コンポーネンツ、インコーポレイテッド NEW WAY MACHINE COMPONENTS INC |
| 58 | EP3268647A4 | 2018-11-07 | EXTERNALLY PRESSURIZED POROUS MEDIA GAS BEARING FOR USE IN VALVES AND PREVENTING FUGITIVE EMISSIONS OF THE SAME | NEW WAY MACHINE COMPONENTS INC | New Way Machine Components, Inc. |
| 59 | JP2019019826A | 2019-02-07 | AIR BEARING USED AS ADJUSTABLE CONTACT PRESSURE BRUSH | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS INC ニュー ウェイ マシーン コンポーネンツ、インコーポレイテッド |
| 60 | EP2923095B1 | 2019-03-27 | AIR BEARING FOR USE AS SEAL | NEW WAY MACHINE COMPONENTS INC | New Way Machine Components, Inc. |

New Way Machine Components, Inc.
INTERNATIONAL PATENTS

| | Publication Number | Publication Date/Grant Date | Title | Ultimate Owner | Current Assignee |
|---|---|---|---|---|---|
| 61 | CA2962898C | 2019-06-25 | THRUST BEARING AS A SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |
| 62 | CA2962897C | 2019-08-06 | POROUS MEDIA VENTLESS SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |
| 63 | JP6562953B2 | 2019-08-21 | The gas static pressure or hydrostatic bearing seal assembly liquid | NEW WAY MACHINE COMPONENTS INC | ニュー ウェイ マシーン コンポーネンツ、インコーポレイテッド NEW WAY MACHINE COMPONENTS INC |
| 64 | JP6647357B2 | 2020-02-14 | Electrical contact assembly for providing and assembly device | NEW WAY MACHINE COMPONENTS INC | ニュー ウェイ マシーン コンポーネンツ、インコーポレイテッド NEW WAY MACHINE COMPONENTS INC |
| 65 | EP2800917B1 | 2020-07-22 | AIR BEARING FOR USE AS SEAL | NEW WAY MACHINE COMPONENTS INC | New Way Machine Components, Inc. |
| 66 | CA2968755C | 2020-08-25 | AIR BEARING FOR USE AS AN ADJUSTABLE CONTACT PRESSURE BRUSH | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |
| 67 | JP6781693B2 | 2020-11-04 | The porous medium vent less seal | NEW WAY MACHINE COMPONENTS INC | ニュー ウェイ マシーン コンポーネンツ、インコーポレイテッド NEW WAY MACHINE COMPONENTS INC |
| 68 | JP6853168B2 | 2021-03-31 | As the thrust bearing seal | NEW WAY MACHINE COMPONENTS INC | ニュー ウェイ マシーン コンポーネンツ、インコーポレイテッド NEW WAY MACHINE COMPONENTS INC |

New Way Machine Components Inc
INTERNATIONAL PATENTS

| | Publication Number | Publication Date/Grant Date | Title | Ultimate Owner | Current Assignee |
|---|---|---|---|---|---|
| 69 | BR112014016605B1 | 2021-06-29 | hydrostatic or aerostatic seal assembly | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS INC |
| 70 | AU2018201929B2 | 2021-07-08 | Air bearing for use as seal | NEW WAY MACHINE COMPONENTS INC | New Way Machine Components, Inc. |
| 71 | BR112017006439B1 | 2023-01-31 | ROTATING EQUIPMENT AND ROTATING EQUIPMENT INCLUDING A THRUST HOUSING CONFIGURED TO SERVE AS SEAL | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS INC |
| 72 | WO2023028118A1 | 2023-03-02 | ELECTROSTATIC DISSIPATIVE EXTERNALLY PRESSURIZED POROUS BEARINGS | NEW WAY MACHINE COMPONENTS INC | NEW WAY MACHINE COMPONENTS, INC. |
| 73 | KR102589330B1 | 2023-10-13 | GAS BEARING, POROUS MEDIA VACUUM ROLLER AND POROUS MEDIA AIR TURN | NEW WAY MACHINE COMPONENTS INC | 뉴 웨이 머신 컴포넌츠, 인코포레이티드 NEW WAY MACHINE COMPONENTS INC |

New Way Machine Components, Inc.
TRADEMARKS

| SERIAL NUMBER | REGISTRATION NUMBER | APPLICATION FILING DATE | REGISTRATION DATE | OWNER | MARK |
|---|---|---|---|---|---|
| 7533258 | 1990315 | Jun. 6, 1994 | Jul. 30, 1996 | New Way Machine Components, Inc. | NEW WAY |
| 86347346 | 484073 | Jul. 24, 2014 | Oct. 27, 2015 | New Way Machine Components, Inc. | FRICTIONLESS MOTION |
| 87397718 | 5751886 | Apr. 4, 2017 | May 14, 2019 | New Way Machine Components, Inc. | NEW-SEAL |

**Fill in this information to identify the case:**

Debtor name    **New Way Machine Components, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **24-11362(AMC)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **PNC Bank, National Association**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Substantially all of the Debtor's Assets** | $106,429.90 | Unknown |

**1000 Westlakes Drive
Berwyn, PA 19312**
Creditor's mailing address

Describe the lien
**Security Agreement - UCC-1 Financing Statement No. 2018072500513**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**December 28, 2021**
Last 4 digits of account number
**5982**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **PNC Bank, National Association**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Miscellaneous Equipment identified in the UCC-1 Financing Statement** | $41,414.01 | Unknown |
|---|---|---|---|

**Succesor to PNC Equipment Finance LLC
1000 Westlakes Drive
Berwyn, PA 19312**
Creditor's mailing address

Describe the lien
**Security Agreement - UCC-1 Financing Statement No. 20200071001487**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**July 12, 2019**

Debtor  **New Way Machine Components, Inc.**                     Case number (if known)  **24-11362(AMC)**
_____                 _____
        Name

Last 4 digits of account number
**5314**
_____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **PNC Bank, National Association** | Describe debtor's property that is subject to a lien | $42,290.57 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Successor to PNC Equipment Finance LLC 1000 Westlakes Drive Berwyn, PA 19312**

Creditor's mailing address

**Miscellaneous Equipment identified in the UCC-1 Financing Statement**

Describe the lien
**Security Agreement - UCC-1 Financing Statement No. 2021072800289**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**November 16, 2020**
Last 4 digits of account number
**5316**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **PNC Bank, National Association** | Describe debtor's property that is subject to a lien | $478,162.96 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1000 Westlakes Drive Berwyn, PA 19312**

Creditor's mailing address

**Substantially all of the Debtor's Assets**

Describe the lien
**Security Agreement - UCC-1 Financing Statement No. 2018072500513**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**December 28, 2022**
Last 4 digits of account number
**8284**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| Debtor | New Way Machine Components, Inc. | Case number (if known) | 24-11362(AMC) |
|---|---|---|---|
| | Name | | |

| 2.5 | **PNC Bank, National Association** | Describe debtor's property that is subject to a lien | $2,656,165.61 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Substantially all of the Debtor's Assets** | | |

**1000 Westlakes Drive**
**Berwyn, PA 19312**

Creditor's mailing address

Describe the lien

**Security Agreement - UCC-1 Financing**
**Statement No. 2018072500513**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**April 19, 2023**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**9977**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $3,324,463.05

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Jennifer L. Maleski, Esquire<br>Dilworth Paxson<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102-2101 | Line 2.1 | |
| Jennifer L. Maleski, Esquire<br>Dilworth Paxson<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102-2101 | Line 2.2 | |
| Jennifer L. Maleski, Esquire<br>Dilworth Paxson<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102-2101 | Line 2.3 | |
| Jennifer L. Maleski, Esquire<br>Dilworth Paxson<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102-2101 | Line 2.4 | |
| Jennifer L. Maleski, Esquire<br>Dilworth Paxson<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102-2101 | Line 2.5 | |

