# EXHIBIT "A"

August 31, 2024

New Way Machine Components, Inc.
50 McDonald Boulevard
Aston, PA 19014-3202 USA

Attention: Andrew J. Devitt

MATTER: 7062-a
INVOICE: 1474

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jul-01-24 | Review email from Jen Maleski re: comments to Proposed Sale Order with respect to Certain FF&E | 0.30 | 195.00 | AJK |
|  | Draft & review revised Sale Order / Motion to Sublease & reject existing lease for 30 McDonald re: Certain FF&E | 0.30 | 195.00 | AJK |
|  | Draft & review email to Jen Maleski re: revised Sale Order with PNC Bank comments | 0.10 | 65.00 | AJK |
| Jul-26-24 | Review Orders Granting Sale of Equipment & Termination of Lease | 0.20 | 130.00 | AJK |
| Jun-05-24 | Telephone conference with Harris re: Agreement with Landlord & Purchaser | 0.10 | 50.00 | RWS |
| Jun-09-24 | Review of Lease Termination Agreement | 0.30 | 150.00 | RWS |
|  | Review of Sublease Agreement | 0.30 | 150.00 | RWS |
|  | Review of documents relating to assets to be sold | 0.20 | 100.00 | RWS |
|  | Prepared email to Devitt re: proposed sale & lease issues | 0.10 | 50.00 | RWS |
| Jun-10-24 | Prepared revised lease Termination Agreement | 0.90 | 450.00 | RWS |
|  | Prepared revised Sublease Agreement | 0.80 | 400.00 | RWS |
|  | Prepared list of assets to be sold | 0.30 | 150.00 | RWS |
| Jun-11-24 | Zoom call with AJK, Devitt, Harris & | 0.70 | 350.00 | RWS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Schaffstall re: Lease Termination Agreement & Sublease Agreement | | | |
| Jun-13-24 | Prepared email to Devitt re: Lease Termination & Sublease | 1.00 | 500.00 | RWS |
| | Prepared (2) emails to Flynn re: lease termination | 0.20 | 100.00 | RWS |
| Jun-17-24 | Prepared revised list of assets to be sold | 0.10 | 50.00 | RWS |
| | Prepared Motion to Approve Sublease Agreement & Lease Termination Agreement | 1.60 | 800.00 | RWS |
| Jun-18-24 | Prepared Motion to Approve Sublease & Lease Termination Agreement | 1.20 | 600.00 | RWS |
| | Prepared Sale Motion re: office furnishings & machines | 2.40 | 1,200.00 | RWS |
| Jun-19-24 | Prepared final revisions to Motion to Approve Sublease Agreement & Lease Termination Agreement | 0.40 | 200.00 | RWS |
| | Prepared final revisions to Sale Motion re: machinery & office furnishings | 0.40 | 200.00 | RWS |
| Jul-24-24 | Telephonic Court Appearance re: Motion to See Office Furnishings/Equipment & Motion to Approve Sublease & Lease Termination | 0.30 | 150.00 | RWS |
| Jul-26-24 | Prepared email to Devitt & Schaffstall re: Orders Approving Sale & Lease Agreement | 0.10 | 50.00 | RWS |
| | Prepared email to Schaffstall re: opening account for sale proceeds | 0.10 | 50.00 | RWS |
| Jul-08-24 | Review of Docket & prepare CONR to Motion to Approve Sublease & Terminate Lease Agreement | 0.30 | 49.50 | JH |
| | Review of Docket & prepare CONR to Sale Motion | 0.30 | 49.50 | JH |

|  |  | | |
|---|---|---|---|
| Totals |  | 13.00 | $6,434.00 |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Aris J. Karalis | 0.90 | $650.00 | $585.00 |
| Robert W. Seitzer | 11.50 | $500.00 | $5,750.00 |
| Jill Hysley | 0.60 | $165.00 | $99.00 |

**Balance Due Now**      **$6,434.00**