# EXHIBIT "B"

August 31, 2024

New Way Machine Components, Inc.
50 McDonald Boulevard
Aston, PA 19014-3202 USA

Attention: Andrew J. Devitt

MATTER: 7062-a
INVOICE: 1472

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-10-24 | Review email from Drew Devitt re: sublease of second building / early termination of lease / sale of equipment | 0.30 | 195.00 | AJK |
| Jul-01-24 | Review of draft Motion to Extend Time to Assume/Reject or Assign Unexpired Leases | 0.50 | 325.00 | AJK |
| Aug-16-24 | Review Order extending time to assume/reject lease | 0.10 | 65.00 | AJK |
| May-12-24 | Review of leases & rent roll | 0.30 | 150.00 | RWS |
| Jul-01-24 | Prepared Motion to Extend Time to Assume/Reject Lease Agreements | 1.40 | 700.00 | RWS |
| Jul-02-24 | Prepared revised Motion to Extend Time to Assume/Reject Lease Agreements | 0.40 | 200.00 | RWS |
| Jul-17-24 | Review of Docket & prepare CONR to Motion to Extend Time to Assume/Reject Lease | 0.30 | 49.50 | JH |
| | Totals | 3.30 | $1,684.50 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Aris J. Karalis | 0.90 | $650.00 | $585.00 |
| Robert W. Seitzer | 2.10 | $500.00 | $1,050.00 |
| Jill Hysley | 0.30 | $165.00 | $49.50 |

**Balance Due Now**     **$1,684.50**