# EXHIBIT "C"

August 31, 2024

New Way Machine Components, Inc.

50 McDonald Boulevard
Aston, PA 19014-3202 USA

MATTER:   7062-a
INVOICE:   1481

Attention: Andrew J. Devitt

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Apr-22-24 | Telephone conference with Drew Devitt re: Chapter 11 filing | 0.10 | 65.00 | AJK |
| | Review of Petition & attachments (as filed) | 0.10 | 65.00 | AJK |
| | Review of First Day Motions with captions completed | 0.20 | 130.00 | AJK |
| | Review email from Drew Devitt & Jared Schaffstall re: comments to draft First Day Declaration | 0.70 | 455.00 | AJK |
| | Review & revise Drew Devitt Declaration re: Petition & First Day Motions | 1.30 | 845.00 | AJK |
| | Telephone conference with Drew Devitt re: First Day Declaration | 0.20 | 130.00 | AJK |
| | Telephone conference with Greg Harris, Drew Devitt & Jared Schaffstall re: meeting with employees / Chapter 11 filing | 0.50 | 325.00 | AJK |
| | Review email from Drew Devitt re: additional comments to First Day Declaration | 0.30 | 195.00 | AJK |
| | Telephone conference with Drew Devitt & RMG re: revised Declaration | 0.30 | 195.00 | AJK |
| | Review of RMG comments to draft First Day Declaration | 0.50 | 325.00 | AJK |
| | Draft & review additional revisions to First Day Declaration & Draft & review email to Drew Devitt re: revised First Day Declaration | 0.20 | 130.00 | AJK |
| | Conference call with G. Harris & RMG re: | 0.20 | 130.00 | AJK |

Invoice #484                          Matter C76710                                    Page 2

| | | | | |
|---|---|---|---|---|
| | Declaration in Support of First Day Motions; lease of extra space | | | |
| Apr-23-24 | Zoom meeting with Drew Devitt & Jared Schaffstall re: First Day Hearings | 1.30 | 845.00 | AJK |
| Apr-24-24 | Review email from Kacie Cartwright re: First Day Hearings | 0.10 | 65.00 | AJK |
| | Telephone conference with Kacie Cartwright re: First Day Hearings | 0.20 | 130.00 | AJK |
| | Review email from Jared Schaffstall & reply re: Wage Motion | 0.20 | 130.00 | AJK |
| | Telephone conference with Greg Harris re: Wage Motion | 0.10 | 65.00 | AJK |
| | Telephone conference with Lynn Zack re: PECO / security deposit change | 0.20 | 130.00 | AJK |
| | Draft & review email to Greg Harris, Jared Schaffstall & Drew Devitt & reply re: increased deposit for PECO | 0.10 | 65.00 | AJK |
| | Telephone conference with Lynn Zack re: PECO security deposit increase / acceptable | 0.10 | 65.00 | AJK |
| | Prepared for First Day Hearings | 1.80 | 1,170.00 | AJK |
| | Court Appearance re: First Day Hearings & pre & post meetings with Drew Devitt | 2.80 | 1,820.00 | AJK |
| | Zoom call with Jared Schaffstall & Drew Devitt re: operations / bankruptcy issues | 1.20 | 780.00 | AJK |
| | Telephone conference with Greg Harris re: update on days events at Debtor's Plant / PNC Bank | 1.00 | 650.00 | AJK |
| Apr-25-24 | Review of Orders entered by Bankruptcy Court re: Cash Collateral Order, Maintain Existing Bank Account, Deposits for Utility Companies & Wage Motion | 0.20 | 130.00 | AJK |
| | Draft & review email to Jared Schaffstall & Greg Harris re: Security Deposits for Utility Companies | 0.10 | 65.00 | AJK |
| | Telephone conference with Greg Harris re: review of books & records | 0.30 | 195.00 | AJK |

