# EXHIBIT "D"

August 31, 2024

New Way Machine Components, Inc.
50 McDonald Boulevard
Aston, PA 19014-3202 USA

Attention: Andrew J. Devitt

MATTER: 7062-a
INVOICE: 1475

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-23-24 | Review Order fixing Bar Date to file POC (on or before 6/21/24) | 0.10 | 65.00 | AJK |
| Jun-27-24 | Review & revise Summary of Schedules & Filed Claims | 0.70 | 455.00 | AJK |
| | Draft & review email to Jared Schaffstall, Drew Devitt & Greg Harris re: Summary of Scheduled/Filed Claims & variations | 0.20 | 130.00 | AJK |
| | Draft & review email to Drew Devitt, Jared Schaffstall & Greg Harris re: Settlement Proposal / Plan payments | 0.30 | 195.00 | AJK |
| Jul-02-24 | Review email from Mike Reich re: POC filed greater than Scheduled Amount | 0.20 | 130.00 | AJK |
| | Draft & review updated Schedule of Allowed Secured, Priority & Unsecured Claims re: Plan | 0.90 | 585.00 | AJK |
| | Draft & review email to Drew Devitt, Jared Schaffstall, Greg Harris & Mike Reich re: updated Schedule of Allowed Claims - Plan | 0.10 | 65.00 | AJK |
| Jul-30-24 | Review email from Greg Harris re: POCs filed | 0.10 | 65.00 | AJK |
| Aug-29-24 | Draft & review email to Jared Schaffstall & Drew Devitt re: summary of Scheduled & filed Claims | 0.10 | 65.00 | AJK |
| Jun-27-24 | Review of Excel spreadsheet re: POC Schedules & Allowed POC Total Amounts | 1.00 | 300.00 | ERS |
| | Draft & review Excel spreadsheet re: updated to Schedule outlining Allowed Proof of Claims | 0.60 | 180.00 | ERS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| May-09-24 | Review POC filed by D. Simpson, Inc. | 0.10 | 55.00 | RMG |
| May-23-24 | Review Order Establishing Proof of Claims Bar Date | 0.10 | 55.00 | RMG |
| Jun-04-24 | Review & analyze IRS Proof of Claim | 0.10 | 55.00 | RMG |
| Jun-20-24 | Review PECO Proof of Claim | 0.10 | 55.00 | RMG |
| | Review Rainer & Company Proof of Claim | 0.10 | 55.00 | RMG |
| Apr-24-24 | Prepared Motion to Fix Bar Date | 1.50 | 750.00 | RWS |
| May-20-24 | Prepared revised Motion to Set Bar Date | 0.30 | 150.00 | RWS |
| Jun-03-24 | Telephone conference with Petrosky re: Bar Date issue & potential litigation | 0.30 | 150.00 | RWS |
| May-28-24 | Prepared COS of Bar Date Order & POC Form | 0.20 | 33.00 | JH |
| Jun-14-24 | Prepared Proof of Claim Summary Spreadsheet | 3.00 | 495.00 | JH |
| Jun-17-24 | Continued preparation of Claims Summary Spreadsheet | 1.00 | 165.00 | JH |
| Jun-20-24 | Email to client re: Proofs of Claim filed today | 0.10 | 16.50 | JH |
| | Prepared update to Proof of Claim Summary Chart | 0.50 | 82.50 | JH |
| Jul-12-24 | Prepared update to Claim Summary | 0.10 | 16.50 | JH |
| | Email to client re: Coda Beas POC | 0.10 | 16.50 | JH |
| Jul-16-24 | Email to client re: Proofs of Claim | 0.10 | 16.50 | JH |
| | Prepared update to Claim Summary Chart | 0.10 | 16.50 | JH |
| | Totals | 12.10 | $4,418.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Aris J. Karalis | 2.70 | $650.00 | $1,755.00 |

Invoice: 1473  Matter: 7002-a  Page 3

| | | | |
|---|---|---|---|
| Eric R. Schachter | 1.60 | $300.00 | $480.00 |
| Robert M. Greenbaum | 0.50 | $550.00 | $275.00 |
| Robert W. Seitzer | 2.10 | $500.00 | $1,050.00 |
| Jill Hysley | 5.20 | $165.00 | $858.00 |
| | **Balance Due Now** | | **$4,418.00** |