# EXHIBIT "E"

August 31, 2024

New Way Machine Components, Inc.
50 McDonald Boulevard
Aston, PA 19014-3202 USA

Attention: Andrew J. Devitt

MATTER: 7062-a
INVOICE: 1471

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr-26-24 | Review email from Jared Schaffstall & reply re: Retention of Volpe as Special Counsel | 0.20 | 130.00 | AJK |
| Apr-27-24 | Draft & review email to RWS re: Volpe / Patent Counsel | 0.10 | 65.00 | AJK |
| May-07-24 | Telephone conference with Bill Donahue, Greg Harris, Drew Devitt & RWS re: Rainer & Company | 0.30 | 195.00 | AJK |
| May-16-24 | Review & revise draft Application to Employ Volpe & Koenig as IP Counsel as Ordinary Course Professional | 0.80 | 520.00 | AJK |
| Jul-12-24 | Telephone conference with Greg Harris re: Eisner Amper Proposal for Tax Returns | 0.40 | 260.00 | AJK |
| Jul-19-24 | Review email from Greg Harris re: Eisner Amper | 0.20 | 130.00 | AJK |
| Jul-24-24 | Review of draft Application to Employ Eisner Amper as Tax Preparers & draft engagement letter | 0.80 | 520.00 | AJK |
| Aug-09-24 | Review Order Authorizing Employment of Eisner Amper Group LLC as Tax Return Preparers | 0.10 | 65.00 | AJK |
| May-07-24 | Telephone conference with AJK, B. Donahue, D. Devitt, J. Schaffstall, G. Harris & M. Reich re: potential retention of Rainer & Company as Accountants | 0.30 | 150.00 | RWS |
| May-15-24 | Research re: whether ordinary course professionals have to be disinterested | 1.20 | 600.00 | RWS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| May-16-24 | Zoom conference with McMichael re: patents & employment of Volpe & Koenig | 0.40 | 200.00 | RWS |
| | Prepared Application to Employ Volpe & Koenig as Ordinary Course Professionals | 2.60 | 1,300.00 | RWS |
| May-17-24 | Prepared revised Application to Employ Volpe & Koenig as Ordinary Course Professionals | 0.30 | 150.00 | RWS |
| Jul-24-24 | Review of Eisner Amper Engagement Agreement | 0.30 | 150.00 | RWS |
| | Prepared Application to Employ Eisner Amper as Tax Return Preparers | 1.40 | 700.00 | RWS |
| Jul-29-24 | Prepared revised Application to Employ Tax Return Preparers | 0.50 | 250.00 | RWS |
| Apr-30-24 | Review of docket & prepare CONR to Application to Employ Counsel | 0.30 | 49.50 | JH |
| | Review of docket & prepare CONR to Application to Employ Asterion | 0.30 | 49.50 | JH |
| May-28-24 | Prepared CONR to Application to Employ Volpe & Koenig as IP Counsel | 0.30 | 49.50 | JH |
| Aug-06-24 | Review of docket & prepare CONR to Application to Employ Tax Return Preparers | 0.30 | 49.50 | JH |
| | Totals | 11.10 | $5,583.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Aris J. Karalis | 2.90 | $650.00 | $1,885.00 |
| Robert W. Seitzer | 7.00 | $500.00 | $3,500.00 |
| Jill Hysley | 1.20 | $165.00 | $198.00 |

**Balance Due Now**                                    **$5,583.00**