# EXHIBIT "F"

August 31, 2024

New Way Machine Components, Inc.
50 McDonald Boulevard
Aston, PA 19014-3202 USA

Attention: Andrew J. Devitt

MATTER: 7062-a
INVOICE: 1482

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr-23-24 | Second Telephone conference with Jen Maleski re: credit card was on track for termination | 0.10 | 65.00 | AJK |
| | Telephone conference with Greg Harris re: Fulton Bank / cash balance / A/R | 0.20 | 130.00 | AJK |
| | Review email from Hugh Ward re: Fulton Bank | 0.10 | 65.00 | AJK |
| | Telephone conference with Hugh Ward re: Fulton Bank | 0.10 | 65.00 | AJK |
| | Review email from Joel Shapiro & call with Jared Schaffstall re: Retention of Blank Rome as Special Counsel | 0.20 | 130.00 | AJK |
| | Review email from Jen Maleski & reply re: Interim Cash Collateral Order / Order to Maintain Existing Bank Account | 0.20 | 130.00 | AJK |
| | Review email from Jen Maleski & reply re: PNC Credit Card Agreement | 0.10 | 65.00 | AJK |
| | Review email from Jen Maleski re: PNC Proposed Credit Card Stipulation | 0.90 | 585.00 | AJK |
| | Review email from Nancy Miller & UST re: Subchapter V Reporting Requirements | 0.50 | 325.00 | AJK |
| | Draft & review email to Jared Schaffstall & Drew Devitt re: PNC credit card | 0.10 | 65.00 | AJK |
| | Draft & review email to Jen Maleski re: PNC / PNC Equipment Finance Loan Documents | 0.30 | 195.00 | AJK |
| | Review email from Jen Maleski & revised | 0.80 | 520.00 | AJK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Order with comments to Interim Cash Collateral Order & Order Maintaining Bank Account | | | |
| | Draft & review additional revisions to Interim Cash Collateral Order | 0.20 | 130.00 | AJK |
| | Draft & review additional revisions to Order to Maintain Existing Bank Account | 0.20 | 130.00 | AJK |
| | Draft & review email to Jen Maleski re: further revised Interim Cash Collateral Order & Order Maintain Existing Bank Account | 0.20 | 130.00 | AJK |
| | Telephone conference with Jen Maleski re: Cash Collateral Motion / Existing Bank Account / First Day Hearings | 0.50 | 325.00 | AJK |
| Apr-24-24 | Draft & review revised Interim Cash Collateral Order per Agreement with PNC Bank | 0.40 | 260.00 | AJK |
| | Draft & review email to Pam Blaylock re: Interim Cash Collateral Order with dates inserted / Budget attached | 0.10 | 65.00 | AJK |
| Apr-25-24 | Telephone conference with Jen Maleski re: PNC Bank | 0.40 | 260.00 | AJK |
| | Review multiple emails from Jen Maleski & reply re: PNC Bank account | 0.40 | 260.00 | AJK |
| | Telephone conference with Jared Schaffstall re: PNC Bank | 0.10 | 65.00 | AJK |
| | Telephone conference with Jen Maleski re: PNC Bank account / Cash Collateral Budget | 0.20 | 130.00 | AJK |
| | Review email from Jen Maleski & forward to Jared Schaffstall, Greg Harris & Drew Devitt re: items returned by PNC | 0.10 | 65.00 | AJK |
| Apr-29-24 | Review email from Jen Maleski & forward to client re: PNC Bank account balance amount | 0.20 | 130.00 | AJK |
| | Review email from Greg Harris & reply re: PNC Bank account | 0.20 | 130.00 | AJK |
| | Review email from Greg Harris & reply re: PNC Bank & alternative banks | 0.20 | 130.00 | AJK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Review email from Jared Schaffstall re: auto debits to PNC account | 0.20 | 130.00 | AJK |
| | Draft & review email to Jen Maleski re: list of auto expense debits to PNC Operating Account / Cash Management Systems / payroll account | 0.30 | 195.00 | AJK |
| Apr-30-24 | Review email from Greg Harris re: PNC Bank | 0.10 | 65.00 | AJK |
| | Review email from Jen Maleski & reply re: outstanding check (Child Support Services) | 0.20 | 130.00 | AJK |
