# EXHIBIT "G"

August 31, 2024

New Way Machine Components, Inc.
50 McDonald Boulevard
Aston, PA 19014-3202 USA

Attention: Andrew J. Devitt

MATTER: 7062-a
INVOICE: 1473

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-02-24 | Attend Initial Debtor's Interview with Hugh Ward, Holly Miller, Jared Schaffstall & Drew Devitt | 0.50 | 325.00 | AJK |
| May-21-24 | Telephone conference with Jared Schaffstall re: 341 Meeting | 0.20 | 130.00 | AJK |
|  | Draft & review email to Drew Devitt, Greg Harris & Jared Schaffstall re: preparation for 341 Meeting | 0.20 | 130.00 | AJK |
|  | Review email from Hugh Ward re: Devitt Machinery Company | 0.20 | 130.00 | AJK |
|  | Draft & review email to Drew Devitt & Jared Schaffstall re: UST questions regarding Devitt Machinery Company | 0.10 | 65.00 | AJK |
|  | Telephone conference with Drew Devitt re: 341 Meeting / Plan of Reorganization | 0.40 | 260.00 | AJK |
|  | Review email from Greg Harris re: Devitt Machinery Company | 0.10 | 65.00 | AJK |
| May-22-24 | Zoom meeting with Jared Schaffstall, Drew Devitt & Greg Harris re: preparation for 341 Meeting | 1.50 | 975.00 | AJK |
| May-23-24 | Meeting with Jared Schaffstall re: prepare for 341 Meeting | 0.50 | 325.00 | AJK |
|  | Attend 341 Meeting | 0.90 | 585.00 | AJK |
| Aug-14-24 | Review email from Kate McDonald & reply re: Republic Services | 0.20 | 130.00 | AJK |

| Date | Description | Hours | Amount | Lawyer |
|---|---|---|---|---|
| Apr-23-24 | Review 341 Meeting of Creditors Notice; calendar dates | 0.10 | 55.00 | RMG |
| May-07-24 | Telephone conference with Christy of Kelly's Landscaping re: pre v. post petition billing; total claim | 0.20 | 110.00 | RMG |
| Aug-14-24 | Review email from K. McDonald of Republic Services re: request for filing information | 0.10 | 55.00 | RMG |
| Aug-15-24 | Emails to/from K. McDonald of Republic Services re: Notice of Filing | 0.10 | 55.00 | RMG |
| Apr-30-24 | Telephone conference with Trolio re: Pyramid Staffing claim | 0.30 | 150.00 | RWS |
| May-01-24 | Telephone conference with Vidaic re: Chapter 11 process | 0.30 | 150.00 | RWS |
| | Totals | 5.90 | $3,695.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Aris J. Karalis | 4.80 | $650.00 | $3,120.00 |
| Robert M. Greenbaum | 0.50 | $550.00 | $275.00 |
| Robert W. Seitzer | 0.60 | $500.00 | $300.00 |

**Balance Due Now**                                   **$3,695.00**