# EXHIBIT "H"

August 31, 2024

New Way Machine Components, Inc.
50 McDonald Boulevard
Aston, PA 19014-3202 USA

Attention: Andrew J. Devitt

MATTER: 7062-a
INVOICE: 1476

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr-23-24 | Draft & review email to Jared Schaffstall, Drew Devitt & Greg Harris re: draft Schedules & SOFA | 0.20 | 130.00 | AJK |
| | Telephone conference with Greg Harris re: Reporting for Subchapter V | 0.20 | 130.00 | AJK |
| Apr-25-24 | Telephone conference with Greg Harris re: Bankruptcy Schedules | 0.30 | 195.00 | AJK |
| May-06-24 | Draft & review email to Greg Harris, Jared Schaffstall & Drew Devitt re: Schedules & SOFA | 0.20 | 130.00 | AJK |
| | Draft & review email to Greg Harris re: operating guidelines for Subchapter V cases, MOR (Form) & comments applicable to Subchapter V cases | 0.20 | 130.00 | AJK |
| | Telephone conference with Greg Harris re: MORs | 0.10 | 65.00 | AJK |
| May-08-24 | Telephone conference with Greg Harris re: Schedules & related matters | 0.50 | 325.00 | AJK |
| May-09-24 | Review email from Greg Harris re: questions re: Schedules & SOFA | 0.20 | 130.00 | AJK |
| | Review email from Greg Harris re: inventory | 0.20 | 130.00 | AJK |
| | Review email from Greg Harris re: Aged A/R | 0.10 | 65.00 | AJK |
| May-10-24 | Review email from Drew Devitt re: Notice of Compensation | 0.20 | 130.00 | AJK |
| | Review of draft Notice of Officer Compensation | 0.50 | 325.00 | AJK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Draft & review email to Drew Devitt & Jared Schaffstall & reply re: Schedules & SOFA / Officer Compensation | 0.20 | 130.00 | AJK |
| | Telephone conference with Greg Harris re: Schedules & SOFA | 0.30 | 195.00 | AJK |
| | Zoom meeting with Drew Devitt, Jared Schaffstall & RWS re: Schedules & SOFA | 1.00 | 650.00 | AJK |
| May-13-24 | Telephone conference with Greg Harris re: Schedules & SOFA | 1.10 | 715.00 | AJK |
| May-14-24 | Review email from Greg Harris re: update on additional information for Schedules & SOFA | 0.20 | 130.00 | AJK |
| | Telephone conference with Greg Harris re: Bankruptcy Schedules & SOFA | 0.40 | 260.00 | AJK |
| | Telephone conference with Greg Harris & JH re: Schedules & SOFA | 0.30 | 195.00 | AJK |
| | Draft & review email to Greg Harris re: draft SOFA | 0.10 | 65.00 | AJK |
| May-16-24 | Telephone conference with Greg Harris re: Schedules & SOFA | 0.20 | 130.00 | AJK |
| | Draft & review email to Greg Harris re: Form 426 that needs to be filed regarding subsidiary | 0.20 | 130.00 | AJK |
| | Review email from Greg Harris re: questions on New Way MOR Form 425(c) | 0.30 | 195.00 | AJK |
| | Draft & review email to Greg Harris re: Form 425(c) | 0.20 | 130.00 | AJK |
| | (2nd) Telephone conference with Greg Harris re: Form 425(c) & Form 426 | 0.40 | 260.00 | AJK |
| | Review draft Schedule of Pre-Petition transfers to Insiders | 0.40 | 260.00 | AJK |
| | Draft & review email to Greg Harris re: comments to draft Schedule of Pre-Petition transfers to Insiders | 0.20 | 130.00 | AJK |
| | Review email from Greg Harris re: Schedule Transfers to Insiders & reply | 0.30 | 195.00 | AJK |
| | Draft & review outline of Periodic Report | 1.40 | 910.00 | AJK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | pursuant to BR 2015.3 re: export Subsidiary Exhibits | | | |
| May-17-24 | Review of draft Schedules & SOFA | 2.50 | 1,625.00 | AJK |
| | Zoom meeting with Drew Devitt, Jared Schaffstall & RWS re: Schedules & SOFA | 2.00 | 1,300.00 | AJK |
