# EXHIBIT "I"

August 31, 2024

New Way Machine Components, Inc.

50 McDonald Boulevard
Aston, PA 19014-3202 USA

MATTER:   7062-a
INVOICE:   1477

Attention: Andrew J. Devitt

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| May-03-24 | Conference with RWS re: strategic Plan options | 0.90 | 585.00 | AJK |
| May-13-24 | Conference with RWS re: Plan options | 0.60 | 390.00 | AJK |
| May-22-24 | Review email from Greg Harris re: draft Liquidation Analysis for Plan | 0.20 | 130.00 | AJK |
| | Telephone conference with Greg Harris re: Liquidation Analysis for Plan / Third & Fourth Quarters 2024 Budget | 0.90 | 585.00 | AJK |
| | Review of draft Cash Flow Projections | 0.30 | 195.00 | AJK |
| | Telephone conference with Greg Harris re: projections for Plan of Reorganization | 0.90 | 585.00 | AJK |
| May-23-24 | Meeting with Jared Schaffstall, Drew Devitt & Greg Harris re: outline of Reorganization Plan | 1.40 | 910.00 | AJK |
| | Telephone conference with Greg Harris re: Plan of Reorganization / Settlement Discussions | 0.20 | 130.00 | AJK |
| May-24-24 | Draft & review definition section to Plan of Reorganization | 2.30 | 1,495.00 | AJK |
| May-28-24 | Draft & review Plan of Reorganization | 6.10 | 3,965.00 | AJK |
| May-29-24 | Draft & review Plan of Reorganization | 3.50 | 2,275.00 | AJK |
| May-30-24 | Draft & review revised Treatment of PNC Bank Secured Claim under Plan | 0.90 | 585.00 | AJK |
| Jun-11-24 | Zoom call with Greg Harris, Drew Devitt, | 1.10 | 715.00 | AJK |

|  | Jared Schaffstall & RWS (partial call) re: Plan, Projections & PNC - Cash Collateral | | | |
| Jun-14-24 | Telephone conference with Greg Harris re: Plan Alternatives | 0.40 | 260.00 | AJK |
|  | Conference with RWS re: Plan Alternatives | 0.50 | 325.00 | AJK |
|  | Review email from Greg Harris re: Liquidation Analysis | 0.50 | 325.00 | AJK |
|  | Telephone conference with Greg Harris re: Liquidation Analysis | 0.60 | 390.00 | AJK |
| Jun-17-24 | Zoom call with Greg Harris re: Projections for Plan | 1.50 | 975.00 | AJK |
| Jun-18-24 | Draft, review & analyze revisions to Plan of Reorganization | 4.10 | 2,665.00 | AJK |
| Jun-19-24 | Review of ERS research re: disposable income / Subchapter V Plan | 2.10 | 1,365.00 | AJK |
|  | Draft, review & analyze Plan of Reorganization | 3.90 | 2,535.00 | AJK |
| Jun-20-24 | Review email from Greg Harris re: Liquidation Analysis | 0.90 | 585.00 | AJK |
|  | Draft, review & analyze Plan of Reorganization | 3.70 | 2,405.00 | AJK |
| Jun-21-24 | Review email from Greg Harris re: revised Liquidation Analysis | 0.70 | 455.00 | AJK |
|  | Draft & review revisions to Plan of Reorganization | 1.90 | 1,235.00 | AJK |
| Jun-23-24 | Draft, review & analyze Plan of Reorganization | 6.10 | 3,965.00 | AJK |
| Jun-25-24 | Telephone conference with Greg Harris re: operations / Plan Projections | 0.90 | 585.00 | AJK |
|  | Draft & review email to Drew Devitt re: Plan / Adversary Complaint | 0.10 | 65.00 | AJK |
|  | Draft & review outline of Motion for Entry of Order Scheduling Confirmation Hearing & deadlines related thereto | 0.90 | 585.00 | AJK |