**Fill in this information to identify the case:**

Debtor name   **New Way Machine Components, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **24-11362(AMC)**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. *If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.*

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,245.80 |
|---|---|---|---|

**3.1**
Nonpriority creditor's name and mailing address
**A.L. Finishing, Inc.**
925 Schwab Road
Hatfield, PA 19440

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$4,245.80

**3.2**
Nonpriority creditor's name and mailing address
**Access Information Protected**
P.O. Box 850416
Minneapolis, MN 55485

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$77.90

**3.3**
Nonpriority creditor's name and mailing address
**Airgas USA, LLC**
P.O. Box 734445
Chicago, IL 60673

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$815.70

**3.4**
Nonpriority creditor's name and mailing address
**Airline Hydraulics**
P.O. Box 536746
Pittsburgh, PA 15235

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$297.50

Debtor  **New Way Machine Components, Inc.**
          Name                                                    Case number (if known)   **24-11362(AMC)**

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Alex Goldberg**
**120 Lincoln Avenue, Apt. A**
**Haddonfield, NJ 08033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,176.78 |
|---|---|---|---|

**Allied Precision**
**106C Sleepy Hollow Drive**
**Middletown, DE 19709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,236.73 |
|---|---|---|---|

**American Express**
**P.O. Box 1270**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Credit Card

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,271.00 |
|---|---|---|---|

**Apogee Industries Inc.**
**827 Lincoln Avenue**
**West Chester, PA 19380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $308.86 |
|---|---|---|---|

**Aramark Refreshment**
**1351 Metropolitan Avenue**
**West Deptford, NJ 08066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.22 |
|---|---|---|---|

**AT&T Mobility**
**P.O. Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade Debt/Utility

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180,654.00 |
|---|---|---|---|

**Blank Rome LLP**
**One Logan Square**
**130 North 18th Street**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Legal Services

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New Way Machine Components, Inc.** | Case number (if known) | **24-11362(AMC)** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,690.00** |
|---|---|---|---|

**Ceramic Products Inc.**
16 1st Avenue
Haskell, NJ 07420

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71.23** |
|---|---|---|---|

**Chester Water Authority**
P.O. Box 71346
Philadelphia, PA 19176

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt/Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$481.77** |
|---|---|---|---|

**Choice Solutions LLC**
7015 College Boulevard, Suite 300
Overland Park, KS 66211

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,066.00** |
|---|---|---|---|

**Cintas Corporation**
P.O. Box 630803, Loc 100
Cincinnati, OH 45263

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,495.00** |
|---|---|---|---|

**CMM Technology Metrology**
1230 Puerta del Sol
San Clemente, CA 92673

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,750.00** |
|---|---|---|---|

**CodaBears, Inc.**
236 West Lake Street, Suite 101
Bloomingdale, IL 60108

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,462.28** |
|---|---|---|---|

**Comcast**
P.O. Box 37601
Philadelphia, PA 19101

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt/Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __New Way Machine Components, Inc.__ Case number (if known) __24-11362(AMC)__
      Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $854.30 |
|---|---|---|---|

**Custom Tool and Die**
**103 South Manor Street**
**Mountville, PA 17554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,743.46 |
|---|---|---|---|

**D. Simpson Inc.**
**13 Industrial Drive**
**Smithfield, RI 02917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $936.00 |
|---|---|---|---|

**Dajcor Aluminum Inc.**
**101 Kilby Way**
**Chavies, KY 41727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,490.00 |
|---|---|---|---|

**Dan Kelly's Landscaping, Inc.**
**3521 Naaman Creek Road**
**Boothwyn, PA 19061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,606.18 |
|---|---|---|---|

**Dentech Industrial**
**1975 North Reading Road**
**Denver, PA 17157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,832.27 |
|---|---|---|---|

**DHL Express**
**16592 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,053.00 |
|---|---|---|---|

**Earle M. Jorgensen Company**
**P.O. Box 8538-616**
**Philadelphia, PA 19171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **New Way Machine Components, Inc.** | Case number (if known) | **24-11362(AMC)** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,563.10 |
|---|---|---|---|

**Epicor Software Corporation**
P.O. Box 204768
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.04 |
|---|---|---|---|

**Federal Express Corporation**
P.O. Box 371461
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,328.55 |
|---|---|---|---|

**Fedex Freight**
P.O. Box 223125
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,268.30 |
|---|---|---|---|

**G&T Industries (FOAM)**
1001 76th Street SW
Byron Center, MI 49315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,595.83 |
|---|---|---|---|

**Garber Metrology**
520 East Oregon Road, Suite 101
Lititz, PA 17543

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,108.75 |
|---|---|---|---|

**Gehring-Montgomery Inc.**
710 Louis Drive
Warminster, PA 18974

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,219.00 |
|---|---|---|---|

**Gemini Disposal Service Inc.**
1730 Walton Road, Suite 207
Blue Bell, PA 19422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | New Way Machine Components, Inc. | | Case number (if known) | 24-11362(AMC) |
|---|---|---|---|---|
| | Name | | | |

---

**3.33** | Nonpriority creditor's name and mailing address
**Global Industrial**
29833 Network Place
Chicago, IL 60673

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ☐ No  ☐ Yes

$2,035.97

---

**3.34** | Nonpriority creditor's name and mailing address
**Grainger**
1530 Delmar Drive
Folcroft, PA 19082

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ■ No  ☐ Yes

$3,193.70

---

**3.35** | Nonpriority creditor's name and mailing address
**Greenlee Diamond Tool Co.**
2375 Tuhey Avenue
Elk Grove, IL 60007

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ☐ No  ☐ Yes

$642.03

---

**3.36** | Nonpriority creditor's name and mailing address
**Hardinge Inc.**
P.O. Box 98773
Chicago, IL 60694

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ☐ No  ☐ Yes

$258.00

---

**3.37** | Nonpriority creditor's name and mailing address
**Hardware & Supply**
P.O. Box 678
Chester, PA 19016

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ☐ No  ☐ Yes

$1,339.00

---

**3.38** | Nonpriority creditor's name and mailing address
**Hartzwell Machine Works Inc.**
3354 Market Street
Aston, PA 19014

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ■ No  ☐ Yes

$20,080.00

---

**3.39** | Nonpriority creditor's name and mailing address
**High-Tech Machine Co Inc.**
10 Lewis Circle
Wilmington, DE 19804

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ■ No  ☐ Yes

$3,160.00

---

| Debtor | **New Way Machine Components, Inc.** | Case number (if known) | **24-11362(AMC)** |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $499.85 |
|---|---|---|---|

**JJ Clark**
**31-B Mount Pleasant Drive**
**Aston, PA 19014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.10 |
|---|---|---|---|

**John Bullock Pest Control**
**547 South Old Middletown Road**
**Media, PA 19063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|---|---|---|---|

**K. Wagner Machining**
**701 Chestnut Street**
**Chester, PA 19061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $282.32 |
|---|---|---|---|

**Keen**
**P.O. Box 15151**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $330.00 |
|---|---|---|---|

**Laser Source, LLC**
**P.O. Box 195**
**Lionville, PA 19353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,081.79 |
|---|---|---|---|

**Liberty Tool Company**
**424 Creamery Way**
**Exton, PA 19341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,225.50 |
|---|---|---|---|

**McMaster Carr Supply Company**
**P.O. Box 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **New Way Machine Components, Inc.**                    Case number (if known)    **24-11362(AMC)**
_____
Name

| | | |
|---|---|---|
| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| | **Mem-Co Inc.** | ☐ Contingent |
| | **45 Gigante Drive** | ☐ Unliquidated |
| | **Hampstead, NH 03841** | ☐ Disputed |