| Apr-26-24 | Review email from Jared Schaffstall & reply re: daily report / cash balances | 0.20 | 130.00 | AJK |
| | Review email from Greg Harris & reply re: PNC / Fulton / Iron Workers Bank / Accounts | 0.30 | 195.00 | AJK |
| | Telephone conference with Jared Schaffstall re: discussions with vendors / customers / Special Counsel Retention | 0.30 | 195.00 | AJK |
| | Review & revise JH summary of Domestic Patents & Trademarks & International Patents | 1.20 | 780.00 | AJK |
| | Draft & review email to Drew Devitt, Jared Schaffstall & Greg Harris re: summary of Domestic Patents & Trademarks & International Patents for Schedule A/B | 0.30 | 195.00 | AJK |
| | Telephone conference with Drew Devitt re: operations / Plan | 0.80 | 520.00 | AJK |
| | Review email from Jared Schaffstall & reply re: Nick Hackett | 0.20 | 130.00 | AJK |
| | Review email from Greg Harris re: items for next week | 0.10 | 65.00 | AJK |
| | Review of ERS research re: 510(b) & 510(c) / 548 | 1.40 | 910.00 | AJK |
| | Review of RMG points re: draft Complaint against Nick Hackett | 1.20 | 780.00 | AJK |
| Apr-27-24 | Review email from Greg Harris re: Rainer & Company | 0.20 | 130.00 | AJK |
| | Telephone conference with Greg Harris re: open tasks / Rainer & Company | 0.40 | 260.00 | AJK |
| | Review email from Drew Devitt re: next steps / Patent Counsel | 0.20 | 130.00 | AJK |
| Apr-29-24 | Review email from Wes McMichael re: list of Patents | 0.10 | 65.00 | AJK |
| | Review email from Jared Schaffstall re: daily bank balances | 0.10 | 65.00 | AJK |
| | Review email from Tony Trolio & forward to RWS for reply re: Pyramid Staffing | 0.10 | 65.00 | AJK |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Telephone conference with Greg Harris re: update on days activities / PNC Bank / Schedules | 0.70 | 455.00 | AJK |
| Apr-30-24 | Review email from Jared Schaffstall & reply re: daily bank balance | 0.10 | 65.00 | AJK |
|  | Review email from Drew Devitt & reply re: AmEx corporate card | 0.10 | 65.00 | AJK |
|  | Draft & review email to Greg Harris, Jared Schaffstall, Drew Devitt & RWS re: outstanding checks | 0.20 | 130.00 | AJK |
| May-02-24 | Zoom call with Drew Devitt & Jared Schaffstall re: operations / PNC / UST Guidelines | 0.50 | 325.00 | AJK |
|  | Telephone conference with Jared Schaffstall & Drew Devitt re: follow up call after IDI | 0.20 | 130.00 | AJK |
|  | Draft & review email to Jared Schaffstall & reply re: COI for UST | 0.20 | 130.00 | AJK |
|  | Draft & review email to Hugh Ward re: COI for UST (New Way) | 0.10 | 65.00 | AJK |
|  | Review email from Hugh Ward & reply re: New DIP accounts to be opened at TD Bank | 0.20 | 130.00 | AJK |
| May-06-24 | Telephone conference with Greg Harris re: operations / Tax Returns / financials | 1.40 | 910.00 | AJK |
| May-07-24 | Review email from Greg Harris & reply re: Pre-Petition invoices from Rainer & Company | 0.20 | 130.00 | AJK |
|  | Telephone conference with Greg Harris re: Rainer & Company | 0.10 | 65.00 | AJK |
|  | Review email from Greg Harris re: update on discussions with Gary Best / PNC account / Schedules / payroll | 0.40 | 260.00 | AJK |
| May-08-24 | Draft & review email to Greg Harris re: responses to various questions | 0.40 | 260.00 | AJK |
|  | Telephone conference with Greg Harris re: new DIP accounts to be opened at TD Bank | 0.20 | 130.00 | AJK |
| May-09-24 | Review email from Jared Schaffstall re: Financials for 5/8/24 | 0.10 | 65.00 | AJK |