| May-01-24 | Review email from Jen Maleski re: PNC Bank account & ACH debits / auto expense debits | 0.20 | 130.00 | AJK |
| | Draft & review email to Greg Harris, Jared Schaffstall & Drew Devitt re: PNC Bank account | 0.20 | 130.00 | AJK |
| May-06-24 | Review email from Jen Maleski & reply re: PNC Bank account & ACH debits & transfers to Fulton Bank account | 0.20 | 130.00 | AJK |
| May-07-24 | Telephone conference with Greg Harris re: PNC Bank | 0.10 | 65.00 | AJK |
| May-10-24 | Review email from Jen Maleski & reply re: PNC Bank | 0.20 | 130.00 | AJK |
| May-12-24 | Review & revise PNC Bank Cash Collateral Stipulation | 0.90 | 585.00 | AJK |
| May-13-24 | Review & revise Stipulation & Order Authorizing Debtor to Use Cash Collateral & Provide Adequate Protection | 3.20 | 2,080.00 | AJK |
| May-14-24 | Draft & review email to Greg Harris & Jared Schaffstall & reply re: PNC debt of adequate protection payment | 0.10 | 65.00 | AJK |
| | Draft & review email to Jen Maleski & reply re: additional documents / PNC adequate protection payment | 0.20 | 130.00 | AJK |
| | Draft & review email to Jared Schaffstall re: PNC Line of Credit / adequate protection | 0.10 | 65.00 | AJK |
| | Draft & review email to Jen Maleski re: interest payment on Line of Credit (@ contract rate) | 0.10 | 65.00 | AJK |

| | | | | |
|---|---|---|---|---|
| | Draft & review email to Greg Harris & Jared Schaffstall re: ask Gary Best for PNC interest amount (@ contract rate) | 0.10 | 65.00 | AJK |
| | Telephone conference with Jen Maleski re: Stipulation with PNC for Use of Cash Collateral | 0.70 | 455.00 | AJK |
| | Telephone conference with Greg Harris re: updated Cash Collateral Budget through 6/30/24 | 0.20 | 130.00 | AJK |
| | Review of additional PNC loan documents provided by bank | 0.80 | 520.00 | AJK |
| | Draft & review additional revisions to Stipulation to Use Cash Collateral | 2.40 | 1,560.00 | AJK |
| | Review of RMG comments to draft PNC Cash Collateral Stipulation | 0.70 | 455.00 | AJK |
| | Draft & review additional revisions to Cash Collateral Stipulation re: PNC Bank | 0.70 | 455.00 | AJK |
| | Draft & review email to Jen Maleski re: draft Cash Collateral Stipulation | 0.10 | 65.00 | AJK |
| | Draft & review email to Jared Schaffstall & Greg Harris re: draft Stipulation to Use Cash Collateral | 0.10 | 65.00 | AJK |
| May-15-24 | Review email from Drew Devitt re: PNC Stipulation | 0.20 | 130.00 | AJK |
| | Review email from Greg Harris & attachments re: updated Cash Collateral Budget for period ending 6/16/24 & 6/30/24 | 0.80 | 520.00 | AJK |
| | Telephone conference with Greg Harris & Mike Reich re: Cash Collateral Stipulation & revise Cash Collateral Budget through 6/16 & 6/30/24 | 0.50 | 325.00 | AJK |
| | (2nd) Telephone conference with Greg Harris re: Cash Collateral Budget for next period | 0.40 | 260.00 | AJK |
| | Draft & review email to Jen Maleski & reply re: next Cash Collateral Hearing date | 0.20 | 130.00 | AJK |
| | Review email from Greg Harris & reply re: contract rate of interest on line of credit | 0.20 | 130.00 | AJK |

| | | | | |
|---|---|---|---|---|
| | (3rd) Telephone conference with Greg Harris re: Budget for period ending 6/30/24 | 0.20 | 130.00 | AJK |
| | Review email from Greg Harris re: revised draft Cash Collateral Budget period ending 6/30/24 | 0.50 | 325.00 | AJK |
| May-16-24 | Review email from Jen Maleski & reply re: updated Cash Collateral Budget through 6/30/24 | 0.20 | 130.00 | AJK |
| May-20-24 | Review of revised Cash Collateral Budget for period ending 6/30/24 | 0.20 | 130.00 | AJK |
| | Telephone conference with Mike Reich re: draft MOR / revised Cash Collateral Budget for period ending 6/30/24 | 0.20 | 130.00 | AJK |