| | Draft & review Periodic Report Pursuant to BR 2015.3 | 0.80 | 520.00 | AJK |
| | Draft & review email to Drew Devitt, Greg Harris, Jared Schaffstall & RWS re: draft Periodic Report | 0.20 | 130.00 | AJK |
| | Review email from Greg Harris re: Bankruptcy Schedules | 0.20 | 130.00 | AJK |
| | Telephone conference with Drew Devitt re: Periodic Report | 0.30 | 195.00 | AJK |
| | Telephone conference with Greg Harris re: Schedules | 0.40 | 260.00 | AJK |
| May-20-24 | Review & comments on draft MOR re: April 2024 | 0.80 | 520.00 | AJK |
| | Review of revised Schedules & SOFA | 2.20 | 1,430.00 | AJK |
| | Telephone conference with Greg Harris re: Schedules & SOFA | 0.30 | 195.00 | AJK |
| | Telephone conference with Hugh Ward re: initial MOR for New Way / opened DIP account at TD Bank | 0.10 | 65.00 | AJK |
| | Review email from client & further revised Schedules & SOFA | 0.80 | 520.00 | AJK |
| | Review email from Greg Harris re: revised initial MOR Report | 0.20 | 130.00 | AJK |
| Jul-22-24 | Review email from Greg Harris re: updated Cash Collected Summary for period ending 7/22/24 | 0.30 | 195.00 | AJK |
| | Review email from Greg Harris with draft MOR for June | 0.70 | 455.00 | AJK |
| | Draft & review email to Greg Harris re: comments to June MOR | 0.10 | 65.00 | AJK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Aug-14-24 | Review of draft MOR re: July | 0.80 | 520.00 | AJK |
| | Telephone conference with Greg Harris re: MOR / proposed Confirmation Hearing dates | 0.60 | 390.00 | AJK |
| Aug-21-24 | Review of filed copy of MOR re: July | 0.10 | 65.00 | AJK |
| Apr-30-24 | Prepared Motion to Extend Time to File Schedules | 0.80 | 400.00 | RWS |
| May-10-24 | Prepared Compensation Disclosure Notice | 2.10 | 1,050.00 | RWS |
| | Zoom meeting with D. Devitt, J. Schaffstall & AJK re: officer compensation, bank issues, Bankruptcy Schedules & potential Hackett litigation | 1.00 | 500.00 | RWS |
| May-14-24 | Prepared Schedules & SOFA | 3.10 | 1,550.00 | RWS |
| May-15-24 | Prepared Schedules & SOFA | 5.50 | 2,750.00 | RWS |
| | (2) Telephone conferences with Harris re: Schedules & SOFA | 0.40 | 200.00 | RWS |
| May-16-24 | Prepared revised Schedules & SOFA | 2.30 | 1,150.00 | RWS |
| | Prepared revised patent spreadsheet | 1.40 | 700.00 | RWS |
| May-17-24 | Prepared further revised Schedules & SOFA | 3.30 | 1,650.00 | RWS |
| | Zoom meeting with AJK, Harris, Reich, Devitt & Schaffstall re: Schedules & SOFA | 2.00 | 1,000.00 | RWS |
| May-20-24 | Prepared final draft of Schedules & SOFA | 1.40 | 700.00 | RWS |
| Apr-23-24 | Prepared binder re: Petition, Schedules and SOFA | 0.50 | 82.50 | JH |
| Apr-26-24 | Prepared Rider AB 10:60 re: Domestic Patents | 1.50 | 247.50 | JH |
| | Prepared Rider AB 10:60 re: International Patents | 1.00 | 165.00 | JH |
| May-09-24 | Prepared 2016(B) Statement | 0.40 | 66.00 | JH |
| May-14-24 | Continued preparation of Schedules | 4.50 | 742.50 | JH |
| May-16-24 | Prepared revised Rider AB 11:73 - Patents | 0.30 | 49.50 | JH |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| May-17-24 | Prepared Periodic Report re: 2015.3 | 0.50 | 82.50 | JH |
| May-21-24 | Prepared April MOR for filing | 0.20 | 33.00 | JH |
| Jun-21-24 | Prepared Monthly Operating Report for filing | 0.30 | 49.50 | JH |
| | Totals | 56.00 | $28,443.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Aris J. Karalis | 23.50 | $650.00 | $15,275.00 |
| Robert W. Seitzer | 23.30 | $500.00 | $11,650.00 |
| Jill Hysley | 9.20 | $165.00 | $1,518.00 |

**Balance Due Now**     **$28,443.00**