Invoice #94774    Matter #00841    Page 3

| | | | | |
|---|---|---|---|---|
| Jun-26-24 | Telephone conference with Greg Harris re: Plan Projections | 0.60 | 390.00 | AJK |
| | Draft & review Motion to Approve Solicitation Procedures Order & related Notices | 2.50 | 1,625.00 | AJK |
| | Draft & review revisions to Plan of Reorganization | 2.10 | 1,365.00 | AJK |
| Jun-27-24 | Review email from Greg Harris re: Plan Projections | 0.60 | 390.00 | AJK |
| | Telephone conference with Greg Harris & Mike Reich re: Plan Projections | 0.60 | 390.00 | AJK |
| | Draft & review summary of Plan payments by Classes & unidentified Claims & alternative option for Nick Hackett Claim | 1.10 | 715.00 | AJK |
| | Review & revise draft Plan dated 6/27/24 | 1.40 | 910.00 | AJK |
| Jun-28-24 | Review email from Drew Devitt re: Plan | 0.10 | 65.00 | AJK |
| | Review email from Jared Schaffstall re: Plan | 0.10 | 65.00 | AJK |
| Jul-02-24 | Zoom Meeting with Greg Harris, Jared Schaffstall & Drew Devitt re: PNC Bank / Plan | 2.00 | 1,300.00 | AJK |
| | Review email from Greg Harris re: revised Projections | 0.70 | 455.00 | AJK |
| | Telephone conference with Greg Harris re: revised Projections | 1.30 | 845.00 | AJK |
| | Review & revise Plan of Reorganization | 2.50 | 1,625.00 | AJK |
| Jul-03-24 | Review email from Mike Reich re: PNC Bank purchase card in Budget updated | 0.10 | 65.00 | AJK |
| | Draft & review revisions to Plan | 3.50 | 2,275.00 | AJK |
| | Review of revised Liquidation Analysis | 0.50 | 325.00 | AJK |
| | Draft & review email to Greg Harris & reply re: updated Plan Projections | 0.30 | 195.00 | AJK |
| Jul-05-24 | Review email from Greg Harris & reply re: revised Projections for Plan | 0.50 | 325.00 | AJK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Zoom call with Greg Harris re: comments & revisions to revised Projections for Plan | 1.10 | 715.00 | AJK |
| Jul-08-24 | Review of research re: cram down interest rates | 2.50 | 1,625.00 | AJK |
| Jul-10-24 | Draft & review revisions to Plan | 3.40 | 2,210.00 | AJK |
| | Draft & review email to Greg Harris & reply re: Financial Projections for Plan | 0.20 | 130.00 | AJK |
| Jul-11-24 | Draft & review revisions to Plan | 1.80 | 1,170.00 | AJK |
| Jul-12-24 | Draft & review revision to Plan | 3.50 | 2,275.00 | AJK |
| Jul-13-24 | Research re: Subchapter V Plans | 4.50 | 2,925.00 | AJK |
| Jul-14-24 | Draft & review Plan of Reorganization | 7.50 | 4,875.00 | AJK |
| Jul-15-24 | Review email from Greg Harris re: comments to ¶ 2.6, 2.7.1 & 2.7.2 | 0.50 | 325.00 | AJK |
| | Zoom meeting with Greg Harris, Mike Reich & RMG re: revised Plan & Exhibits | 1.80 | 1,170.00 | AJK |
| | Draft & review revisions to Plan | 2.50 | 1,625.00 | AJK |
| | Review of ERS research re: UST Objection to Subchapter V Plans | 2.10 | 1,365.00 | AJK |
| | Review of revised financials prepared by Greg Harris | 0.90 | 585.00 | AJK |
| | Telephone conference with Greg Harris, Mike Reich & RMG re: revised Projections | 0.70 | 455.00 | AJK |
| | Review email from Greg Harris re: Liquidation Analysis & Projections | 0.20 | 130.00 | AJK |
| Jul-16-24 | Review email from Greg Harris with attached revised Projections for Plan | 0.90 | 585.00 | AJK |
| | Telephone conference with Greg Harris, Mike Reich & RMG re: comments to revised Projections & Exhibits to Plan - Settlement with Hackett | 0.70 | 455.00 | AJK |
| Jul-17-24 | Telephone conference with Jared Schaffstall re: draft Plan | 0.20 | 130.00 | AJK |

|  |  |  |  |  |
|---|---|---|---|---|
| | Telephone conference with Drew Devitt re: draft Plan | 0.30 | 195.00 | AJK |
| | Review email from Jared Schaffstall re: comments to draft Plan | 0.20 | 130.00 | AJK |
| | Review email from Holly Miller & reply re: draft Plan | 0.20 | 130.00 | AJK |
| | Review Exhibit H to Plan re: Schedule | 0.10 | 65.00 | AJK |
| | Review email from Greg Harris re: financial information for blanks in draft Plan | 0.10 | 65.00 | AJK |
| | Draft & review email to Drew Devitt & Jared Schaffstall & reply re: revised Plan | 0.20 | 130.00 | AJK |
| Jul-18-24 | Review email from Larry Kotler re: revisions to revised draft Plan | 0.30 | 195.00 | AJK |
| | Review of revised Motion to Approve Solicitation Procedures / Ballots | 1.10 | 715.00 | AJK |
| | Review email from Larry Kotler re: request for Exhibit G to Plan | 0.10 | 65.00 | AJK |
| | Review of draft Exhibit G & markup comments | 0.30 | 195.00 | AJK |
| | Telephone conference with Greg Harris re: revisions to Exhibit G to Plan | 0.10 | 65.00 | AJK |
| | Review email from Greg Harris re: revised Exhibit G | 0.10 | 65.00 | AJK |
| | Draft & review email to Larry Kotler & Holly Miller re: Exhibit G to Plan | 0.10 | 65.00 | AJK |
| | Review of revised Plan with populated Table of Contents & additional nits for filing | 0.90 | 585.00 | AJK |
| | Email to Greg Harris, Jared Schaffstall & Drew Devitt re: filed Plan, 9019 Motion & Motion to Approve Solicitation Procedures | 0.20 | 130.00 | AJK |
| | Telephone conference with Greg Harris re: Plan & Exhibit I & J | 0.40 | 260.00 | AJK |
| | Email to Jared Schaffstall & Drew Devitt re: further revised Plan / blacklined Plan | 0.10 | 65.00 | AJK |

August 31, 2024

New Way Machine Components, Inc.