3.47 — $2,849.00

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

3.48 — Nonpriority creditor's name and mailing address — $7,300.00

**Midway Industrial Supply**
**(John Bridge Sons, Inc.)**
**P.O. Box 303**
**Utica, NY 13503**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

3.49 — Nonpriority creditor's name and mailing address — $497.04

**Misumi USA Inc.**
**1475 E. Woodfield Road, Suite 1300**
**Schaumburg, IL 60173**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

3.50 — Nonpriority creditor's name and mailing address — $18,435.22

**MSC Industrial Supply Co., Inc.**
**P.O. Box 953635**
**St. Louis, MO 63195**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

3.51 — Nonpriority creditor's name and mailing address — $4,254.00

**MWI, Inc. Carbon & Graphite Solutions**
**1269 Brighton-Henrietta T/L Road**
**Rochester, NY 14623**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

3.52 — Nonpriority creditor's name and mailing address — $532.71

**New Pig Corporation**
**1 Pork Avenue**
**Tipton, PA 16684**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

3.53 — Nonpriority creditor's name and mailing address — $2,924,000.00

**Nicholas R. Hackett**
**11271 Longwater Chase Court**
**Fort Myers, FL 33908**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Stock Redemption

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | New Way Machine Components, Inc. | Case number (if known) | 24-11362(AMC) |
|---|---|---|---|
| | Name | | |

---

**3.54**

Nonpriority creditor's name and mailing address
PECO Energy
P.O. Box 37629
Philadelphia, PA 19101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt/Utility

Is the claim subject to offset? ■ No ☐ Yes

$5,406.01

---

**3.55**

Nonpriority creditor's name and mailing address
Pennsylvania Steel Company
1717 Woodhaven Drive
Bensalem, PA 19020

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$4,448.28

---

**3.56**

Nonpriority creditor's name and mailing address
PGA Machining Company
P.O. Box 171
Crum Lynne, PA 19022

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$600.00

---

**3.57**

Nonpriority creditor's name and mailing address
Philadelphia Bearing & Drive Solutions
503 Tresle Place
Downingtown, PA 19335

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$658.07

---

**3.58**

Nonpriority creditor's name and mailing address
Phillips Commercial
8500 Traid Drive
Colfax, NC 27235

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,284.95

---

**3.59**

Nonpriority creditor's name and mailing address
PNC Visa
1000 Westlakes Drive
Berwyn, PA 19312

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset? ■ No ☐ Yes

$4,439.95

---

**3.60**

Nonpriority creditor's name and mailing address
Pyramid Staffing
211 West State Street, Suite 202
Media, PA 19063

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$4,585.74

---

Debtor   **New Way Machine Components, Inc.**                              Case number (if known)   **24-11362(AMC)**
      Name

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.37 |
|---|---|---|---|

**Quill**
P.O. Box 102419
Columbia, SC 29224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,987.50 |
|---|---|---|---|

**Rainer & Company**
**2 Campus Boulevard**
**Suite 220**
**Newtwon Square, PA 19073-3270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounting Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,072.20 |
|---|---|---|---|

**Rankin Automation**
**8 Union Hill Road**
**West Conshohocken, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $485.97 |
|---|---|---|---|

**Safeguard Business Systems, Inc.**
**Lockbox 229**
**P.O. 7247**
**Philadelphia, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**Skyline Roofing**
**404 Westown Circle**
**West Chester, PA 19382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,289.88 |
|---|---|---|---|

**Sunnen Products Company**
P.O. Box 790379
St. Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $780.90 |
|---|---|---|---|

**T Frank McCall's Inc.**
**601 Madison Street**
**Chester, PA 19013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | New Way Machine Components, Inc. | Case number (if known) | 24-11362(AMC) |
| --- | --- | --- | --- |
| | Name | | |

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $763.84

TForce Freight
P.O. Box 650690
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,026.69

Twin Specialties Corp.
1730 Walton Road, Suite 207
Blue Bell, PA 19422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,604.35

ULine
P.O. Box 88741
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,769.34

United Rentals, Inc.
P.O. Box 100711
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,546.06

Volpe and Koenig
30 South 17th Street
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Legal Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,014.00

West Chester Mechanical
20 McDonald Boulevard
Aston, PA 19014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,188.02

Yarde Metals Inc.
P.O. Box 781227
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor  **New Way Machine Components, Inc.**                                Case number (if known)  **24-11362(AMC)**
          <u>Name</u>

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Michael S. Harrington, Esquire**<br>**Duane Morris LLP**<br>**30 South 17th Street**<br>**Philadelphia, PA 19103** | Line  <u>3.53</u><br><br>☐  Not listed. Explain ____ | __ |

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.      $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 3,496,002.90 |
| 5c. Total of Parts 1 and 2<br>     Lines 5a + 5b = 5c. | 5c.      $ | 3,496,002.90 |

**Fill in this information to identify the case:**

Debtor name    **New Way Machine Components, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **24-11362(AMC)**

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential real estate lease for property located at 50 McDonald Boulevard, Aston, PA 19014** |
| | State the term remaining | |
| | List the contract number of any government contract | **50 McDonald Boulevard, LP 50 McDonald Boulevard Aston, PA 19014** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Water Coolers** |
| | State the term remaining | |
| | List the contract number of any government contract | **Aramark Refreshment Services, LLC P.O. Box 21971 New York, NY 10087-1971** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential real estate lease for property located at 30 McDonald Boulevard, Aston, PA 19014** |
| | State the term remaining | |
| | List the contract number of any government contract | **BKN Real Estate Associates, L.P. 20 McDonald Boulevard Aston, PA 19014** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Postage Machine** |
| | State the term remaining | |
| | List the contract number of any government contract | **FP Mailing Solutions P.O. Box 157 Bedford Park, IL 60499-0157** |

Debtor 1   __New Way Machine Components, Inc.__                           Case number *(if known)*   __24-11362(AMC)__
                First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for On-Site Storage Container** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **United Rentals**<br>**164 Berkley Road**<br>**Clarksboro, NJ 08020-1064** |

**Fill in this information to identify the case:**

Debtor name   **New Way Machine Components, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **24-11362(AMC)**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* Codebtor

*Column 2:* Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Andrew J. Devitt | 347 Mount Alverno Road<br>Media, PA 19063 | American Express | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name   **New Way Machine Components, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **24-11362(AMC)**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $3,185,342.07 |
   | **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $12,038,001.62 |
   | **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $13,163,522.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

| Debtor | **New Way Machine Components, Inc.** | | Case number *(if known)* | **24-11362(AMC)** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Rider "SOFA 3"** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See Rider "SOFA 4"** | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor   **New Way Machine Components, Inc.**                     Case number *(if known)*  **24-11362(AMC)**

---

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Karalis PC 1900 Spruce Street Philadelphia, PA 19103 | | April 5, 2024 | $101,738.00 |
| | Email or website address www.karalislaw.com | | | |
| | Who made the payment, if not debtor? Andrew J. Devitt | | | |
| 11.2. | Asterion, Inc. 1617 JFK Boulevard Suite 1040 Philadelphia, PA 19103 | | April 5, 2024 | $25,000.00 |
| | Email or website address www.asterion-consulting.com | | | |
| | Who made the payment, if not debtor? Andrew J. Devitt | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

Debtor   **New Way Machine Components, Inc.**                        Case number *(if known)*  **24-11362(AMC)**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | Nicholas R. Hackett 11271 Longwater Chase Court Fort Myers, FL 33908 | $91,037.00 - Payment on account of redemption of stock | January 31, 2024 | $91,037.00 |
| | Relationship to debtor Former President, CEO and shareholder (19.5% interest) | | | |
| 13.2 | Nicholas R. Hackett 11271 Longwater Chase Court Fort Myers, FL 33908 | $73,579.68 - Payment on account of redemption of stock | February 29, 2024 | $73,579.68 |
| | Relationship to debtor Former President, CEO and shareholder (19.5% interest) | | | |
| 13.3 | Nicholas R. Hackett 11271 Longwater Chase Court Fort Myers, FL 33908 | $11,206.68 - Payment on account of redemption of stock | February 29, 2024 | $11,206.78 |
| | Relationship to debtor Former President, CEO and shareholder (19.5% interest) | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