| | | | | |
|---|---|---|---|---|
| | Review email from Greg Harris re: Availability tracker | 0.20 | 130.00 | AJK |
| | Telephone conference with Greg Harris re: Post-Petition operations / budget / Schedules & SOFA / Notice of Officer Compensation | 0.70 | 455.00 | AJK |
| May-10-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| | Review email from Wes McMichael re: Patent counsel | 0.30 | 195.00 | AJK |
| | Review email from Greg Harris re: Fulton Bank | 0.20 | 130.00 | AJK |
| | Review email from Jared Schaffstall & reply re: Fulton Bank account / TD DIP account | 0.20 | 130.00 | AJK |
| | Review email from Drew Devitt & reply re: AmEx | 0.20 | 130.00 | AJK |
| May-13-24 | Review email from Jared Schaffstall re: Financial Report | 0.10 | 65.00 | AJK |
| May-14-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| May-15-24 | Review email from Jared Schaffstall re: Daily Financials | 0.10 | 65.00 | AJK |
| May-16-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| May-17-24 | Review email from Greg Harris re: New Way Export | 0.10 | 65.00 | AJK |
| | Review email from Jared Schaffstall re: daily report | 0.10 | 65.00 | AJK |
| | Review email from April Amoros re: New Way Export | 0.10 | 65.00 | AJK |
| May-20-24 | Review email from Jared Schaffstall re: daily cash report | 0.10 | 65.00 | AJK |
| | Review email from Holly Miller & Larry Kotler & reply re: meeting to discuss Consensual Plan | 0.20 | 130.00 | AJK |

Invoice #484                          March 08, 2024                          Page 6

| May-21-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| | Telephone conference with Greg Harris re: 341 Meeting / Liquidation Analysis / projected disposable income | 0.50 | 325.00 | AJK |
| May-22-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| | Review email from Greg Harris re: talking points | 0.20 | 130.00 | AJK |
| | Review email from Greg Harris re: payment to Devitt Machinery within 90 days of Petition | 0.20 | 130.00 | AJK |
| | Draft & review email to Hugh Ward re: Devitt Machinery Co | 0.20 | 130.00 | AJK |
| | Review Pre-Petition events & outline strategic Plan options to reach Consensual Plan | 2.10 | 1,365.00 | AJK |
| May-23-24 | Telephone conference with Kacie Cartwright re: Status Conference (NW) | 0.10 | 65.00 | AJK |
| | Telephone conference with Pam Blaylock re: Status Conference (NW) | 0.10 | 65.00 | AJK |
| | Review email from Jared Schaffstall re: Daily Financial Reports | 0.10 | 65.00 | AJK |
| May-24-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| | Draft & review email to Jared Schaffstall & Greg Harris & reply re: copy of request to extend Federal Corp Tax Returns | 0.10 | 65.00 | AJK |
| | Draft & review Subchapter V Status Report | 0.80 | 520.00 | AJK |
| May-28-24 | Review email from Jared Schaffstall with attached request to extend deadline to file Tax Returns for 2023 | 0.20 | 130.00 | AJK |
| | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| | Review & revise Subchapter V Status Report | 0.50 | 325.00 | AJK |
| | Review email from Jen Maleski re: Cincinnati Industrial | 0.10 | 65.00 | AJK |

| Date | Description | Hours | Amount | Staff |
|---|---|---|---|---|
| May-29-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| | Review email from Greg Harris & reply re: new bank stock with DIP description | 0.10 | 65.00 | AJK |
| May-31-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Jun-10-24 | Review numerous emails from Jared Schaffstall re: Daily Financial Reports for week ending 6/7/24 | 0.30 | 195.00 | AJK |
| | Draft & review email to Drew Devitt, Jared Schaffstall & Greg Harris re: Plan / operations | 0.20 | 130.00 | AJK |
| Jun-11-24 | Review email from April Amoros re: Daily Financial Summary | 0.10 | 65.00 | AJK |
| Jun-12-24 | Draft & review email to Greg Harris & Drew Devitt re: Tax Returns / Financial Statement for 2023 | 0.30 | 195.00 | AJK |
| | Review email from April Amoros re: Daily Financial Report | 0.10 | 65.00 | AJK |
| | Review email from Greg Harris & reply re: Rainer & Company | 0.20 | 130.00 | AJK |
| Jun-13-24 | Review email from April Amoros re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Jun-17-24 | Review email from Jared Schaffstall re: Daily Financial update | 0.10 | 65.00 | AJK |
| Jun-18-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Jun-19-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| | Review Entry of Appearance re: PA L&I | 0.10 | 65.00 | AJK |
| Jun-20-24 | Review email from Greg Harris re: 12/31/23 Financials & First Quarter 2024 Financials | 0.90 | 585.00 | AJK |
| | Review email from Jared Schaffstall re: Daily Financials Report | 0.10 | 65.00 | AJK |
| Jun-21-24 | Review email from Chris Wills / Greg Harris | 0.20 | 130.00 | AJK |