| | Draft & review Second Interim Cash Collateral Order | 0.60 | 390.00 | AJK |
| | Draft & review email to Jen Maleski & reply re: Second Interim Cash Collateral Order / revised budget / Volpe-Koenig | 0.30 | 195.00 | AJK |
| | Draft & review email to Holly Miller re: proposed Second Interim Cash Collateral Order & Budget through 6/30/24 | 0.20 | 130.00 | AJK |
| May-21-24 | Draft & review email to Kacie Cartwright, Larry Kotler, Jen Maleski & Holly Miller re: Second Interim Cash Collateral Order & Budget agreed upon by PNC & Debtor | 0.20 | 130.00 | AJK |
| | Review email from Kacie Cartwright & reply re: questions regarding budget | 0.20 | 130.00 | AJK |
| | Draft & review Certification of Counsel regarding Motion to Use Cash Collateral & provide adequate protection | 0.80 | 520.00 | AJK |
| | Review email from Larry Kotler & reply re: Second Interim Cash Collateral Order | 0.10 | 65.00 | AJK |
| | Draft & review email to Pam Blaylock re: Certification of Counsel / Cash Collateral Hearing on 5/22/24 | 0.10 | 65.00 | AJK |
| May-23-24 | Review email from Greg Harris & reply re: May PNC Bank Statement at default rate of interest | 0.20 | 130.00 | AJK |

| | | | | |
|---|---|---|---|---|
| | Review Second Interim Cash Collateral Order & continued hearing on 6/26/24 for further Use of Cash Collateral | 0.20 | 130.00 | AJK |
| | Review (2) emails from Greg Harris re: copies of Post-Petition PNC Bank loan statement | 0.30 | 195.00 | AJK |
| May-29-24 | Further review & revisions to Cash Collateral Stipulation re: PNC Bank | 4.50 | 2,925.00 | AJK |
| May-30-24 | Review email from Holly Miller & reply re: Cash Collateral Budget / Professional Fees | 0.20 | 130.00 | AJK |
| | Draft & review email to Greg Harris re: Cash Collateral Budget for period 7/1/24 to 12/31/24 | 0.20 | 130.00 | AJK |
| | Review email from Greg Harris re: comments to revised Cash Collateral Stipulation | 0.20 | 130.00 | AJK |
| May-31-24 | Draft & review email to Jen Maleski & reply re: revised Cash Collateral Stipulation | 0.20 | 130.00 | AJK |
| | Zoom meeting with Greg Harris, Mike Reich & RMG re: Cash Collateral Budget to Year End / Income Statement / Projections for Plan of Reorganization | 1.80 | 1,170.00 | AJK |
| Jun-10-24 | Telephone conference with Greg Harris re: Cash Collateral Budget | 0.20 | 130.00 | AJK |
| | Review email from Jen Maleski & attached further revised Cash Collateral Budget | 1.10 | 715.00 | AJK |
| | Draft & review email to Drew Devitt, Jared Schaffstall & Greg Harris re: Cash Collateral / PNC Bank | 0.30 | 195.00 | AJK |
| | Review draft Cash Collateral Budget for period from 7/1/24 to 12/31/24 & provide comments | 0.90 | 585.00 | AJK |
| | Telephone conference with Greg Harris re: revised Cash Collateral Budget | 0.40 | 260.00 | AJK |
| | Review email from Greg Harris re: further revised Cash Collateral Budget (V 6) | 0.30 | 195.00 | AJK |
| Jun-11-24 | Telephone conference with Greg Harris re: update on further revised Cash Collateral Budget | 0.10 | 65.00 | AJK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Review email from Greg Harris re: PNC Bank | 0.20 | 130.00 | AJK |
| | Telephone conference with Greg Harris re: PNC Bank | 0.30 | 195.00 | AJK |
| | Review email from Greg Harris re: revised Cash Collateral Budget (V 7) | 0.50 | 325.00 | AJK |
| | Telephone conference with Greg Harris re: revisions to Cash Collateral Budget | 0.20 | 130.00 | AJK |
| | Review email from Greg Harris re: comments to PNC Cash Collateral Stipulation | 0.20 | 130.00 | AJK |
| | Draft & review revisions to PNC Cash Collateral Stipulation | 0.50 | 325.00 | AJK |