50 McDonald Boulevard
Aston, PA 19014-3202 USA

Attention: Andrew J. Devitt

MATTER:   7062-a
INVOICE:   1477

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-03-24 | Conference with RWS re: strategic Plan options | 0.90 | 585.00 | AJK |
| May-13-24 | Conference with RWS re: Plan options | 0.60 | 390.00 | AJK |
| May-22-24 | Review email from Greg Harris re: draft Liquidation Analysis for Plan | 0.20 | 130.00 | AJK |
| | Telephone conference with Greg Harris re: Liquidation Analysis for Plan / Third & Fourth Quarters 2024 Budget | 0.90 | 585.00 | AJK |
| | Review of draft Cash Flow Projections | 0.30 | 195.00 | AJK |
| | Telephone conference with Greg Harris re: projections for Plan of Reorganization | 0.90 | 585.00 | AJK |
| May-23-24 | Meeting with Jared Schaffstall, Drew Devitt & Greg Harris re: outline of Reorganization Plan | 1.40 | 910.00 | AJK |
| | Telephone conference with Greg Harris re: Plan of Reorganization / Settlement Discussions | 0.20 | 130.00 | AJK |
| May-24-24 | Draft & review definition section to Plan of Reorganization | 2.30 | 1,495.00 | AJK |
| May-28-24 | Draft & review Plan of Reorganization | 6.10 | 3,965.00 | AJK |
| May-29-24 | Draft & review Plan of Reorganization | 3.50 | 2,275.00 | AJK |
| May-30-24 | Draft & review revised Treatment of PNC Bank Secured Claim under Plan | 0.90 | 585.00 | AJK |
| Jun-11-24 | Zoom call with Greg Harris, Drew Devitt, | 1.10 | 715.00 | AJK |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Draft & review email to Greg Harris re: additional revisions to Financial Projections | 0.30 | 195.00 | AJK |
|  | Review email from Greg Harris re: further revised Financial Projections & Liquidation Analysis | 0.40 | 260.00 | AJK |
|  | Draft & review email to Greg Harris re: additional revisions to Liquidation Analysis | 0.20 | 130.00 | AJK |
| Aug-07-24 | Review of (filing version) Exhibit I (Final Projections) & Exhibit J (Liquidation Analysis) to Plan | 0.20 | 130.00 | AJK |
|  | Review email from Kacie Cartwright re: Plan | 0.20 | 130.00 | AJK |
|  | Review of Plan re: UST questions | 0.30 | 195.00 | AJK |
|  | Draft & review email to Kacie Cartwright re: Plan | 0.20 | 130.00 | AJK |
| Aug-09-24 | Review email from Jen Maleski re: PNC Bank / Plan | 0.50 | 325.00 | AJK |
|  | Zoom call with Drew Devitt & Jared Schaffstall re: PNC comments to Plan | 1.00 | 650.00 | AJK |
| Aug-14-24 | Draft & review proposed dates for Solicitation Procedures re: Confirmation of Plan | 0.70 | 455.00 | AJK |
| Aug-15-24 | Research re: treatment of Subchapter V classes that do not vote | 0.90 | 585.00 | AJK |
|  | Draft & review revisions to Solicitation Procedures Order | 0.70 | 455.00 | AJK |
|  | Review & revise Exhibits to Solicitation Procedures Order | 1.50 | 975.00 | AJK |
| Aug-19-24 | Review proposed Dates for Solicitation Procedures Order | 0.50 | 325.00 | AJK |
|  | Review email from Holly Miller re: Solicitation Procedures | 0.10 | 65.00 | AJK |
|  | Draft & review email to Holly Miller & Larry Kotler re: Solicitation Procedures | 0.20 | 130.00 | AJK |
|  | Draft & review email to Kacie Cartwright re: Solicitation Procedures | 0.10 | 65.00 | AJK |

| | | | | |
|---|---|---|---|---|
| | Review email from Jen Maleski re: proposed Solicitation Procedures Dates & Certification of Counsel are acceptable to PNC | 0.10 | 65.00 | AJK |
| | Review email from Holly Miller re: proposed dates & Solicitation Procedures Order acceptable | 0.10 | 65.00 | AJK |
| | Review email from Larry Kotler re: proposed dates & Solicitation Procedures Order acceptable | 0.10 | 65.00 | AJK |
| | Research re: Honorable Paul Bonepfel article on Subchapter V is good for creditors | 0.70 | 455.00 | AJK |
| Aug-20-24 | Review of revised Solicitation Procedures Order & Exhibits 1, 2, 2-1, 2-2, 2-3, 3, 4, 5 & 6 | 1.20 | 780.00 | AJK |
| | Review of Service List for Solicitation Packages | 0.40 | 260.00 | AJK |
| | Second call with Jared Schaffstall re: Solicitation Packages | 0.30 | 195.00 | AJK |
| | Review email from Kacie Cartwright & reply re: proposed dated for Solicitation Procedures | 0.10 | 65.00 | AJK |
| | Review email from Kacie Cartwright & reply re: UST ok with Certification of Counsel & Approval Order re: Hackett Settlement | 0.10 | 65.00 | AJK |
| Aug-21-24 | Court Appearance re: Solicitation Procedures / 9019 Motion - Hackett Settlement | 0.80 | 520.00 | AJK |
| | Review Order Scheduling Hearing on Confirmation of Plan & Related Relief | 0.10 | 65.00 | AJK |
| Aug-22-24 | Draft & review email to Drew Devitt, Jared Schaffstall & Greg Harris re: Confirmation Hearing | 0.20 | 130.00 | AJK |
| | Review email from Drew Devitt re: Confirmation Hearing | 0.10 | 65.00 | AJK |
| | Review email from Jared Schaffstall re: Confirmation Hearing | 0.10 | 65.00 | AJK |
| | Review email from Greg Harris re: Confirmation Hearing | 0.10 | 65.00 | AJK |