Address                                                          Dates of occupancy
                                                                 From-To

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Facility name and address          Nature of the business operation, including type of services    If debtor provides meals
                                   the debtor provides                                             and housing, number of
                                                                                                    patients in debtor's care

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor   **New Way Machine Components, Inc.**                                    Case number *(if known)*   **24-11362(AMC)**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ☑ Yes. Fill in below:
   Name of plan                                          Employer identification number of the plan
   **New Way Air Bearings 401(k) & Profit Sharing Plan**   EIN:   **23-2749884**

   Has the plan been terminated?
   ☑ No
   ☐ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor  **New Way Machine Components, Inc.**                              Case number *(if known)* **24-11362(AMC)**

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| --- | --- | --- | --- |
| 25.1. | New Way Exports, Inc. 2711 Centerville Road Suite 400 Wilmington, DE 19808 | **Sales export company for products produced by the Debtor** | **Dates business existed** EIN:    45-0609037 From-To    2011 to present |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
| --- | --- | --- |
| 26a.1. | **April Amoros - Account Manager** | 6/16/23 to present |

Debtor  **New Way Machine Components, Inc.**                    Case number *(if known)* **24-11362(AMC)**

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.2. | **Shawn Garrison- Former CFO** | **3/7/11 to 10/20/22** |
| 26a.3. | **Jennifer Thomason - Former CFO** | **11/21/22 to 6/16/23** |
| 26a.4. | **Nicholas R. Hacket - Former V.P. Finance** | **11/20/23 to 4/17/23** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Ranier & Company** | **3/26/10 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Jared Schaffstall** | |
| 26c.2. | **April Amoros** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address
26d.1.  **PNC Bank, National Association**

27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No

■  Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | Dan McGuire | Monthly | |
| | Name and address of the person who has possession of inventory records | | |
| | Debtor | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people

Debtor   **New Way Machine Components, Inc.**                              Case number *(if known)*  **24-11362(AMC)**

in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrew J. Devitt | 347 Mount Alverno Road Media, PA 19063 | Director, CEO and CTO | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jared Schaffstall | 18 Weathervane Road Media, PA 19063 | President and COO | None |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Nicholas R. Hackett | 11271 Longwater Chase Court Fort Myers, FL 33908 | Former officer and shareholder (19.5% interest) | Officer from 2005 to November 2, 2023 Shareholder from December 20, 2003 to November 2, 2023 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Andrew J. Devitt 347 Mount Alverno Road Media, PA 19063 | $345,301.54 | 4/23/23 to 4/22/24 | Wages and insurance payments |
| | Relationship to debtor Insider, Shareholder, Director and Officer | | | |
| 30.2 | Nicholas R. Hackett 11271 Longwater Chase Court Fort Myers, FL 33908 | $461,575.15 | 4/23/23 to 4/22/24 | Wages, stock redemption payments and insurance payments |
| | Relationship to debtor Insider, Shareholder, Director and Officer at the time of the payments | | | |

Debtor    **New Way Machine Components, Inc.**                                     Case number *(if known)*  **24-11362(AMC)**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3 | Jared Schaffstall 18 Weathervane Road Media, PA 19063 | $90,384.63 | 11/8/23 to 4/22/24 | Wages |
| | Relationship to debtor Insider and Officer since November 8, 2023 | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                                  Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund                                  Employer Identification number of the pension fund

## RIDER "SOFA 3"

New Way Air Bearing
Listing of all disbursements within 90 Days of Filing Jan 23, 2024 thru April 22, 2024

| Date | Journal Transaction | Book Credit Amount |
|---|---|---|
| 1/25/2024 | AP Paym: 609 Tricore, Inc | 205,786.33 |
| 1/26/2024 | Bank Adj: 989894531-6 PRINCIPAL | 1,271.86 |
| 1/26/2024 | Bank Adj: 989894531-6 INTEREST | 131.20 |
| 1/26/2024 | Bank Adj: 401k for 01/25/2024 payroll | 9,810.00 |
| 1/26/2024 | Bank Adj: 401k for 01/25/2024 payroll | 1,130.66 |
| 1/26/2024 | Bank Adj: 401k for 01/25/2024 payroll | 7,320.40 |
| 1/29/2024 | Bank Adj: 610695982 PRINCIPAL | 2,946.96 |
| 1/29/2024 | Bank Adj: 610695982 INTEREST | 408.47 |
| 1/29/2024 | Bank Adj: 611138284 PRINCIPAL | 8,880.32 |
| 1/29/2024 | Bank Adj: 611138284 INTEREST | 2,955.02 |
| 1/29/2024 | AP Paym: 40722 DENTECH industrial | 10,504.60 |
| 1/30/2024 | Bank Adj: United As One-Jan2024 | 1,200.00 |
| 1/30/2024 | Bank Adj: 50 McDonald Rent-Jan2024 | 22,500.00 |
| 1/31/2024 | Bank Adj: PNC Corporate Account Analysis Charge | 472.96 |
| 1/31/2024 | Bank Adj: Amortization Installment for Shareholder Buyout (Nicholas Hackett) | 91,037.00 |
| 2/1/2024 | Bank Adj: 30 McDonald Rent - Jan2024 | 9,317.66 |
| 2/2/2024 | AP Paym: 610 American Express | 11,877.49 |
| 2/5/2024 | Bank Adj: 98984531-4 PRINCIPAL | 2,466.48 |
| 2/5/2024 | Bank Adj: 98984531-4 INTEREST | 137.04 |
| 2/5/2024 | Bank Adj: 607959977 LOC Interest | 16,715.20 |
| 2/5/2024 | AP Paym: 612 Sentry Insurance | 5,298.40 |
| 2/6/2024 | AP Paym: 613 PNC VISA | 11,068.79 |
| 2/8/2024 | AP Paym: 611 Tricore, Inc | 206,577.01 |
| 2/12/2024 | Bank Adj: 401k for 02/08/2024 payroll EE | 9,434.72 |
| 2/12/2024 | Bank Adj: 401k for 02/08/2024 payroll Loans | 1,130.66 |
| 2/12/2024 | Bank Adj: 401k for 02/08/2024 payroll INT | 5,777.53 |
| 2/12/2024 | Bank Adj: TSYS / eBizCharge - Feb 2024 | 543.60 |
| 2/12/2024 | Bank Adj: TSYS / eBizCharge - Feb 2024 | 543.60 |
| 2/12/2024 | AP Paym: 614 Delaware Beaches Marketing | 1,000.00 |
| 2/13/2024 | AP Paym: 615 Guardian | 7,953.65 |
| 2/13/2024 | AP Paym: 616 Independence Blue Cross | 56,209.88 |
| 2/13/2024 | AP Paym: 617 PECO Energy | 1,152.88 |
| 2/13/2024 | AP Paym: 618 PECO Energy | 6,144.30 |
| 2/14/2024 | Bank Adj: Century Business Solutions (eBizCharge) - Monthly | 25.00 |
| 2/14/2024 | AP Paym: 40723 A.L. Finishing, Inc. | 7,268.61 |
| 2/14/2024 | AP Paym: 40724 Airline Hydraulics | 265.00 |
| 2/14/2024 | AP Paym: 40725 ALLIED PRECISION INC. | 19,734.00 |
| 2/14/2024 | AP Paym: 40726 Atlantic Crane Inspection Services | 656.10 |
| 2/14/2024 | AP Paym: 40727 Choice Solutions LLC | 154.53 |
| 2/14/2024 | AP Paym: 40728 Cintas Corporation | 213.20 |
| 2/14/2024 | AP Paym: 40729 CodaBears, Inc. | 4,875.00 |
| 2/14/2024 | AP Paym: 40730 D. Simpson Inc. | 765.50 |
| 2/14/2024 | AP Paym: 40731 DILWORTH PAXSON LLP | 2,100.00 |
| 2/14/2024 | AP Paym: 40732 Evans Heat Treating Company | 561.50 |
| 2/14/2024 | AP Paym: 40733 Federal Express Corporation | 246.58 |
| 2/14/2024 | AP Paym: 40734 Fedex Freight | 5,864.60 |
| 2/14/2024 | AP Paym: 40735 Global Industrial | 878.27 |
| 2/14/2024 | AP Paym: 40736 Liberty Tool Company | 182.91 |
| 2/14/2024 | AP Paym: 40737 Machine Tool Service Inc | 590.00 |
| 2/14/2024 | AP Paym: 40738 McMaster Carr Supply Company | 1,491.52 |
| 2/14/2024 | AP Paym: 40739 Mem-Co Inc. | 1,130.00 |