|  |  |  |  |  |
|---|---|---|---|---|
|  | & reply re: Proposal to prepare 2023 Federal, State & Local Tax Returns |  |  |  |
| Jun-24-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Jun-25-24 | Telephone conference with Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
|  | Telephone conference with Drew Devitt re: Nick Hackett / Settlement Discussions | 0.30 | 195.00 | AJK |
| Jun-26-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Jun-28-24 | Review email from Jared Schaffstall re: Daily Financial information | 0.10 | 65.00 | AJK |
| Jul-01-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Jul-02-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Jul-03-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Jul-05-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
|  | Review email from Jared Schaffstall re: updated revision on Daily Financial Report | 0.10 | 65.00 | AJK |
| Jul-08-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Jul-09-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Jul-10-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Jul-11-24 | Review email from Greg Harris re: 2023 internal financials | 0.20 | 130.00 | AJK |
|  | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
|  | Draft & review email to Greg Harris re: ERTC | 0.20 | 130.00 | AJK |

Invoice: 1481                          Matter: 062-10                          Page 9

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|---|
| Jul-12-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| | Draft & review email to Drew Devitt & Jared Schaffstall re: selection of accounting firm to prepare 2023 Tax Returns | 0.10 | 65.00 | AJK |
| Jul-13-24 | Review email from Larry Kotler & reply re: Settlement Discussions | 0.20 | 130.00 | AJK |
| Jul-16-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Jul-17-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Jul-18-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Jul-19-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| | Telephone conference with Greg Harris re: Subchapter V Trustee | 0.20 | 130.00 | AJK |
| Jul-22-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Jul-23-24 | Review email from Greg Harris re: summary report of A/R Aging for June | 0.20 | 130.00 | AJK |
| | Review email from Jared Schaffstall re: Daily Financial Report | 0.20 | 130.00 | AJK |
| Jul-24-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Jul-25-24 | Review email from Jared Schaffstall re: Daily Financial report | 0.10 | 65.00 | AJK |
| Jul-26-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Jul-29-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Jul-30-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Jul-31-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |

| | | | | |
|---|---|---|---|---|
| Aug-01-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Aug-02-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Aug-05-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Aug-07-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Aug-08-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| | Review email from Greg Harris re: summary of meeting with Drew Devitt & Jared Schaffstall (operations) | 0.20 | 130.00 | AJK |
| | Telephone conference with Greg Harris re: Operations / Plan | 0.50 | 325.00 | AJK |
| Aug-09-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| | Review email from Greg Harris re: 2023 Corporate Tax Return | 0.10 | 65.00 | AJK |
| Aug-12-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Aug-14-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Aug-15-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Aug-16-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Aug-19-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Aug-20-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Aug-21-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Aug-22-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |

| Aug-23-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
|---|---|---|---|---|
| | Review of 2024 Second Quarter Financials B/S & P&L (June & 6 month) | 0.90 | 585.00 | AJK |
| Aug-26-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Aug-27-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Aug-28-24 | Review email from Jarred Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Aug-29-24 | Review email from Jared Schaffstall re: Daily Financial Report | 0.10 | 65.00 | AJK |
| Apr-22-24 | Review , analyze & revise Declaration of D. Devitt in Support of First Day Motions | 4.80 | 2,640.00 | RMG |
| | Conference call with D. Devitt & AJK re: revised Declaration in Support of First Day Motions | 0.30 | 165.00 | RMG |
| | Conference call with G. Harris & AJK re: Declaration in Support of First Day Motions; lease of extra space | 0.20 | 110.00 | RMG |
| | Review & analyze D. Devitt's emails re: N. Hackett's influence / valuation & Debtor's actions in 2020-2023 | 0.40 | 220.00 | RMG |
| Apr-23-24 | Review , analyze & revise complaint to address revisions to First Day Declaration | 2.90 | 1,595.00 | RMG |
| | Review , analyze & revise Cash Collateral Stipulation; Review of loan documents | 1.30 | 715.00 | RMG |
| | Review Entries of Appearance in case re: K. Cartwright & J. Maleski | 0.10 | 55.00 | RMG |
| Apr-24-24 | Review emails from J. Schaffstall re: Dentech payments/transaction | 0.10 | 55.00 | RMG |
| Apr-26-24 | Review summary of Domestic Patents & Trademarks & International Patents for Schedules | 0.20 | 110.00 | RMG |
| Apr-29-24 | Review & analyze Amendments to N. Hackett | 0.30 | 165.00 | RMG |