| Jun-12-24 | Review email from Greg Harris re: revised Cash Collateral Budget | 0.20 | 130.00 | AJK |
| | Telephone conference with Greg Harris re: revisions to budget / estimate for accounting services | 0.30 | 195.00 | AJK |
| | Telephone conference with Jen Maleski re: PNC Bank Stipulation | 0.20 | 130.00 | AJK |
| | Draft & review email to Jen Maleski re: revised Cash Collateral Stipulation & Budget | 0.20 | 130.00 | AJK |
| Jun-17-24 | Review email from Jen Maleski & attached re: PNC Bank comments to Cash Collateral Stipulation | 0.90 | 585.00 | AJK |
| Jun-18-24 | Review email from Greg Harris / Gary Best re: PNC Bank | 0.10 | 65.00 | AJK |
| | Telephone conference with Greg Harris re: PNC Bank | 0.20 | 130.00 | AJK |
| Jun-19-24 | Draft & review email to Jen Maleski & reply re: PNC Bank | 0.10 | 65.00 | AJK |
| Jun-20-24 | Review & revise outline for Settlement Terms with PNC Bank | 0.90 | 585.00 | AJK |
| | Telephone conference with Jen Maleski re: Settlement Discussions / PNC Bank | 0.50 | 325.00 | AJK |
| | Draft & review Settlement Term Sheet re: Treatment of PNC Bank Claim | 1.30 | 845.00 | AJK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Telephone conference with Drew Devitt re: Nick Hackett Proof of Claim / Settlement Discussions with PNC Bank | 0.50 | 325.00 | AJK |
| | Telephone conference with Greg Harris re: Settlement Discussions with PNC Bank | 0.50 | 325.00 | AJK |
| | Draft & review email to Jen Maleski re: Settlement Term Sheet / PNC Bank & Motion to Sell Certain Machinery & Furnishings / M. Zappos Sublease | 0.20 | 130.00 | AJK |
| | Review email from Mike Reich & reply re: draft Payment Schedule for PNC Settlement Term Sheet | 0.20 | 130.00 | AJK |
| | Draft & review email to Greg Harris re: comments to Payment Schedule for PNC Settlement Term Sheet | 0.10 | 65.00 | AJK |
| Jun-24-24 | Draft & review proposed Order Approving Cash Collateral Stipulation & Grant of Adequate Protection | 0.70 | 455.00 | AJK |
| | Draft & review email to Jen Maleski & reply re: Proposed Order Approving Cash Collateral Stipulation with PNC Bank & Budget & authorization to attach /s/ signature & file | 0.20 | 130.00 | AJK |
| | Draft & review email to Kacie Cartwright & Holly Miller re: Proposed Order Approving Cash Collateral Stipulation between Debtor & PNC Bank | 0.20 | 130.00 | AJK |
| | Draft & review email to Mike Reich re: comments to PNC Bank loan balance projection | 0.20 | 130.00 | AJK |
| Jun-25-24 | Review email from Mike Reich re: updated PNC Bank payment schedule | 0.10 | 65.00 | AJK |
| | Telephone conference with Jen Maleski re: Settlement Discussions | 0.20 | 130.00 | AJK |
| | Draft & review email to Jen Maleski re: Settlement Proposal / PNC Bank Treatment Under Plan | 0.10 | 65.00 | AJK |
| | Telephone conference with Jared Schaffstall re: Cash Collateral Hearing | 0.20 | 130.00 | AJK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jun-26-24 | Review email from Jen Maleski & reply re: Cash Collateral Stipulation | 0.10 | 65.00 | AJK |
|  | Telephone conference with Greg Harris re: PNC Bank | 0.20 | 130.00 | AJK |
| Jun-28-24 | Review Order Approving Cash Collateral Stipulation | 0.10 | 65.00 | AJK |
| Jul-01-24 | Review email from Jen Maleski re: reply to Settlement Proposal | 0.90 | 585.00 | AJK |
|  | Draft & review email to Drew Devitt, Jared Schaffstall & Greg Harris re: Settlement Discussions with PNC Bank | 0.10 | 65.00 | AJK |
|  | Telephone conference with Greg Harris re: PNC Bank - Settlement Discussions | 0.40 | 260.00 | AJK |
|  | Review email from Greg Harris re: spreadsheet with revised PNC Payment Schedules | 0.30 | 195.00 | AJK |
|  | Telephone conference with Greg Harris re: alternative PNC Bank Payment Schedules | 0.50 | 325.00 | AJK |