| | | | | |
|---|---|---|---|---|
| | Review of Solicitation version of Plan of Reorganization | 0.90 | 585.00 | AJK |
| | Review of Solicitation version of Ballots: Class 2, Class 3 & Class 5 | 0.30 | 195.00 | AJK |
| | Review of Solicitation version of Confirmation Hearing Notice, Non-Voting Status Notice, Plan Supplement Notices & cover letter | 0.70 | 455.00 | AJK |
| | Review of Plan & PNC issues with Treatment re: Settlement Proposal | 1.50 | 975.00 | AJK |
| Aug-23-24 | Review of Solicitation version of Plan with all Exhibits for filing | 0.90 | 585.00 | AJK |
| | Telephone conference with Joel Shapiro re: Plan | 0.20 | 130.00 | AJK |
| | Review of Solicitation version of Motion of Confirmation Hearing | 0.30 | 195.00 | AJK |
| | Review of Solicitation Procedures for filing with Court | 0.30 | 195.00 | AJK |
| Aug-26-24 | Review of Non-Voting packages for dissemination to Non-Voting Parties | 0.30 | 195.00 | AJK |
| | Review of Notice only to PA L&I re: Notice of Hearing to Consider Confirmation of Plan | 0.10 | 65.00 | AJK |
| | Review Notice to 2002 Parties re: Solicitation Procedures Order, Solicitation version of Plan, Confirmation Hearing Notice & Solicitation Procedures | 0.30 | 195.00 | AJK |
| Apr-28-24 | Research case law analyzing 11 USC 1191(d)(2) re: disposable income | 1.50 | 450.00 | ERS |
| Apr-29-24 | Research re: case law analyzing disposable income under 1191(d)(2) | 3.20 | 960.00 | ERS |
| Apr-30-24 | Draft & review Memo on Subchapter V Filings & §1191(d)(2) & 1111(b) | 1.60 | 480.00 | ERS |
| May-01-24 | Research re: case law on 1129(b)(2) in Subchapter V context | 1.90 | 570.00 | ERS |
| | Research re: 11 USC 1191(d)(2) case law analyzing disposable income | 2.30 | 690.00 | ERS |