| 2/14/2024 | AP Paym: 40740 MSC Industrial Supply Co. Inc. | 3,766.66 |
|---|---|---|
| 2/14/2024 | AP Paym: 40741 Multi-Flex Plating | 120.00 |
| 2/14/2024 | AP Paym: 40742 PHILADELPHIA BEARING & DRIVE SOLUTIONS | 85.23 |
| 2/14/2024 | AP Paym: 40743 Pyramid Staffing | 6,509.38 |
| 2/14/2024 | AP Paym: 40744 QUILL | 209.82 |
| 2/14/2024 | AP Paym: 40745 Rankin Automation | 547.00 |
| 2/14/2024 | AP Paym: 40746 T Frank McCall's Inc | 396.78 |
| 2/14/2024 | AP Paym: 40747 Twin Specialties Corp | 3,640.00 |
| 2/14/2024 | AP Paym: 40748 ULINE | 1,079.46 |
| 2/14/2024 | AP Paym: 40749 United Rentals, Inc. | 294.89 |
| 2/21/2024 | AP Paym: 619 DENTECH industrial | 11,361.74 |
| 2/22/2024 | AP Paym: 620 Tricore, Inc | 192,140.45 |
| 2/22/2024 | AP Paym: 40750 Chester Water Authority | 391.96 |
| 2/22/2024 | AP Paym: 40751 MSIViking Gage, LLC | 3,538.08 |
| 2/22/2024 | AP Paym: 40752 Republic Services | 6,495.71 |
| 2/22/2024 | AP Paym: 40753 T Frank McCall's Inc | 457.74 |
| 2/22/2024 | AP Paym: 40754 The Inventors Shop, LLC | 1,945.00 |
| 2/23/2024 | Bank Adj: United As One-Feb2024 | 1,200.00 |
| 2/23/2024 | Bank Adj: 401k for 02/22/2024 payroll EE | 9,120.92 |
| 2/23/2024 | Bank Adj: 401k for 02/22/2024 payroll Loans | 1,130.66 |
| 2/23/2024 | Bank Adj: 401k for 02/22/2024 payroll Match | 4,872.08 |
| 2/26/2024 | Bank Adj: 98984531-6 PRINCIPAL | 1,275.54 |
| 2/26/2024 | Bank Adj: 98984531-6 INTEREST | 127.52 |
| 2/26/2024 | AP Paym: 40755 A.L. Finishing, Inc. | 1,586.18 |
| 2/26/2024 | AP Paym: 40756 ALLIED PRECISION INC. | 2,495.00 |
| 2/26/2024 | AP Paym: 40757 B&W Packaging Manufacturing | 823.13 |
| 2/26/2024 | AP Paym: 40758 Cintas Corporation | 213.20 |
| 2/26/2024 | AP Paym: 40759 CodaBears, Inc. | 6,600.00 |
| 2/26/2024 | AP Paym: 40760 DENTECH industrial | 7,440.60 |
| 2/26/2024 | AP Paym: 40761 Devitt Machinery Co. Inc. | 880.00 |
| 2/26/2024 | AP Paym: 40762 Epicor Software Corporation | 4,187.70 |
| 2/26/2024 | AP Paym: 40763 Federal Express Corporation | 1,414.65 |
| 2/26/2024 | AP Paym: 40764 Global Industrial | 662.41 |
| 2/26/2024 | AP Paym: 40765 Hartzell Machine Works Inc. | 3,960.00 |
| 2/26/2024 | AP Paym: 40766 K. Wagner Machining | 1,500.00 |
| 2/26/2024 | AP Paym: 40767 Liberty Tool Company | 628.74 |
| 2/26/2024 | AP Paym: 40768 McMaster Carr Supply Company | 26.39 |
| 2/26/2024 | AP Paym: 40769 Mem-Co Inc. | 1,130.00 |
| 2/26/2024 | AP Paym: 40770 MSC Industrial Supply Co. Inc. | 1,522.92 |
| 2/26/2024 | AP Paym: 40771 Multi-Flex Plating | 802.00 |
| 2/26/2024 | AP Paym: 40772 Pyramid Staffing | 3,730.58 |
| 2/26/2024 | AP Paym: 40773 QUILL | 255.13 |
| 2/26/2024 | AP Paym: 40774 Roto-Rooter Services Company | 269.00 |
| 2/26/2024 | AP Paym: 40775 TIMBER INDUSTRIES LLC | 1,711.03 |
| 2/26/2024 | AP Paym: 40776 United Rentals, Inc. | 294.89 |
| 2/26/2024 | AP Paym: 40777 Volpe and Koenig | 1,250.00 |
| 2/26/2024 | AP Paym: 40778 Yarde Metals Inc. | 279.99 |
| 2/28/2024 | Bank Adj: 610695982 PRINCIPAL | 2,982.44 |
| 2/28/2024 | Bank Adj: 610695982 INTEREST | 372.99 |
| 2/28/2024 | Bank Adj: 611138284 PRINCIPAL | 9,114.59 |
| 2/28/2024 | Bank Adj: 611138284 INTEREST | 2,720.75 |
| 2/28/2024 | Bank Adj: Postage (CORRECTION) | 100.00 |
| 2/28/2024 | Bank Adj: Postage (CORRECTION) | 100.00 |
| 2/29/2024 | Bank Adj: PNC Corporate Account Analysis Charge | 526.76 |
| 2/29/2024 | Bank Adj: Amortization Installment for Shareholder Buyout (Nicholas Hackett) PRINCIPAL | 73,579.68 |
| 2/29/2024 | Bank Adj: Amortization Installment for Shareholder Buyout (Nicholas Hackett) INTEREST | 11,206.68 |