|  | Stock Award Agreement; 2009 Amendment re: insurance | | | |
|--|--|--|--|--|
|  | Review email to D. Devitt, J. Schaffstall & G. Harris re: insurance policies; renewal deadlines & costs | 0.10 | 55.00 | RMG |
| May-03-24 | Review Notice of Appearance for N. Hackett by L. Kotler | 0.10 | 55.00 | RMG |
| May-06-24 | Emails to/from H. Davey re: DIP financing options | 0.10 | 55.00 | RMG |
| May-09-24 | Research re: fraudulent conveyance action; sample pleadings against corporate principal | 0.90 | 495.00 | RMG |
| May-24-24 | Review , analyze & revise Debtor's Status Report for filing in advance of Status Conference | 0.30 | 165.00 | RMG |
| May-28-24 | Review , analyze & revise proposed Status Report for Subchapter V Status Conference | 0.20 | 110.00 | RMG |
| Jun-18-24 | Review Entry of Appearance of PA Department of Labor & Industry | 0.10 | 55.00 | RMG |
| Jul-11-24 | Emails to G. Harris re: treatment analysis of ERC credits; revised Plan & Exhibits | 0.50 | 275.00 | RMG |
| Jul-12-24 | Review & analyze emails from G. Harris re: accounting for ERTC; references thereto in Complaint | 0.30 | 165.00 | RMG |
|  | Calls to/from G. Harris re: revisions to Exhibit B to Complaint; ERTC calculations; Complaint | 1.20 | 660.00 | RMG |
| Jul-16-24 | Review, analyze & revise draft letter to customers | 0.20 | 110.00 | RMG |
| Apr-22-24 | Review of further revised Declaration in Support of First Day Motions | 0.60 | 300.00 | RWS |
| Apr-23-24 | Review of filed Declaration in Support of First Day Motions re: adversary complaint to be filed | 0.40 | 200.00 | RWS |
| May-10-24 | Prepared Utility Deposit Letters | 0.80 | 400.00 | RWS |
| Jun-14-24 | Zoom call with AJK, Devitt, Schaffstall & Harris re: Settlement options | 1.60 | 800.00 | RWS |

| Date | Description | Hours | Amount | Staff |
|---|---|---|---|---|
| Apr-22-24 | Prepared all First Day documents for filing and service | 9.00 | 1,485.00 | JH |
| | Filed Chapter 11 Petition, First Day Pleadings and Retention Applications | 1.10 | 181.50 | JH |
| Apr-23-24 | Prepared Certificate of Service of First Day documents | 0.10 | 16.50 | JH |
| | Prepared Supplemental Certificate of Service of First Day documents re: Fulton | 0.10 | 16.50 | JH |
| | Prepared binder re: First Day Motions | 0.50 | 82.50 | JH |
| | Prepared 2002 Service List | 0.20 | 33.00 | JH |
| | Prepared 2002 and Top 20 Service List | 0.40 | 66.00 | JH |
| | Prepared 2002 and Matrix Service List | 0.50 | 82.50 | JH |
| May-17-24 | Prepared Subchapter V Status Report | 0.50 | 82.50 | JH |
| May-28-24 | Prepared COS of Subchapter V Status Report | 0.20 | 33.00 | JH |
| Jun-14-24 | Prepared FMV Company Stock Spreadsheet | 0.50 | 82.50 | JH |
| Jul-10-24 | Prepared Binder containing Financial Statements | 0.50 | 82.50 | JH |
| | Totals | 77.50 | $41,809.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Aris J. Karalis | 45.90 | $650.00 | $29,835.00 |
| Robert M. Greenbaum | 14.60 | $550.00 | $8,030.00 |
| Robert W. Seitzer | 3.40 | $500.00 | $1,700.00 |
| Jill Hysley | 13.60 | $165.00 | $2,244.00 |

**Balance Due Now**   **$41,809.00**