|  | Review email from Jared Schaffstall re: Settlement Discussions with PNC Bank | 0.10 | 65.00 | AJK |
| Jul-15-24 | Draft & review email to Jen Maleski & reply re: PNC Bank | 0.10 | 65.00 | AJK |
| Jul-16-24 | Review email from Greg Harris & reply with comments re: Cash Collateral Summary as of 7/15/24 & compare to prior weeks | 0.50 | 325.00 | AJK |
| Jul-17-24 | Review email from Jen Maleski & reply re: PNC Bank | 0.10 | 65.00 | AJK |
| Jul-18-24 | Review of offer to PNC & PNC reply re: call with Jen Maleski re: PNC Plan Treatment | 0.50 | 325.00 | AJK |
|  | Telephone conference with Jen Maleski re: Hackett Settlement / Plan / PNC Bank | 1.00 | 650.00 | AJK |
| Jul-23-24 | Review email from Greg Harris & reply re: PNC Bank | 0.10 | 65.00 | AJK |
| Jul-26-24 | Telephone conference with Jared Schaffstall re: PNC Bank / operations / next steps | 0.30 | 195.00 | AJK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Telephone conference with Greg Harris re: PNC Bank / Plan / Exhibits | 0.60 | 390.00 | AJK |
| | Telephone conference with Greg Harris re: PNC Bank | 0.60 | 390.00 | AJK |
| Aug-01-24 | Telephone conference with Jen Maleski re: PNC Bank | 0.20 | 130.00 | AJK |
| Aug-06-24 | Review email from Jen Maleski & reply re: PNC Bank / Plan | 0.20 | 130.00 | AJK |
| Aug-07-24 | Draft & review email to Jen Maleski re: PNC Bank | 0.10 | 65.00 | AJK |
| | Telephone conference with Jen Maleski re: PNC Bank | 0.20 | 130.00 | AJK |
| Aug-08-24 | Telephone conference with Jen Maleski re: PNC Bank | 0.50 | 325.00 | AJK |
| | Review email from Drew Devitt re: PNC Bank | 0.40 | 260.00 | AJK |
| | Review email from Jen Maleski re: PNC response to Plan | 0.40 | 260.00 | AJK |
| Aug-09-24 | Draft & review email to Jared Schaffstall & Drew Devitt & reply re: PNC Bank | 0.20 | 130.00 | AJK |
| | Draft & review alternate options to resolve PNC Plan issues for discussion with client | 3.80 | 2,470.00 | AJK |
| Aug-12-24 | Review email from Drew Devitt re: PNC Bank | 0.20 | 130.00 | AJK |
| | Draft & review email to Jen Maleski & reply re: PNC Bank | 0.10 | 65.00 | AJK |
| | Draft & review Settlement Proposal for PNC Bank | 0.90 | 585.00 | AJK |
| Aug-13-24 | Review & revise Settlement Proposal for PNC Bank | 1.50 | 975.00 | AJK |
| | Telephone conference with Jen Maleski re: PNC Bank | 0.50 | 325.00 | AJK |
| | Telephone conference with Drew Devitt re: PNC Bank | 0.30 | 195.00 | AJK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Draft & review revised Settlement Proposal for PNC Bank | 0.90 | 585.00 | AJK |
| | Telephone conference with Jen Maleski re: PNC Bank | 0.40 | 260.00 | AJK |
| Aug-15-24 | Telephone conference with Greg Harris re: PNC Bank | 0.30 | 195.00 | AJK |
| Aug-16-24 | Review email from Jen Maleski & reply re: PNC Bank | 0.10 | 65.00 | AJK |
| | Review of file re: Settlement Discussions with PNC Bank | 0.50 | 325.00 | AJK |
| | Telephone conference with Jen Maleski re: PNC Bank | 0.50 | 325.00 | AJK |
| | Review email from Jen Maleski re: PNC Bank Proposal | 0.90 | 585.00 | AJK |
| Aug-20-24 | Telephone conference with Jared Schaffstall re: PNC Bank / Confirmation Hearing / Solicitation Procedures | 0.50 | 325.00 | AJK |
| Aug-21-24 | Review email from Greg Harris & reply re: PNC Bank | 0.20 | 130.00 | AJK |
| Aug-23-24 | Review & revise alternative Settlement Proposal for PNC Bank | 0.80 | 520.00 | AJK |
| Aug-26-24 | Review of Cash Collateral Summary re: period ending 8/26/24 & since Petition Date | 0.70 | 455.00 | AJK |
| Aug-27-24 | Review email from Greg Harris re: PNC Bank payments | 0.20 | 130.00 | AJK |
| | Review email from April Amoros re: PNC Bank payments | 0.20 | 130.00 | AJK |