| | | | | |
|---|---|---|---|---|
| | Research re: Subchapter V case law reviewing plan payments & priority of distributions re: 11 USC 1191(d)(2) | 1.00 | 300.00 | ERS |
| | Draft & review Memo on 1191(d)(2) & 506 re: Debtor's Subchapter V filing | 1.90 | 570.00 | ERS |
| May-02-24 | Research re: case law analyzing 11 USC 506 re: Subchapter V debtors | 2.60 | 780.00 | ERS |
| | Draft & review Memo on 1191(d) & 506 re: debtors status as an unsecured creditor | 1.40 | 420.00 | ERS |
| | Research re: Journal articles related to analyzing a debtors projected disposable income in a Subchapter V filing | 1.50 | 450.00 | ERS |
| May-03-24 | Research re: case law brief filing in Pacer re: Subchapter V & 11 USC 1191(d)(2) standard | 1.00 | 300.00 | ERS |
| | Research re: Subchapter V case law outlining disposable income test for a corporate debtor under 1191(d)(2) | 3.00 | 900.00 | ERS |
| | Research re: statutory provisions related to plan modifications under Chapters 10, 13 & Subchapter V | 2.10 | 630.00 | ERS |
| May-21-24 | Research case law re: "deemed acceptance" for unsecured creditors | 1.60 | 480.00 | ERS |
| | Research case law re: extension to file Subchapter V | 1.50 | 450.00 | ERS |
| May-22-24 | Review of Subchapter V Plan as filed by Debtor in In Re Creason re: unsecured claims | 1.40 | 420.00 | ERS |
| | Review & compare Amended Subchapter V Plan to original Plan as filed by Debtor in In Re Creason | 1.50 | 450.00 | ERS |
| May-23-24 | Pacer research: docket related to Subchapter V case filing in Western District of Michigan | 0.30 | 90.00 | ERS |
| | Research re: payment on principle to under secured creditors claims re: 1129(b)(2)(a) for fair & equitable treatment | 2.30 | 690.00 | ERS |
| | Research re: Subchapter V case law re: objections to claim amount re: unsecured creditors | 3.60 | 1,080.00 | ERS |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Jun-03-24 | Review email from AJK & attachments re: Memorandum / filings from In Re Vyra Pharma, Subchapter V case | 1.10 | 330.00 | ERS |
| | Research re: DE Subchapter V case law on corporate Subchapter V filings / Memorandums | 2.30 | 690.00 | ERS |
| | Research re: Subchapter V case law / Memorandum In Support of Confirmation | 2.40 | 720.00 | ERS |
| Jun-04-24 | Research re: Delaware Subchapter V corporate debtor filings re: Memorandum In Support of Confirmation | 2.30 | 690.00 | ERS |
| | Research re: Subchapter V cases involving a corporate debtor, Delaware | 0.90 | 270.00 | ERS |
| Jun-05-24 | Research re: Subchapter V corporate filing case law in Delaware Bankruptcy Court | 1.10 | 330.00 | ERS |
| Jun-18-24 | Research Subchapter V Plan for In Re Lunya case filed in Delaware District Court | 0.50 | 150.00 | ERS |
| | Research DE Subchapter V filing re: Plans of Reorganization | 1.00 | 300.00 | ERS |
| | Reorganize client folder to create a Subchapter V Plan section with corresponding Memorandums In Support of Reorganization | 0.80 | 240.00 | ERS |
| | Review of previous saved Subchapter V Plans for references to financial projections | 1.80 | 540.00 | ERS |
| Jun-19-24 | Research re: exhibits re: liquidation analysis for In Re Lunya | 0.30 | 90.00 | ERS |
| Jun-20-24 | Research re: Motion for Approval related to Subchapter V Plans | 1.80 | 540.00 | ERS |
| | Research case law re: 1186 for reinvesting property back into debtor estate | 3.40 | 1,020.00 | ERS |
| Jun-21-24 | Research re: law articles analyzing 1186 for property of estate | 1.80 | 540.00 | ERS |
| | Research re: case law analyzing 11 USC 1141(b) re: property vesting to a debtor | 2.20 | 660.00 | ERS |
| Jun-24-24 | Research re: Subchapter V Plans for inclusion | 2.30 | 690.00 | ERS |

| | | | | |
|---|---|---|---|---|
| | of principal/interest payments under disposable income 11 USC 1191(D)(2) | | | |
| Jun-25-24 | Research case law re: disposable income payments including secured creditor distributions | 3.60 | 1,080.00 | ERS |
| | Research case law re: secured creditor objection to unsecured claims receiving more than their projected disposable income | 2.80 | 840.00 | ERS |
| | Research: review of case law re: unsecured Subchapter V creditors for Plan payment period | 2.00 | 600.00 | ERS |
| Jun-26-24 | Research re: case law on 1191(c)(2) re: potential objection from a secured creditor | 2.90 | 870.00 | ERS |
| | Research re: objections by creditors related to 11 USC 1129 regarding secured creditor payment | 1.00 | 300.00 | ERS |
| | Research re: case law on unsecured creditor objections under 11 USC 1191(c)(2)(b) for payment period | 2.50 | 750.00 | ERS |
| | Draft & review Memorandum on 1191(c)(2)(b) & 11 USC 1129 re: potential objections to Subchapter V Plan | 0.50 | 150.00 | ERS |
| Jun-27-24 | Research re: case law on 11 USC 1191(c)(2)(b) re: potential Hackett objection for lack of "fair & equitable" | 1.90 | 570.00 | ERS |
| | Draft & review Memo outlining Potential PNC & Hackett Objections / Responses | 2.30 | 690.00 | ERS |
| Jul-08-24 | Review of legal articles related to usage of treasury bill percent as basis of a plan interest rate for payments to secured creditors | 0.50 | 150.00 | ERS |
| | Review of previous memos outlining the use of interest rates based on prime rate percentage | 2.00 | 600.00 | ERS |
| | Research case law re: interest rate calculations for a cram down of a Chapter 11 case | 2.10 | 630.00 | ERS |
| | Research re: Third Circuit case law analyzing the use of treasury bills for a Chapter 11 Plan interest rate for secured creditors | 1.90 | 570.00 | ERS |
| | Research case law re: "risk adjustment" | 2.00 | 600.00 | ERS |