| Date | Description | Amount |
|---|---|---|
| 3/4/2024 | Bank Adj: 98984531-4 PRINCIPAL | 2,473.51 |
| 3/4/2024 | Bank Adj: 98984531-4 INTEREST | 130.01 |
| 3/5/2024 | Bank Adj: 607959977 LOC Interest | 17,296.60 |
| 3/6/2024 | AP Paym: 40779 A.L. Finishing, Inc. | 1,440.67 |
| 3/6/2024 | AP Paym: 40780 AIRGAS USA, LLC | 364.11 |
| 3/6/2024 | AP Paym: 40781 Alarm 360 (formerly My Alarm Center) | 588.96 |
| 3/6/2024 | AP Paym: 40782 ARAMARK Refreshment Services | 213.31 |
| 3/6/2024 | AP Paym: 40783 Bradford Instrument & Gage | 825.00 |
| 3/6/2024 | AP Paym: 40784 Cintas Corporation | 106.60 |
| 3/6/2024 | AP Paym: 40785 CodaBears, Inc. | 1,350.00 |
| 3/6/2024 | AP Paym: 40786 Earle M. Jorgensen Company | 2,577.96 |
| 3/6/2024 | AP Paym: 40787 Evans Heat Treating Company | 183.34 |
| 3/6/2024 | AP Paym: 40788 Federal Express Corporation | 533.20 |
| 3/6/2024 | AP Paym: 40789 Hillock Anodizing, Inc. | 2,665.00 |
| 3/6/2024 | AP Paym: 40790 KS & C Industries LLP | 1,100.00 |
| 3/6/2024 | AP Paym: 40791 McMaster Carr Supply Company | 1,594.40 |
| 3/6/2024 | AP Paym: 40792 MSC Industrial Supply Co. Inc. | 840.21 |
| 3/6/2024 | AP Paym: 40793 Pennsylvania Steel Company | 8,718.53 |
| 3/6/2024 | AP Paym: 40794 Pyramid Staffing | 3,611.40 |
| 3/6/2024 | AP Paym: 40795 Rainer & Company | 300.00 |
| 3/6/2024 | AP Paym: 40796 The Inventors Shop, LLC | 3,468.00 |
| 3/6/2024 | AP Paym: 40797 Unishippers | 211.90 |
| 3/6/2024 | AP Paym: 622 American Express | 15,560.40 |
| 3/7/2024 | AP Paym: 621 Tricore, Inc | 193,921.22 |
| 3/8/2024 | Bank Adj: 30 McDonald Rent - Feb2024 | 9,317.66 |
| 3/11/2024 | Bank Adj: 401k for 03/07/2024 payroll EE | 8,745.64 |
| 3/11/2024 | Bank Adj: 401k for 03/07/2024 payroll LOANS | 781.67 |
| 3/11/2024 | Bank Adj: 401k for 03/07/2024 payroll ER | 4,143.81 |
| 3/11/2024 | Bank Adj: TSYS / eBizCharge - Mar2024 | 356.91 |
| 3/11/2024 | AP Paym: 623 PNC VISA | 6,856.64 |
| 3/11/2024 | AP Paym: 624 Guardian | 7,425.73 |
| 3/11/2024 | AP Paym: 625 Independence Blue Cross | 55,827.70 |
| 3/11/2024 | AP Paym: 40798 A.L. Finishing, Inc. | 1,472.93 |
| 3/11/2024 | AP Paym: 40799 Airline Hydraulics | 23.75 |
| 3/11/2024 | AP Paym: 40800 ALLIED PRECISION INC. | 23,920.00 |
| 3/11/2024 | AP Paym: 40801 Bradford Instrument & Gage | 1,085.30 |
| 3/11/2024 | AP Paym: 40802 CAMPEAU ASSOCIATES | 70.00 |
| 3/11/2024 | AP Paym: 40803 Cassey's Optical | 200.00 |
| 3/11/2024 | AP Paym: 40804 Choice Solutions LLC | 160.59 |
| 3/11/2024 | AP Paym: 40805 Cintas Corporation | 106.60 |
| 3/11/2024 | AP Paym: 40806 CodaBears, Inc. | 5,775.00 |
| 3/11/2024 | AP Paym: 40807 Comcast | 1,743.95 |
| 3/11/2024 | AP Paym: 40808 D. Simpson Inc. | 3,309.96 |
| 3/11/2024 | AP Paym: 40809 Evans Heat Treating Company | 388.80 |
| 3/11/2024 | AP Paym: 40810 Federal Express Corporation | 459.40 |
| 3/11/2024 | AP Paym: 40811 Fedex Freight | 2,090.65 |
| 3/11/2024 | AP Paym: 40812 Grainger | 25.55 |
| 3/11/2024 | AP Paym: 40813 Hartzell Machine Works Inc. | 8,944.00 |
| 3/11/2024 | AP Paym: 40814 Hillock Anodizing, Inc. | 4,389.50 |
| 3/11/2024 | AP Paym: 40815 JOHN BULLOCK PEST CONTROL | 90.10 |
| 3/11/2024 | AP Paym: 40816 Keen | 101.94 |
| 3/11/2024 | AP Paym: 40817 Liberty Tool Company | 1,859.84 |
| 3/11/2024 | AP Paym: 40818 McMaster Carr Supply Company | 2,495.22 |
| 3/11/2024 | AP Paym: 40819 Mem-Co Inc. | 493.00 |
| 3/11/2024 | AP Paym: 40820 MSC Industrial Supply Co. Inc. | 2,822.00 |
| 3/11/2024 | AP Paym: 40821 MWI, Inc. Carbon & Graphite Solutions | 25,640.00 |

| Date | Description | Amount |
|---|---|---|
| 3/11/2024 | AP Paym: 40822 NEW PIG CORPORATION | 620.45 |
| 3/11/2024 | AP Paym: 40823 Pyramid Staffing | 4,939.82 |
| 3/11/2024 | AP Paym: 40824 Shur-Kut Corporation | 4,496.00 |
| 3/11/2024 | AP Paym: 40825 Sunnen Products Company | 71.20 |
| 3/11/2024 | AP Paym: 40826 ULINE | 2,118.19 |
| 3/11/2024 | AP Paym: 40827 United Rentals, Inc. | 294.89 |
| 3/11/2024 | AP Paym: 40828 Volpe and Koenig | 503.00 |
| 3/11/2024 | AP Paym: 40829 T Frank McCall's Inc | 609.22 |
| 3/18/2024 | AP Paym: 626 PECO Energy | 1,156.28 |
| 3/18/2024 | AP Paym: 627 PECO Energy | 5,476.65 |
| 3/19/2024 | Bank Adj: Century Business Solutions (eBizCharge) - Monthly | 25.00 |
| 3/21/2024 | AP Paym: 628 Tricore, Inc | 181,062.30 |
| 3/21/2024 | AP Paym: 629 DENTECH industrial | 11,361.74 |
| 3/22/2024 | Bank Adj: Retainer for Alan Zeiger (Blank Rome) | 25,000.00 |
| 3/22/2024 | Bank Adj: 401k for 03/21/2024 payroll EE | 8,722.46 |
| 3/22/2024 | Bank Adj: 401k for 03/21/2024 payroll Loan(s) | 781.67 |
| 3/22/2024 | Bank Adj: 401k for 03/21/2024 payroll ER | 3,997.48 |
| 3/22/2024 | AP Paym: 630 AT & T Mobility | 402.14 |
| 3/26/2024 | Bank Adj: 98984531-6 PRINCIPAL | 1,279.22 |
| 3/26/2024 | Bank Adj: 98984531-6 INTEREST | 123.84 |
| 3/26/2024 | AP Paym: 40830 A.L. Finishing, Inc. | 4,154.51 |
| 3/26/2024 | AP Paym: 40831 AIRGAS USA, LLC | 364.11 |
| 3/26/2024 | AP Paym: 40832 Airline Hydraulics | 73.62 |
| 3/26/2024 | AP Paym: 40833 Alex Goldberg | 4,000.00 |
| 3/26/2024 | AP Paym: 40834 ARAMARK Refreshment Services | 453.96 |
| 3/26/2024 | AP Paym: 40835 Cintas Corporation | 213.20 |
| 3/26/2024 | AP Paym: 40836 CodaBears, Inc. | 2,700.00 |
| 3/26/2024 | AP Paym: 40837 Comcast | 2,110.21 |
| 3/26/2024 | AP Paym: 40838 D. Simpson Inc. | 1,794.00 |
| 3/26/2024 | AP Paym: 40839 Dajcor Aluminum Inc. | 6,319.24 |
| 3/26/2024 | AP Paym: 40840 Dan Kelly's Landscaping, Ic. | 2,830.00 |
| 3/26/2024 | AP Paym: 40841 Earle M. Jorgensen Company | 14,350.60 |
| 3/26/2024 | AP Paym: 40842 Epicor Software Corporation | 4,187.70 |
| 3/26/2024 | AP Paym: 40843 Evans Heat Treating Company | 313.05 |
| 3/26/2024 | AP Paym: 40844 Federal Express Corporation | 990.71 |
| 3/26/2024 | AP Paym: 40845 Fedex Freight | 652.25 |
| 3/26/2024 | AP Paym: 40846 G&T Industries | 2,036.05 |
| 3/26/2024 | AP Paym: 40847 Grainger | 288.49 |
| 3/26/2024 | AP Paym: 40848 Hartzell Machine Works Inc. | 11,136.00 |
| 3/26/2024 | AP Paym: 40849 Hillock Anodizing, Inc. | 2,587.00 |
| 3/26/2024 | AP Paym: 40850 JJ Clark | 245.55 |
| 3/26/2024 | AP Paym: 40851 Keen | 308.46 |
| 3/26/2024 | AP Paym: 40852 Keith Morey, LLC Cleaning and Maintenance Services | 6,890.00 |
| 3/26/2024 | AP Paym: 40853 Liberty Tool Company | 1,166.20 |
| 3/26/2024 | AP Paym: 40854 Machine Tool Service Inc | 1,570.00 |
| 3/26/2024 | AP Paym: 40855 McMaster Carr Supply Company | 2,204.27 |
| 3/26/2024 | AP Paym: 40856 Mem-Co Inc. | 44.25 |
| 3/26/2024 | AP Paym: 40857 MSC Industrial Supply Co. Inc. | 4,168.49 |
| 3/26/2024 | AP Paym: 40858 MWI, Inc. Carbon & Graphite Solutions | 24,418.09 |
| 3/26/2024 | AP Paym: 40859 Pennsylvania Steel Company | 1,858.47 |
| 3/26/2024 | AP Paym: 40860 Pyramid Staffing | 7,309.17 |
| 3/26/2024 | AP Paym: 40861 QUILL | 217.54 |
| 3/26/2024 | AP Paym: 40862 Rankin Automation | 585.00 |
| 3/26/2024 | AP Paym: 40863 SGI | 5,794.25 |
| 3/26/2024 | AP Paym: 40864 Southwest Delaware County Municipal Authority | 1,269.74 |
| 3/26/2024 | AP Paym: 40865 TForce Freight | 277.21 |