| | Review email from April Amoros re: copies of PNC Bank Loan Statements | 0.20 | 130.00 | AJK |
| | Review of PNC Bank Cash Collateral Stipulation re: Agreement on payment of Term Loan | 0.70 | 455.00 | AJK |
| Aug-29-24 | Telephone conference with Jared Schaffstall & Drew Devitt re: Plan / PNC | 1.10 | 715.00 | AJK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Apr-29-24 | Research: case law re: adequate protection payments | 2.00 | 600.00 | ERS |
| | Research: case law reviewing Subchapter V filings & elections under 1111(b) for secured creditors | 2.10 | 630.00 | ERS |
| Apr-30-24 | Research re: Subchapter V filings & elections under 1111(b) for secured creditors | 2.60 | 780.00 | ERS |
| | Research re: 11 USC 506- secured creditor claim determination | 2.30 | 690.00 | ERS |
| Jun-21-24 | Draft & review Table outlining POC maturity dates & PDF page number | 0.20 | 60.00 | ERS |
| | Research re: PNC POC with respect to maturity dates | 2.30 | 690.00 | ERS |
| Jun-24-24 | Review of POCs & additional edits to POC reference table re: maturity dates | 0.50 | 150.00 | ERS |
| | Research case law re: 11 USC 1191(D) & principal / interest payments | 3.90 | 1,170.00 | ERS |
| Apr-23-24 | Review emails to/from J. Schaffstall re: PNC credit cards | 0.10 | 55.00 | RMG |
| | Review email to D. Devitt re: termination of Debtor's AmEx card | 0.10 | 55.00 | RMG |
| | Review emails to/from J. Maleski re: additional PNC loan documents required for revised Cash Collateral Stipulation & loan/collateral analysis | 0.10 | 55.00 | RMG |
| | Review & analyze additional PNC loan documents | 0.40 | 220.00 | RMG |
| May-14-24 | Review & analysis of UCC-1 & UCC-3 filings by PNC Bank; confirm perfection issues | 0.30 | 165.00 | RMG |
| | Review, analyze & revise Stipulation with PNC Bank for Use of Cash Collateral | 2.60 | 1,430.00 | RMG |
| May-21-24 | Review Certificate of Counsel re: consensual continuation of Cash Collateral; next scheduled hearing request | 0.20 | 110.00 | RMG |
| May-29-24 | Review & analyze UCC-1 filings & Loan/Collateral analysis re: PNC | 1.00 | 550.00 | RMG |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Review, analyze & revise proposed Stipulation Authorizing Use of Cash Collateral | 1.00 | 550.00 | RMG |
| | Review & analyze proposed PNC Plan Treatment | 0.30 | 165.00 | RMG |
| Jun-24-24 | Review, analyze & revise Proposed Order Approving Stipulation Authorizing Use of Cash Collateral | 0.20 | 110.00 | RMG |
| | Review, analyze & revise proposed Settlement Term Sheet for Plan Treatment of PNC Bank | 0.60 | 330.00 | RMG |
| Jul-01-24 | Review & analysis of PNC loan analysis & PNC Bank response to Term Sheet for Plan Treatment | 0.30 | 165.00 | RMG |
| Aug-19-24 | Review & analyze possible PNC Objection to Plan Treatment | 0.40 | 220.00 | RMG |
| Apr-23-24 | Review of draft PNC Cash Collateral Stipulation | 0.40 | 200.00 | RWS |
| | Review of PNC revisions to Cash Collateral Order | 0.10 | 50.00 | RWS |
| | Review of PNC revisions to Bank Account Order | 0.20 | 100.00 | RWS |
| Jun-20-24 | Review & revise draft PNC Term Sheet re: treatment of secured claim | 0.80 | 400.00 | RWS |
| Jul-01-24 | Research re: PNC interest rate issues | 1.70 | 850.00 | RWS |
| Aug-13-24 | Review of revised PNC Plan Proposal | 0.20 | 100.00 | RWS |
| | Totals | 97.60 | $56,605.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Aris J. Karalis | 70.70 | $650.00 | $45,955.00 |
| Eric R. Schachter | 15.90 | $300.00 | $4,770.00 |
| Robert M. Greenbaum | 7.60 | $550.00 | $4,180.00 |
| Robert W. Seitzer | 3.40 | $500.00 | $1,700.00 |

| | |
|---|---|
| **Balance Due Now** | **$56,605.00** |