|  |  |  |  |  |
|---|---|---|---|---|
|  | percentage increases for a Plan interest rate calculation under Subchapter V |  |  |  |
| Jul-09-24 | Research re: Chapter 11 case law on "present value" under 1129 & applicable interest rate used for secured creditors | 2.70 | 810.00 | ERS |
|  | Research re: Chapter 11 case law analyzing interest rates for secured creditors under 11 USC 1129 | 2.50 | 750.00 | ERS |
|  | Research re: case law analyzing rich adjustment enhancement for interest rate under 11 USC 1129 | 2.40 | 720.00 | ERS |
|  | Research re: Bankruptcy Court standing Orders re: interest rate under 11 USC 1129 | 0.70 | 210.00 | ERS |
| Jul-10-24 | Research re: prime rate historical trends re: applicable interest rates for distribution to secured creditors | 1.30 | 390.00 | ERS |
|  | Research case law analyzing the use of prime rate as interest rate payment for secured creditors | 1.50 | 450.00 | ERS |
| Jul-11-24 | Research re: BISBY Chart outlining historical interest rate | 0.30 | 90.00 | ERS |
|  | Research re: SOFR Chart re: historical interest rate | 0.30 | 90.00 | ERS |
|  | Research re: T-Bill Chart re: 5-year Treasury Rate | 0.40 | 120.00 | ERS |
|  | Research re: T-Bill Chart re: historical rate for 2-year Treasury Notes | 0.20 | 60.00 | ERS |
|  | Research re: Subchapter V Plan re: interest rate provisions for secured creditors | 0.60 | 180.00 | ERS |
|  | Draft & review Memo on interest rates for secured creditors under a Subchapter V Plan | 3.40 | 1,020.00 | ERS |
|  | Research re: T-Bill Chart re: historical 1-year interest rate numbers | 0.20 | 60.00 | ERS |
| Jul-12-24 | Research case law re: risk adjustment enhancement on interest rates re: payment to secured creditors | 2.30 | 690.00 | ERS |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Research re: Third Circuit case law re: interest rate under Plan | 1.70 | 510.00 | ERS |
|  | Draft & review Memo on applicable interest rates to secured creditors under a Subchapter V Plan | 2.60 | 780.00 | ERS |
| Jul-15-24 | Research re: Subchapter V Dockets / filings in DE Bankruptcy Court | 1.00 | 300.00 | ERS |
|  | Research re: UST Objections to Subchapter V Plans | 2.30 | 690.00 | ERS |
|  | Research re: Confirmation Orders | 2.30 | 690.00 | ERS |
|  | Research re: Subchapter V filing from Western District of Texas Bankruptcy Court | 0.30 | 90.00 | ERS |
|  | Review of Objection filed by Trustee from Western District of Texas Bankruptcy Court | 0.80 | 240.00 | ERS |
| Jul-16-24 | Research re: Subchapter V Plan Provisions re: rates for secured creditor distributions | 1.90 | 570.00 | ERS |
|  | Research: review creditor objections to saved Subchapter V filings | 3.00 | 900.00 | ERS |
| Jul-17-24 | Review In Re Intact & Wireless Communications Holding Inc. | 1.30 | 390.00 | ERS |
|  | Review of most up to date version of Debtor Chapter 11 Plan of Reorganization | 1.00 | 300.00 | ERS |
|  | Research re: plan provisions re: projected disposable income in comparison to debtor plan provisions | 1.60 | 480.00 | ERS |
| Apr-26-24 | Review research re: treatment of secured creditors under Subchapter V Plan; subordination issues | 1.20 | 660.00 | RMG |
| Apr-28-24 | Review & analyze Subchapter V confirmation provisions; calculation of disposable income | 0.20 | 110.00 | RMG |
| Apr-29-24 | Research re: Subchapter V Plan issues; intersection of 1111(b) issues; avoidance action strategy | 1.50 | 825.00 | RMG |
| May-07-24 | Review & analyze recent case law re: Subchapter V disposable income; impact on New Way treatment of N. Hackett's claim | 0.30 | 165.00 | RMG |