| | | |
|---|---|---:|
| 3/26/2024 | AP Paym: 40866 ULINE | 1,107.70 |
| 3/26/2024 | AP Paym: 40867 Unishippers | 157.50 |
| 3/26/2024 | AP Paym: 40868 United Rentals, Inc. | 294.89 |
| 3/28/2024 | Bank Adj: 610695982 PRINCIPAL | 3,004.60 |
| 3/28/2024 | Bank Adj: 610695982 INTEREST | 350.83 |
| 3/28/2024 | Bank Adj: 611138284 PRINCIPAL | 9,254.48 |
| 3/28/2024 | Bank Adj: 611138284 INTEREST | 2,580.86 |
| 3/28/2024 | Bank Adj: United As One-Mar2024 | 1,200.00 |
| 3/28/2024 | Bank Adj: 50 McDonald Rent-Feb2024 | 22,500.00 |
| 3/28/2024 | 50 McDonald Rent-Feb2024 | 22,500.00 |
| 3/29/2024 | Bank Adj: PNC Corporate Account Analysis Charge | 627.37 |
| 4/2/2024 | AP Paym: 632 American Express | 20,704.32 |
| 4/3/2024 | AP Paym: 30 McDonald Rent - Apr2024 | 9,317.66 |
| 4/4/2024 | Bank Adj: 98984531-4 PRINCIPAL | 2,480.56 |
| 4/4/2024 | Bank Adj: 98984531-4 INTEREST | 122.96 |
| 4/4/2024 | AP Paym: 631 Tricore, Inc | 171,197.91 |
| 4/4/2024 | AP Paym: 40869 Devitt Machinery Co. Inc. | 2,430.00 |
| 4/5/2024 | Bank Adj: 607959977 LOC Interest | 52,024.14 |
| 4/5/2024 | Bank Adj: Retainer for Alan Zeiger (Blank Rome) PART 2 | 25,000.00 |
| 4/5/2024 | Bank Adj: 401k for 04/04/2024 payroll (EE) | 8,718.54 |
| 4/5/2024 | Bank Adj: 401k for 04/04/2024 payroll (Loan) | 773.29 |
| 4/5/2024 | Bank Adj: 401k for 04/04/2024 payroll (ER) | 3,126.69 |
| 4/8/2024 | AP Paym: 633 PNC VISA | 5,399.60 |
| 4/9/2024 | Bank Adj: 50 McDonald Rent-Mar2024 | 22,500.00 |
| 4/9/2024 | Bank Adj: Refund Zygo overpayment from 01/26/2024 | 6,000.00 |
| 4/10/2024 | Bank Adj: TSYS / eBizCharge - Apr2024 | 194.83 |
| 4/10/2024 | Bank Adj: TSYS / eBizCharge - Apr 2024 | 0.10 |
| 4/11/2024 | AP Paym: 634 PECO Energy | 695.10 |
| 4/12/2024 | AP Paym: 15979 Guardian | 5,659.51 |
| 4/12/2024 | AP Paym: 15980 Independence Blue Cross | 43,396.03 |
| 4/12/2024 | AP Paym: 40870 K. Wagner Machining | 2,700.00 |
| 4/12/2024 | AP Paym: 40871 Keith Morey, LLC Cleaning and Maintenance Services | 13,780.00 |
| 4/15/2024 | AP Paym: 15984 A.L. Finishing, Inc. | 18,200.36 |
| 4/15/2024 | AP Paym: 15985 ALLIED PRECISION INC. | 29,040.25 |
| 4/15/2024 | AP Paym: 15987 Graphel Corporation | 4,454.55 |
| 4/15/2024 | AP Paym: 15981 Hartzell Machine Works Inc. | 31,216.00 |
| 4/15/2024 | AP Paym: 15982 Hillock Anodizing, Inc. | 5,955.00 |
| 4/15/2024 | AP Paym: 15983 T Frank McCall's Inc | 861.91 |
| 4/15/2024 | AP Paym: 15986 TIMBER INDUSTRIES LLC | 6,431.81 |
| 4/16/2024 | AP Paym: 15993 American Express | 18,505.87 |
| 4/17/2024 | AP Paym: 15988 Tricore, Inc | 177,453.08 |
| 4/17/2024 | AP Paym: 15990 A.L. Finishing, Inc. | 7,150.16 |
| 4/17/2024 | AP Paym: 15991 ALLIED PRECISION INC. | 5,276.99 |
| 4/17/2024 | AP Paym: 15989 Hillock Anodizing, Inc. | 10,765.00 |
| 4/17/2024 | AP Paym: 15992 MWI, Inc. Carbon & Graphite Solutions | 13,356.00 |
| 4/17/2024 | AP Paym: 15994 Volpe and Koenig | 9,733.65 |
| 4/18/2024 | AP Paym: 15995 Sentry Insurance | 6,807.00 |
| 4/19/2024 | Bank Adj: Century Business Solutions (eBizCharge) - Monthly | 25.00 |
| 4/19/2024 | Bank Adj: 401k for 04/18/2024 payroll (EE) | 9,068.03 |
| 4/19/2024 | Bank Adj: 401k for 04/18/2024 payroll (Loan) | 639.23 |
| 4/19/2024 | Bank Adj: 401k for 04/18/2024 payroll (ER) | 2,932.80 |
| 4/19/2024 | Bank Adj: 401k for 04/18/2024 payroll (Loan) | 54.00 |
| 4/19/2024 | Bank Transfer: Transfer from First to FBank | 582.32 |