| May-15-24 | Review & analyze Subchapter V Plan Provisions | 1.20 | 660.00 | RMG |
| May-16-24 | Review & analyze Chapter 11 Subchapter V Plan Provisions; disposable income issues | 1.50 | 825.00 | RMG |
| May-17-24 | Research re: Subchapter V Plan analysis; treatment of N. Hackett claim; Parket Construction | 2.90 | 1,595.00 | RMG |
| | Review & analyze Subchapter V Plan Terms & Conditions | 0.80 | 440.00 | RMG |
| May-23-24 | Research re: Subchapter V case law; treatment of under secured creditors; In Re Body Transit case & impact in crafting Chapter 11 Plan & avoidance complaint | 3.20 | 1,760.00 | RMG |
| May-29-24 | Review & analyze procedures to approve Solicitation of Subchapter V Plan & Establishing Voting Procedures | 0.40 | 220.00 | RMG |
| May-31-24 | Review & analyze Brief In Support of Chapter 11 Plan | 0.20 | 110.00 | RMG |
| Jun-03-24 | Review & analyze Memos In Support of Subchapter V Plan Confirmation | 0.70 | 385.00 | RMG |
| | Research re: Memo In Support of Subchapter V Confirmation | 1.70 | 935.00 | RMG |
| Jun-07-24 | Draft & review Brief In Support of Confirmation of Subchapter V Plan | 1.80 | 990.00 | RMG |
| Jun-10-24 | Draft & review Brief In Support of Subchapter V Plan Confirmation | 0.30 | 165.00 | RMG |
| Jun-11-24 | Draft & review Memorandum of Law In Support of Confirmation of Subchapter V Plan | 6.00 | 3,300.00 | RMG |
| Jun-24-24 | Review & analyze Subchapter V Plan Terms | 0.20 | 110.00 | RMG |
| Jun-26-24 | Research re: 1191 confirmation issues; fair & equitable standard for unsecured creditors | 1.00 | 550.00 | RMG |
| Jun-27-24 | Review & analyze ERS Memo re: potential Plan Objections to Subchapter V Plan under 1191 & 1129(b) | 0.70 | 385.00 | RMG |
| Jul-01-24 | Review , analyze & revise Motion to Approve Plan Solicitation Procedures & Plan deadlines | 0.50 | 275.00 | RMG |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Jul-02-24 | Review, analyze & revise Motion to Approve Solicitation Procedures & Related Relief | 1.10 | 605.00 | RMG |
| | Review, analyze & revise proposed Order Approving Solicitation Procedures & Exhibits 1, 2-1, 2-2, 2-3, 3 & 4 thereto | 5.50 | 3,025.00 | RMG |
| Jul-03-24 | Review & revise Exhibits to Motion to Approve Solicitation Procedures & Hearing Dates | 1.30 | 715.00 | RMG |
| Jul-11-24 | Review, analyze & revise Article 2 of Plan | 0.40 | 220.00 | RMG |
| Jul-14-24 | Review , analyze & revise Plan | 1.30 | 715.00 | RMG |
| Jul-15-24 | Review , analyze & revise Plan | 8.30 | 4,565.00 | RMG |
| | Zoom meeting with G. Harris, M. Reich & AJK re: liquidation analysis & projections for Plan | 1.80 | 990.00 | RMG |
| | Review emails to/from G. Harris re: Plan, Plan Exhibits & calculation of UST Fees for liquidation analysis | 0.30 | 165.00 | RMG |
| | (2nd) Conference call with G. Harris, M. Reich & AJK re; projected disposable income; Financial Exhibits for Plan | 0.70 | 385.00 | RMG |
| Jul-16-24 | Review , analyze & revise Plan of Reorganization | 1.90 | 1,045.00 | RMG |
| | Review, analyze & revise Motion to Approve Solicitation Procedures & Related Relief | 1.80 | 990.00 | RMG |
| | Review, analyze & revise Solicitation Procedures Order & Exhibits 1-6 thereto | 2.90 | 1,595.00 | RMG |
| | Review, analyze & revise Plan Exhibits A-J | 1.00 | 550.00 | RMG |
| | Review emails to/from G. Harris re: Plan Exhibits | 0.10 | 55.00 | RMG |
| | Telephone conference with Greg Harris, Mike Reich & AJK re: comments to revised Projections & Exhibits to Plan - Settlement with Hackett | 0.70 | 385.00 | RMG |
| Jul-17-24 | Review, analyze & revise Motion to Approve Solicitation Procedures & Related Relief | 0.60 | 330.00 | RMG |