## RIDER "SOFA 4"

New Way Machine Components Inc.
Payments to Insiders
April 23, 2023 thru April 22, 2024

| | Drew Devitt | Description | Nick Hackett | Description | Jared Schafstall | | Description |
|---|---|---|---|---|---|---|---|
| April 23, 2023 | | | | | | | |
| April 28, 2023 | | | | | | | |
| May 4, 2023 | $12,692.40 | Wages | $12,692.40 | Wages | | | |
| May 18, 2023 | $12,692.40 | Wages | $12,692.40 | Wages | | | |
| May 25, 2023 | | | | | | | |
| June 1, 2023 | $12,692.40 | Wages | $12,692.40 | Wages | | | |
| June 15, 2023 | $12,692.40 | Wages | $12,692.40 | Wages | | | |
| June 26, 2023 | | | | | | | |
| June 29, 2023 | $12,692.40 | Wages | $12,692.40 | Wages | | | |
| July 13, 2024 | $12,692.40 | Wages | $12,692.40 | Wages | | | |
| July 27, 2024 | $12,692.40 | Wages | $12,692.40 | Wages | | | |
| July 31, 2023 | | | | | | | |
| August 10, 2023 | $12,692.40 | Wages | $12,692.40 | Wages | | | |
| August 24, 2023 | $12,692.40 | Wages | $12,692.40 | Wages | | | |
| September 5, 2023 | | | | | | | |
| September 7, 2023 | $12,692.40 | Wages | $12,692.40 | Wages | | | |
| September 21, 2023 | $4,615.38 | Wages | $4,615.38 | Wages | | | |
| September 27, 2023 | | | | | | | |
| October 5, 2023 | $4,615.38 | Wages | $4,615.38 | Wages | | | |
| October 19, 2023 | $12,692.40 | Wages | $12,692.40 | Wages | | | |
| October 30, 2023 | | | | | | | |
| November 2, 2023 | $12,692.40 | Wages | $12,692.40 | Wages | $ | 5,769.23 | Wages |
| November 16, 2023 | $12,692.40 | Wages | $12,692.40 | Wages | $ | 5,769.23 | Wages |
| November 28, 2023 | | | | | | | |
| November 30, 2023 | $8,503.91 | Wages | $4,615.38 | Wages | $ | 5,769.23 | Wages |
| December 14, 2023 | $8,503.91 | Wages | $4,615.38 | Wages | $ | 5,769.23 | Wages |
| December 15, 2023 | | | | | | | |
| December 28, 2023 | $8,503.91 | Wages | $4,615.38 | Wages | $ | 5,769.23 | Wages |
| December 28, 2023 | $50,168.65 | 2% Shareholder Ins | $60,750.65 | 2% Shareholder Ins | | | |
| January 11, 2024 | $12,692.40 | Wages | $4,615.38 | Wages | $ | 7,692.31 | Wages |
| January 25, 2024 | $12,692.40 | Wages | $4,615.38 | Wages | $ | 7,692.31 | Wages |
| January 30, 2024 | | | | | | | |
| January 31, 2024 | | | $91,037.00 | Stock Redemption Pmt # 1 | | | |
| February 8, 2024 | $12,692.40 | Wages | $4,615.38 | Wages | $ | 7,692.31 | Wages |
| February 22, 2024 | $10,642.40 | Wages | $4,615.38 | Wages | $ | 7,692.31 | Wages |
| February 29, 2024 | | | $84,786.36 | Stock Redemption Pmt # 2 | | | |
| March 7, 2024 | $10,642.40 | Wages | $4,615.38 | Wages | $ | 7,692.31 | Wages |
| March 21, 2024 | $10,642.40 | Wages | $4,615.38 | Wages | $ | 7,692.31 | Wages |
| March 28, 2024 | | | | | | | |
| April 4, 2024 | $10,642.40 | Wages | $4,615.38 | Wages | $ | 7,692.31 | Wages |
| April 18, 2024 | $14,742.40 | Wages | $4,615.38 | Wages | $ | 7,692.31 | Wages |
| April 22, 2024 | | | | | | | |
| | | | | | | | |
| Total | $345,301.54 | | $461,575.15 | | $ | 90,384.63 | |

Fill in this information to identify the case:

Debtor name **New Way Machine Components, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **24-11362(AMC)**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ *Amended Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 20, 2024    x _____
Signature of individual signing on behalf of debtor

**Jared Schaffstall**
Printed name

**President and COO**
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11, Subchapter V |
| | : | |
| NEW WAY MACHINE COMPONENTS, INC. | : | Case No. 24-11362(AMC) |
| *t/a* NEW WAY AIR BEARINGS | : | |
| | : | |
| Debtor | : | |
| | : | |

## RULE 2016(b) STATEMENT
## OF ATTORNEY COMPENSATION

1.       Pursuant to 11 U.S.C. § 329 and Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above-named Debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in the contemplation of or in connection with the bankruptcy case is as follows:

          a.       For legal services, my firm has agreed to be compensated for the services to be provided to the Debtor at its ordinary hourly billing rates and in accordance with its customary billing practices with respect to its out-of-pocket expenses.

          b.       Prior to the filing of the petition in bankruptcy, my firm received payment of a retainer in the amount of $101,738.00 from Andrew J. Devitt ("Mr. Devitt"), the Debtor's Chief Executive Officer, sole director and shareholder. The amount of the retainer remaining as of the petition date was $6,303.50[1].

---

[1] KPC also incurred costs after receipt totaling $1,789.00 (inclusive of the filing fee of $1,738.00) that were charged to the funds received leaving a retainer balance of $4,514.50 as of the Petition Date.

      c.      All services to be provided to the Debtor after the Petition Date will be provided on an hourly basis at my firm's hourly billing rates and in accordance with its customary billing practices with respect to its out-of-pocket expenses.

    2.     The source of compensation paid to my firm was Mr. Devitt.

    3.     The source of compensation to be paid by my firm will be the Debtor.

    4.     I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    5.     In return for the above-disclosed fee, I have agreed to render legal services for all aspects of the bankruptcy case, including but not limited to:

      a.      Advise the Debtor of its rights, powers, and duties as a debtor-in-possession;

      b.      Prepare on behalf of the Debtor or assist the Debtor in preparing all necessary pleadings, motions, applications, complaints, answers, responses, orders, United States Trustee reports, and other legal papers;

      c.      Advise the Debtor concerning, and assist in the negotiation and documentation of, the use of cash collateral and/or debtor-in-possession financing, debt restructuring and related transactions;

      d.      Review the nature and validity of agreements relating to the Debtor's business and advise the Debtor in connection therewith;

      e.      Review the nature and validity of liens, if any, asserted against the Debtor and advise as to the enforceability of such liens;

      f.      Advise the Debtor concerning the actions it might take to collect and recover property for the benefit of its estate;

2

   g.  Assist the Debtor in any matter involving contests with secured or unsecured creditors, including the claims reconciliation process;

   h.  Assist the Debtor in providing legal services required to prepare, negotiate and implement a plan of reorganization; and

   i.  Perform all other legal services for the Debtor which may be necessary in the administration of its chapter 11 case, other than those requiring specialized expertise for which special counsel, if necessary, may be employed.

  6.  Any and all compensation to be paid to Karalis PC for services rendered on the Debtor's behalf shall be fixed by application to this Court in accordance with §§ 330 and 331 of the Bankruptcy Code, such Rules of Local and Federal Bankruptcy Procedures as may then be applicable and/or any alternative arrangement for interim compensation as may be authorized by the Court.

  I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case.

       By:  /s/ Aris J. Karalis       
           ARIS J. KARALIS
           **KARALIS PC**
           Attorneys for the Debtor

Dated: May 20, 2024

3