| | | | | |
|---|---|---|---|---|
| | Draft & review Plan & Exhibit H; Review of Schedule G | 0.50 | 275.00 | RMG |
| | Review, analyze & revise Solicitation Procedures Order & Exhibit 1-6 thereto | 2.00 | 1,100.00 | RMG |
| | Review, analyze & revise Plan of Reorganization | 0.70 | 385.00 | RMG |
| | Emails to/from J. Schaffstall, D. Devitt & G. Harris re: Plan revisions; Exhibit H to Plan | 0.30 | 165.00 | RMG |
| | Review email from G. Harris re: adjusted A/R Schedule; projected revenues | 0.10 | 55.00 | RMG |
| Jul-18-24 | Review, analyze & revise Plan re: revisions to Settlement Agreement | 1.60 | 880.00 | RMG |
| | Review & analyze final version of Plan & Exhibits A-J for filing | 0.60 | 330.00 | RMG |
| Aug-01-24 | Review , analyze & revise draft Liquidation Analysis for Subchapter V Plan | 0.50 | 275.00 | RMG |
| Aug-06-24 | Review , analyze & revise Projected Disposable Income Schedule / Liquidation Analysis | 0.70 | 385.00 | RMG |
| | Review & analyze Treatment of PNC; timing of Plan payments; possible Objections | 0.50 | 275.00 | RMG |
| Aug-07-24 | Review email to K. Cartwright re: Disposable Income Projections; Liquidation Analysis | 0.10 | 55.00 | RMG |
| Aug-12-24 | Review email from K. Cartwright re: receipt of financial projections & Liquidation Analysis | 0.10 | 55.00 | RMG |
| Aug-19-24 | Review , analyze & revise Solicitation Order & Exhibits thereto | 0.40 | 220.00 | RMG |
| Aug-22-24 | Review, analyze & revise Solicitation Package for distribution to creditors | 0.60 | 330.00 | RMG |
| Aug-28-24 | Review & analysis of Plan timing issues & PNC Treatment & possible Plan Objections | 0.30 | 165.00 | RMG |
| Aug-30-24 | Review & analyze Plan issues; Memo of Law | 0.50 | 275.00 | RMG |
| May-03-24 | Conference with AJK re: strategic Plan options | 0.90 | 450.00 | RWS |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| May-13-24 | Conference with AJK re: plan options | 0.60 | 300.00 | RWS |
| Jun-13-24 | Prepared initial Plan | 1.90 | 950.00 | RWS |
| Jun-14-24 | Conference with AJK re: Plan options | 0.50 | 250.00 | RWS |
| | Prepared draft Plan | 3.10 | 1,550.00 | RWS |
| Jun-26-24 | Prepared Plan insert for Sale Motion & Lease Motion | 0.50 | 250.00 | RWS |
| Jul-17-24 | Review & revise Plan | 1.20 | 600.00 | RWS |
| Jun-19-24 | Prepared Inserts for Plan | 5.00 | 825.00 | JH |
| Jun-20-24 | Prepared additional inserts to Plan | 2.50 | 412.50 | JH |
| Jun-24-24 | Prepared additional insert to Plan | 0.50 | 82.50 | JH |
| | Prepared revisions to Plan | 2.50 | 412.50 | JH |
| Jun-25-24 | Continue revisions to Plan | 3.00 | 495.00 | JH |
| Jun-26-24 | Prepared insert to Motion to Approve Solicitation Procedures | 0.30 | 49.50 | JH |
| | Prepared revised Solicitation Procedure Order (Ex. 4) | 1.00 | 165.00 | JH |
| | Prepared revised Solicitation Procedures (Ex. 1) | 0.50 | 82.50 | JH |
| | Prepared revised Class 2 Ballot (Ex. 2.1) | 0.30 | 49.50 | JH |
| | Prepared revised Class 3 Ballot (Ex. 2.2) | 0.30 | 49.50 | JH |
| | Prepared revised Class 4 Ballot (Ex. 2.3) | 0.30 | 49.50 | JH |
| | Prepared Notice of Confirmation Hearing (Ex. 3) | 0.30 | 49.50 | JH |
| Jun-27-24 | Prepared revised Exhibit 4 to Solicitation Procedures Order re: Non-Voting Status Notice | 0.30 | 49.50 | JH |
| | Prepared revised Exhibit 5 to Solicitation Procedures Order re: Plan Supplement Notice | 0.30 | 49.50 | JH |
| | Prepared revised Exhibit 6 to Solicitation Procedures Order re: cover letter | 0.30 | 49.50 | JH |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| | Prepared insert to Plan re: Summary of Classes | 0.30 | 49.50 | JH |
| | Prepared revised Plan | 3.50 | 577.50 | JH |
| Jun-28-24 | Prepared revisions to Plan | 1.00 | 165.00 | JH |
| Jul-11-24 | Prepared revisions to Plan | 0.40 | 66.00 | JH |
| Jul-16-24 | Prepared revised Table of Contents to Plan | 0.50 | 82.50 | JH |
| Jul-17-24 | Prepared final version of Plan | 1.50 | 247.50 | JH |
| Jul-18-24 | Prepared Motion to Approve Solicitation Procedures for filing | 1.00 | 165.00 | JH |
| | Prepared revised Table of Contents to Plan & prepared Plan for filing | 2.00 | 330.00 | JH |
| Jul-24-24 | Prepared Binder containing Plan documents | 0.50 | 82.50 | JH |
| Aug-02-24 | Review of docket & prepare CONR to Motion to Approve Solicitation Procedures | 0.30 | 49.50 | JH |
| Aug-15-24 | Prepared revised Solicitation Procedures Order & All Exhibits | 2.00 | 330.00 | JH |
| Aug-19-24 | Begin preparation of Solicitation Package Service List | 2.00 | 330.00 | JH |
| Aug-20-24 | Continue preparation of Solicitation Service | 3.50 | 577.50 | JH |
| | Prepared for filing proposed Solicitation Procedures Order with compare version | 0.50 | 82.50 | JH |
| Aug-22-24 | Prepared Solicitation version of Plan & Exhibits | 1.50 | 247.50 | JH |
| Aug-23-24 | Prepared final Solicitation version of Plan for filing | 0.70 | 115.50 | JH |
| | Prepared Notice of Confirmation Hearing for filing | 0.20 | 33.00 | JH |
| | Prepared Solicitation Procedures for filing | 0.20 | 33.00 | JH |
| | Prepared Notice of Non-Voting Status for filing | 0.20 | 33.00 | JH |

| | | | | |
|---|---|---|---|---|
| | Prepared COS of Solicitation Package for 2002 Parties | 0.20 | 33.00 | JH |
| | Prepared COS of Solicitation Package | 0.40 | 66.00 | JH |
| | Prepared Flash Drives with Solicitation Package | 1.30 | 214.50 | JH |
| | Prepared Solicitation Service Package | 1.00 | 165.00 | JH |
| Aug-26-24 | Prepared Solicitation Packages for mailing | 3.00 | 495.00 | JH |
| | Totals | 386.30 | $175,936.50 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Aris J. Karalis | 137.20 | $650.00 | $89,180.00 |
| Eric R. Schachter | 129.80 | $300.00 | $38,940.00 |
| Robert M. Greenbaum | 65.50 | $550.00 | $36,025.00 |
| Robert W. Seitzer | 8.70 | $500.00 | $4,350.00 |
| Jill Hysley | 45.10 | $165.00 | $7,441.50 |

**Balance Due Now**      **$175,936.50**