# EXHIBIT "J"

August 31, 2024

New Way Machine Components, Inc.

50 McDonald Boulevard
Aston, PA 19014-3202 USA

MATTER:    7062-a
INVOICE:    1480

Attention: Andrew J. Devitt

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Apr-25-24 | Meeting with Larry Kotler re: Settlement Discussions | 1.70 | 1,105.00 | AJK |
| Apr-27-24 | Review email from Drew Devitt re: Nick Hackett | 0.10 | 65.00 | AJK |
| | Telephone conference with Jared Schaffstall re: Nick Hackett / open tasks | 0.30 | 195.00 | AJK |
| | Draft & review email to Drew Devitt re: Nick Hackett | 0.20 | 130.00 | AJK |
| | Telephone conference with RWS re: 548 / 510 issues regarding Hackett | 0.50 | 325.00 | AJK |
| | Review email from Drew Devitt & reply re: Nick Hackett | 0.20 | 130.00 | AJK |
| Apr-28-24 | Review Agreement among New Way, Hackett & Devitt dated 12/15/15 re: purchase of shares in the event of death | 1.30 | 845.00 | AJK |
| | Review of Chart of Life Insurance Policies related to 12/15/15 Agreement | 0.60 | 390.00 | AJK |
| Apr-29-24 | Draft & review email to Greg Harris, Jared Schaffstall & Drew Devitt re: life insurance policies & 12/15/15 Agreement | 0.20 | 130.00 | AJK |
| May-03-24 | Review email from Larry Kotler & reply re: Nick Hackett | 0.20 | 130.00 | AJK |
| May-07-24 | Review email from Jared Schaffstall re: bank balances | 0.10 | 65.00 | AJK |
| | Review email from Larry Kotler & reply re: Nick Hackett | 0.10 | 65.00 | AJK |

| | | | | |
|---|---|---|---|---|
| | Review email from Holly Miller re: Nick Hackett | 0.10 | 65.00 | AJK |
| | Review email from Larry Kotler re: company | 0.10 | 65.00 | AJK |
| May-23-24 | Prepared for Settlement Meeting with Subchapter V Trustee & Larry Kotler re: Nick Hackett Claim / Consensual Plan | 2.80 | 1,820.00 | AJK |
| | Meeting with Holly Miller & Larry Kotler re: Settlement Discussions regarding Nick Hackett's Claim | 1.50 | 975.00 | AJK |
| | Review of file re: email from Nick Hackett to Drew Devitt & Alan Ziegler & Management Team re: Management Buyout Proposal / MBO Summary Presentation | 0.80 | 520.00 | AJK |
| | Redaction of attorney client communications in email from client re: Nick Hackett email to Drew Devitt forwarding MBO Proposal | 0.20 | 130.00 | AJK |
| | Draft & review email to Holly Miller & Larry Kotler re: Nick Hackett's Management Buyout Proposal to Drew Devitt | 0.20 | 130.00 | AJK |
| | Draft & review email to Drew Devitt, Jared Schaffstall & Greg Harris re: Settlement Discussions | 0.10 | 65.00 | AJK |
| | Review & revise outline of revisions to draft Complaint against Nick Hackett | 0.80 | 520.00 | AJK |
| Jun-11-24 | Draft & review Analysis of Nick Hackett Claim | 0.90 | 585.00 | AJK |
| | Telephone conference with Holly Miller re: Nick Hackett / Settlement Discussions | 0.20 | 130.00 | AJK |
| Jun-13-24 | Telephone conference with Holly Miller re: Settlement Discussions - Nick Hackett | 0.20 | 130.00 | AJK |
| | Review of draft Plan & draft complaint (New Way v. Nick Hackett) | 1.40 | 910.00 | AJK |
| | Analysis of Holly Miller Settlement Proposal & Nick Hackett comments | 1.20 | 780.00 | AJK |
| | Draft & review alternative Settlement Options for discussion with client | 0.90 | 585.00 | AJK |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| | Draft & review email to Drew Devitt, Jared Schaffstall, Greg Harris & RWS re: Settlement Discussions - Nick Hackett | 0.20 | 130.00 | AJK |
| Jun-14-24 | Review email from Jared Schaffstall & Greg Harris re: Nick Hackett | 0.20 | 130.00 | AJK |
| | Review & analyze Settlement Options re: Plan / Nick Hackett Claim | 2.90 | 1,885.00 | AJK |
| | Draft & review revisions to Analysis to include liability on Balance Sheet as of 12/31/22 | 0.60 | 390.00 | AJK |
| | Zoom call with Greg Harris, Drew Devitt, Jared Schaffstall & RWS re: Settlement Discussions / Nick Hackett Claim | 1.60 | 1,040.00 | AJK |
| | Zoom call with Holly Miller & Larry Kotler re: Settlement Discussions (Nick Hackett Claim) | 0.50 | 325.00 | AJK |
| | Review email from Greg Harris re: financials / data table | 0.50 | 325.00 | AJK |
| Jun-17-24 | Review of RMG summary of Board of Directors annual consents from 2004 to 2023 | 1.30 | 845.00 | AJK |
| | Review of ERS analysis of letters of interest & Board of Directors consents | 1.20 | 780.00 | AJK |
| | Review , revise & analyze PUT exercised by Nick Hackett & EBITDA & other metrics stated in Board of Directors consents | 1.80 | 1,170.00 | AJK |
| | Draft & review outline of additional items to include in complaint re: Debtor v. Nick Hackett | 0.90 | 585.00 | AJK |
| Jun-18-24 | Zoom meeting with Jared Schaffstall, Drew Devitt & Greg Harris re: Settlement Discussions with Nick Hackett | 0.60 | 390.00 | AJK |
| | Telephone conference with Greg Harris re: Financials 2022 / 2021 | 0.30 | 195.00 | AJK |
| Jun-19-24 | Review of Nick Hackett Proof of Claim #18 | 1.10 | 715.00 | AJK |
| | Draft & review email to Drew Devitt re: Nick Hackett POC # 18 | 0.10 | 65.00 | AJK |
| Jun-21-24 | Review email from Drew Devitt re: Nick Hackett Proof of Claim | 0.30 | 195.00 | AJK |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review email from Drew Devitt re: 2020 Stock Transaction with Nick Hackett | 0.40 | 260.00 | AJK |
| Jun-25-24 | Draft & review email to Larry Kotler & Holly Miller & reply re: Settlement Discussions | 0.20 | 130.00 | AJK |
|  | Review email from Greg Harris re: Nick Hackett POC | 0.20 | 130.00 | AJK |
|  | Review email from Jared Schaffstall re: Nick Hackett POC | 0.20 | 130.00 | AJK |
| Jun-26-24 | Review email from Drew Devitt re: Hackett POC | 0.50 | 325.00 | AJK |
| Jun-27-24 | Zoom Meeting with Larry Kotler & Holly Miller re: Settlement Discussions | 0.30 | 195.00 | AJK |
|  | Review email from Jared Schaffstall re: Nick Hackett POC | 0.30 | 195.00 | AJK |
|  | Review of Settlement Proposal for discussion with client re: Hackett | 1.20 | 780.00 | AJK |
| Jul-01-24 | Review email from Drew Devitt & reply re: Hackett POC | 0.10 | 65.00 | AJK |
| Jul-02-24 | Review email from Drew Devitt re: Nick Hackett Proof of Claim | 0.20 | 130.00 | AJK |
| Jul-03-24 | Review of ERS legal research re: PA bankruptcy case law; Debtor's claims against Hackett | 1.50 | 975.00 | AJK |
| Jul-08-24 | Review of draft revised Complaint re: Debtor v. N. Hackett | 2.50 | 1,625.00 | AJK |
|  | Review & analyze litigation strategy, Complaint & proposed revisions re: Debtor v. N. Hackett | 2.90 | 1,885.00 | AJK |
| Jul-09-24 | Review & revise Complaint re: New Way v. Nick Hackett | 8.10 | 5,265.00 | AJK |
| Jul-10-24 | Zoom Meeting with Jared Schaffstall, Drew Devitt & RMG re: draft Complaint against Nick Hackett | 1.60 | 1,040.00 | AJK |
|  | Review & revise draft Complaint against Nick Hackett | 3.90 | 2,535.00 | AJK |

| Jul-11-24 | Review of RMG revisions to draft Complaint re: Hackett | 1.20 | 780.00 | AJK |
| | Draft & review Settlement Proposal for Nick Hackett | 1.10 | 715.00 | AJK |
| | Telephone conference with Drew Devitt re: Settlement Proposal for Nick Hackett | 0.40 | 260.00 | AJK |
| | Zoom Meeting with Larry Kotler & Holly Miller re: Settlement Proposal for Nick Hackett | 0.50 | 325.00 | AJK |
| | Zoom call with Drew Devitt, Jared Schaffstall & RMG re: revised Complaint / Settlement Discussions | 2.00 | 1,300.00 | AJK |
| | Review of additional RMG revisions to Complaint re: Hackett | 0.70 | 455.00 | AJK |
| Jul-12-24 | Review email from Jared Schaffstall re: transaction with Hackett | 0.20 | 130.00 | AJK |
| | Draft & review email to Greg Harris re: transactions between Debtor & Hackett | 0.10 | 65.00 | AJK |
| Jul-15-24 | Review email from Larry Kotler re: Settlement Term Sheet acceptable by Hackett | 0.20 | 130.00 | AJK |
| | Telephone conference with Larry Kotler re: Hackett acceptance of Settlement Term Sheet | 0.20 | 130.00 | AJK |
| | Draft & review Settlement Agreement re: Debtor, Devitt & Hackett | 2.90 | 1,885.00 | AJK |
| Jul-16-24 | Review of RMG comments to draft Settlement Agreement | 0.50 | 325.00 | AJK |
| | Draft & review additional revisions to Settlement Agreement re: Debtor, Hackett & Devitt | 2.10 | 1,365.00 | AJK |
| | Draft & review email to Drew Devitt & Jared Schaffstall & reply re: Settlement Discussions | 0.10 | 65.00 | AJK |
| | Telephone conference with Jared Schaffstall & Drew Devitt re: Settlement term Sheet accepted / draft Settlement Agreement / timeline for next steps | 0.50 | 325.00 | AJK |
| | Draft & review email to Larry Kotler & Holly | 0.30 | 195.00 | AJK |

| | | | | |
|---|---|---|---|---|
| | Miller re: Settlement Agreement among Debtor, Hackett & Devitt & timeline for next steps | | | |
| | Review & revise signature page for Settlement Agreement | 0.50 | 325.00 | AJK |
| | Draft & review second email to Larry Kotler & Holly Miller re: revised Settlement Agreement with signature page | 0.20 | 130.00 | AJK |
| | Review & revise Plan re: Settlement among Debtor, Hackett & Devitt | 3.10 | 2,015.00 | AJK |
| | Review email from Larry Kotler with revisions to draft Settlement agreement | 0.20 | 130.00 | AJK |
| | Telephone conference with Larry Kotler re: revisions to Settlement Agreement | 0.30 | 195.00 | AJK |
| | Review & provide comments to Solicitation Procedures Motion & Exhibits to reflect revised Plan re: Settlement Agreement with Hackett | 0.90 | 585.00 | AJK |
| | Draft & review additional revisions to Settlement Agreement in response to Nick Hackett's comments | 0.90 | 585.00 | AJK |
| | Review RMG comments to revised Plan & revisions to same re: Hackett | 1.30 | 845.00 | AJK |
| Jul-17-24 | Review email from Larry Kotler & reply re: draft Plan / Hackett Settlement | 0.20 | 130.00 | AJK |
| | Review email from Larry Kotler & reply re: compare version of Hackett Settlement | 0.20 | 130.00 | AJK |
| | Review email from Larry Kotler & attachments re: redlined Plan with Nick Hackett's comments | 0.90 | 585.00 | AJK |
| | Draft & review further revised Plan (KPC 7/17/24) | 2.50 | 1,625.00 | AJK |
| | Telephone conference with Larry Kotler re: Hackett's comments to draft Plan | 0.30 | 195.00 | AJK |
| | Review email from Larry Kotler & reply re: revised redlined comparison of Settlement Agreement | 0.20 | 130.00 | AJK |

| | | | |
|---|---|---|---|
| Review email from Luke Pacifici, Esquire re: comments to Hackett/Devitt Settlement Agreement provisions | 0.50 | 325.00 | AJK |
| Draft & review revised Debtor / Hackett / Devitt Settlement Agreement (KPC 7/17/24) & compare to DM draft | 1.20 | 780.00 | AJK |
| Telephone conference with Drew Devitt & Jared Schaffstall re: revised Hackett Settlement Agreement & revised Plan with Nick Hackett's comments | 0.60 | 390.00 | AJK |
| Telephone conference with Larry Kotler re: additional comments to revised Settlement Agreement | 0.20 | 130.00 | AJK |
| Draft & review further revised Hackett / Debtor / Devitt Settlement Agreement (KPC 7/17/24 V4) | 0.80 | 520.00 | AJK |
| Draft & review email to Larry Kotler & Holly Miller re: revised Plan & revised Settlement Agreement (KPC 7/17/24 V4) | 0.20 | 130.00 | AJK |
| Telephone conference with Drew Devitt & Jared Schaffstall re: Settlement Discussions / revised Settlement Agreement / revised Plan | 0.50 | 325.00 | AJK |
| Telephone conference with Larry Kotler re: revised Plan & revised Settlement Agreement | 0.20 | 130.00 | AJK |
| Draft & review email to Larry Kotler & Holly Miller re: execution copy of Settlement Agreement | 0.10 | 65.00 | AJK |
| Draft & review email to Drew Devitt & Jared Schaffstall re: execution copy of Settlement Agreement | 0.10 | 65.00 | AJK |
| Review email from Greg Harris re: Settlement Discussions | 0.10 | 65.00 | AJK |
| Telephone conference with Greg Harris re: Settlement Discussions | 0.30 | 195.00 | AJK |
| Review email from Drew Devitt & reply re: comments to revised Settlement Agreement | 0.20 | 130.00 | AJK |
| Review text from Larry Kotler re: forwarded execution Settlement Agreement to Nick Hackett & will address if any issues | 0.10 | 65.00 | AJK |

| | | | | |
|---|---|---|---|---|
| | Telephone conference with Larry Kotler re: Nick Hackett issues with Settlement Agreement | 0.20 | 130.00 | AJK |
| | Review of revised Settlement Agreement with Nick Hackett's comments | 0.20 | 130.00 | AJK |
| | Draft & review revised Settlement Agreement re: open issues | 0.50 | 325.00 | AJK |
| | Draft & review email to Larry Kotler & Holly Miller re: revised Settlement Agreement & summary of changes | 0.20 | 130.00 | AJK |
| | Telephone conference with Larry Kotler re: revisions to Settlement Agreement acceptable / open questions | 0.10 | 65.00 | AJK |
| | Telephone conference with Jared Schaffstall & Drew Devitt re: revisions to Settlement Agreement | 0.40 | 260.00 | AJK |
| | Telephone conference with Larry Kotler re: open issues | 0.20 | 130.00 | AJK |
| | Telephone conference with Jared Schaffstall & Drew Devitt re: revised Settlement Agreement | 0.30 | 195.00 | AJK |
| | Telephone conference with Jared Schaffstall re: signature pages to revised Settlement Agreement | 0.10 | 65.00 | AJK |
| | Review text from Larry Kotler re: Nick Hackett has approved Settlement Agreement & returned signed signature page | 0.10 | 65.00 | AJK |
| | Draft & review email to Jared Schaffstall & Drew Devitt re: Nick Hackett has approved & signed Settlement Agreement | 0.10 | 65.00 | AJK |
| Jul-18-24 | Telephone conference with Jared Schaffstall re: Settlement Agreement / Hackett | 0.10 | 65.00 | AJK |
| | Review & revise Plan re: revisions to Hackett Settlement | 2.50 | 1,625.00 | AJK |
| | Telephone conference with Larry Kotler re: Hackett Settlement / Plan / 9019 Motion & next steps | 0.10 | 65.00 | AJK |
| | Review email from Jared Schaffstall re: signed signature page to Settlement Agreement | 0.10 | 65.00 | AJK |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review email from Larry Kotler re: Hackett signed signature page to Settlement Agreement | 0.10 | 65.00 | AJK |
|  | Review of Settlement Agreement complete with signature pages | 0.10 | 65.00 | AJK |
|  | Review & revise 9019 Motion with RMG comments re: revised Hackett Settlement | 0.80 | 520.00 | AJK |
|  | Draft & review email to Larry Kotler & Holly Miller re: revised draft Plan / 9019 Motion / Fully signed Settlement Agreement | 0.20 | 130.00 | AJK |
| Aug-09-24 | Review PNC Bank Reservation of Rights to 9019 Settlement with Hackett | 0.50 | 325.00 | AJK |
| Aug-13-24 | Draft & review revised proposed Order Approving Settlement among Hackett, Debtor & Devitt | 0.30 | 195.00 | AJK |
|  | Draft & review Certification of Counsel re: proposed Order Approving Settlement among Hackett, Debtor & Devitt | 0.30 | 195.00 | AJK |
|  | Review email from Larry Kotler & reply re: 8/21/24 Hearing to Consider Approval of Settlement among Hackett, Debtor & Devitt | 0.10 | 65.00 | AJK |
| Aug-15-24 | Review email from Jen Maleski re: revised Approval Order | 0.50 | 325.00 | AJK |
|  | Telephone conference with Jen Maleski re: PNC Bank | 0.40 | 260.00 | AJK |
|  | Draft & review revised Approval Order for Hackett 9019 Motion re: PNC Bank | 0.50 | 325.00 | AJK |
|  | Draft & review email to Jen Maleski re: further revised Approval Order (Hackett 9019 Motion) | 0.10 | 65.00 | AJK |
| Aug-19-24 | Review email from Jen Maleski re: insert for Certification of Counsel - 9019 Approval Order | 0.20 | 130.00 | AJK |
|  | Review & revise Certification of Counsel / Debtor's acknowledgment re: 9019 Approval Order | 0.90 | 585.00 | AJK |
|  | Draft & review email to Jen Maleski re: revised Approval Order / Certification of Counsel / proposed Dates for Confirmation |  |  | AJK |

|  | | | | |
|---|---|---|---|---|
|  | Draft & review email to Larry Kotler, Holly Miller & Kacie Cartwright re: draft Certification of Counsel / Approval Order - Hackett Settlement | 0.20 | 130.00 | AJK |
| Aug-22-24 | Review Order Approving Settlement among Hackett / Debtor / Devitt | 0.10 | 65.00 | AJK |
| Apr-22-24 | Research re: 11 USC 548 avoidance actions related to stock redemption agreements | 2.10 | 630.00 | ERS |
|  | Research re: PA CSA 1551 related case law analyzing distributions for insolvent companies | 2.60 | 780.00 | ERS |
| Apr-23-24 | Research: recharacterization of claims case law within Third Circuit | 3.00 | 900.00 | ERS |
|  | Research: recharacterization of claims case law outside Third Circuit re: stock redemption claims | 1.90 | 570.00 | ERS |
|  | Research re: PUFTA statutes / case law re: PA avoidance actions related to stock purchase agreement | 2.10 | 630.00 | ERS |
| Apr-24-24 | Research Third Circuit case law analyzing Subordination under 510(c) | 2.30 | 690.00 | ERS |
|  | Research re: 11 USC 510(c) case law for equitable subordination | 0.80 | 240.00 | ERS |
|  | Research case law on equitable subordination for stock redemption agreements | 1.00 | 300.00 | ERS |
|  | Research 15 PA CSA 1552 case law / statute | 1.00 | 300.00 | ERS |
|  | Research re: 15 PA CSA 1553-1554 case law & statutes | 1.00 | 300.00 | ERS |
| Apr-25-24 | Research re: 11 USC 510(c) case law on equitable subordination | 3.30 | 990.00 | ERS |
|  | Draft & review Memo on 11 USC 510(c) analyzing equitable subordination | 1.60 | 480.00 | ERS |
|  | Research re: PA CSA 1551 case law re: director liability for insolvent distributions | 1.30 | 390.00 | ERS |
| Apr-26-24 | Research re: 11 USC 510(c) equitable subordination case law | 2.10 | 630.00 | ERS |

| | | | | |
|---|---|---|---|---|
| | Draft & review Memo on subordination under 11 USC 510 & recharacterization of claims | 2.30 | 690.00 | ERS |
| | Research re: recharacterization of claims filed as unsecured debt case law | 3.10 | 930.00 | ERS |
| | Research re: case law analyzing equitable disallowance of creditors claims | 1.80 | 540.00 | ERS |
| Apr-27-24 | Research re: Subchapter V case law analyzing unsecured creditors distributions & discharge | 1.20 | 360.00 | ERS |
| | Research re: Subchapter V case law analyzing distributions/discharges of administrative expenses | 1.00 | 300.00 | ERS |
| | Research re: Subchapter V case law analyzing distributions/discharge re: insider/equity claims | 1.10 | 330.00 | ERS |
| May-04-24 | Research re: unsecured claim payments under Subchapter V case law | 2.10 | 630.00 | ERS |
| | Draft & review Memo on Debtor's unsecured claims related to Nick Hackett Redemption Agreement | 0.80 | 240.00 | ERS |
| May-05-24 | Draft & review Memo Debtor's unsecured claims related to Nick Hackett's Redemption Agreement | 2.70 | 810.00 | ERS |
| May-06-24 | Research re: briefs filed regarding In Re Hamilton Staples Subchapter V filing | 1.50 | 450.00 | ERS |
| | Research re: briefs filed in In Re Pachert Construction Subchapter V filing | 1.40 | 420.00 | ERS |
| | Research case law re: unsecured creditor modifications under Subchapter V | 2.40 | 720.00 | ERS |
| May-07-24 | Review of Subchapter V plan as filed in In Re Hamilton Staples | 1.60 | 480.00 | ERS |
| | Review of Second Amended Subchapter V Plan filed in In Re Pachert Construction, LLC | 1.00 | 300.00 | ERS |
| | Review of Fourth Amended Subchapter V Plan filed in In Re Pachert Construction, LLC | 1.10 | 330.00 | ERS |
| | Review In Re Pachert Construction, LLC: trustee objection to Fourth Amended Plan | 0.80 | 240.00 | ERS |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Research: cited case law in In Re Pachert re: modifications under Subchapter V | 1.10 | 330.00 | ERS |
| May-15-24 | Review of 510(b) research re: subordination of Hackett's Claim | 2.30 | 690.00 | ERS |
| May-17-24 | Research re: case law on 510(b) & possible effects of subordination re: disposable income analysis under 1191(d)(2) | 2.60 | 780.00 | ERS |
| May-20-24 | Research re: Subchapter V case law re: creditor objections to unsecured allowed claim amount | 2.70 | 810.00 | ERS |
| May-21-24 | Research re: previous Memos & saved case law regarding Affiliates under 11 USC 62(c) | 1.20 | 360.00 | ERS |
|  | Pacer research re: Subchapter V Plans | 1.00 | 300.00 | ERS |
| May-29-24 | Research re: 510(b) for related provision included in draft complaint re: cited case law used in analysis | 1.10 | 330.00 | ERS |
| Jun-14-24 | Review of offers of sale re: company evaluation numbers pertaining to language of "Debt-Free" | 2.50 | 750.00 | ERS |
|  | Draft & review document outlining offers/issues within offers as to their valuation totals | 1.60 | 480.00 | ERS |
|  | Draft & review Excel spreadsheet tracking down offer buy out totals / comparing to New Way actual financial numbers | 1.90 | 570.00 | ERS |
| Jun-17-24 | Create new Excel spreadsheet re: letters of interest for New Way | 2.70 | 810.00 | ERS |
|  | Review & add New Way financials / changes to Purchase Offer spreadsheet | 1.10 | 330.00 | ERS |
| Jun-19-24 | Review of Proof of Claim filed by Nick Hackett | 0.80 | 240.00 | ERS |
|  | Case Law Research re: 510(b) subordination for breach of contract claims | 1.40 | 420.00 | ERS |
| Jun-26-24 | Review of Drew Devitt's drafted documents re: questions & answers to Hackett's POC | 1.10 | 330.00 | ERS |

| Jun-27-24 | Research re: PA Corp Law 1551 & 1553 for unlawful distributions | 1.10 | 330.00 | ERS |
|---|---|---|---|---|
| Jun-28-24 | Research PA case law re: 15 PACS 1551/1553 in relation to 11 USC 544 avoidance actions | 3.60 | 1,080.00 | ERS |
| | Research re: case law on 11 USC 546(e) re: restrictions on redemption agreements | 2.20 | 660.00 | ERS |
| | Research re: "settlement payment" case law re: 11 USC 546(e) & relation to redemption agreements | 1.60 | 480.00 | ERS |
| Jul-01-24 | Research case law re: 11 USC 546; non-voidable actions | 2.30 | 690.00 | ERS |
| | Review & edit Complaint against Nick Hackett | 1.60 | 480.00 | ERS |
| | Research case law re: 15 PACS 1712; fiduciary duties of a corporate debtor | 4.30 | 1,290.00 | ERS |
| Jul-02-24 | Research re: cases/complaints re: actions under 1712 | 0.50 | 150.00 | ERS |
| | Research re: 15 PACS 1712; fiduciary duties if an insolvent debtor's directors case law | 4.70 | 1,410.00 | ERS |
| | Research case law re: "unjust enrichment" under 15 PACS 1712 for insolvent debtors | 2.00 | 600.00 | ERS |
| | Draft & review Memo re: a directors fiduciary duties under 15 PACS 1712 | 2.90 | 870.00 | ERS |
| Jul-03-24 | Research case law re: 11 USC 1712 re: fiduciary duties in a bankruptcy proceeding | 2.60 | 780.00 | ERS |
| | Research re: adversary complaint including counts re: 15 PACS 1712 | 0.30 | 90.00 | ERS |
| | Draft & review Memo on 11 USC 1712 fiduciary breach claims with Third Circuit case law | 1.70 | 510.00 | ERS |
| | Research re: 5418 presumption of insolvency case law | 0.50 | 150.00 | ERS |
| Jul-10-24 | Research re: EMA related documents / agreements related to pre-petition marketing process | 1.00 | 300.00 | ERS |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Research re: 15 PACS 1712 & director liability | 2.00 | 600.00 | ERS |
|  | Draft & review Memo on 15 PACS 1712 & its applicability to debtors case | 1.70 | 510.00 | ERS |
| Jul-12-24 | Review & revise proper citations to Memo on 15 PACS 1712 claims | 0.70 | 210.00 | ERS |
|  | Research re: EMA engagement letter dated August 19, 2024 | 0.50 | 150.00 | ERS |
| Jul-17-24 | Review subordination law caw under 11 USC 502(b) re: Hackett Claim | 1.20 | 360.00 | ERS |
| Apr-23-24 | Draft & review Avoidance Complaint against N. Hackett | 2.80 | 1,540.00 | RMG |
| Apr-24-24 | Draft & review Avoidance Complaint against N. Hackett | 5.80 | 3,190.00 | RMG |
| Apr-25-24 | Draft & review Avoidance Complaint against N. Hackett | 4.50 | 2,475.00 | RMG |
|  | Review & analyze J. Schaffstall memo re: details of N. Hackett's compensation & benefits | 0.40 | 220.00 | RMG |
|  | Analyze Avoidance Complaint counts & upcoming meeting with N. Hackett's counsel | 0.30 | 165.00 | RMG |
|  | Review research re: 510 (c) case law & impact on complaint; burden of proof | 0.50 | 275.00 | RMG |
| May-15-24 | Review & analyze complaint against N. Hackett; revised counts & requested relief | 0.10 | 55.00 | RMG |
|  | Review & analyze Equitable subordination research & articles | 1.20 | 660.00 | RMG |
| May-19-24 | Review & analyze complaint issues & proposed modification | 0.20 | 110.00 | RMG |
| May-20-24 | Review & analyze complaint against N. Hackett & strategy forward; revisions to draft | 0.50 | 275.00 | RMG |
| May-21-24 | Review & analyze draft avoidance complaint against N. Hackett; objection to claim | 1.90 | 1,045.00 | RMG |
| May-22-24 | Review & analyze Plan issues, N. Hackett Claims, Avoidance Complaint & strategy for | 2.10 | 1,155.00 | RMG |

| | | | | |
|---|---|---|---|---|
| | upcoming Conference with Subchapter V Trustee & N. Hackett's counsel | | | |
| May-23-24 | Prepare summary of relief requested per draft Avoidance Complaint v. Nick Hackett | 0.30 | 165.00 | RMG |
| | Review & analyze Settlement strategy re: Settlement Discussions among with H. Smith & L. Kotler; Plan alternatives | 0.30 | 165.00 | RMG |
| May-24-24 | Review , analyze & revise draft avoidance complaint against N. Hackett | 0.90 | 495.00 | RMG |
| May-28-24 | Review & revise proposed avoidance complaint against N. Hackett | 2.70 | 1,485.00 | RMG |
| May-29-24 | Review , analyze & revise Avoidance Complaint against N. Hackett | 4.50 | 2,475.00 | RMG |
| | Research re: 510(b) count; pleading standards | 0.20 | 110.00 | RMG |
| May-30-24 | Review & analyze Subordination Counts re: draft Avoidance Complaint | 0.20 | 110.00 | RMG |
| | Review & analyze fraudulent conveyance counts re: PA Business Law on Stock Redemption | 0.30 | 165.00 | RMG |
| May-31-24 | Review & analyze draft Complaint against N. Hackett | 0.20 | 110.00 | RMG |
| | Zoom meeting with Greg Harris, Mike Reich & AJK re: Cash Collateral Budget to Year End / Income Statement / Projections for Plan of Reorganization | 1.80 | 990.00 | RMG |
| Jun-13-24 | Review & analyze Settlement Negotiation term sheet with L. Kotler re: N. Hackett Plan Treatment; Claims | 0.60 | 330.00 | RMG |
| Jun-14-24 | Review & analyze hypothetical FMV of Debtor's Stock; prepare for Negotiations with L. Kotler | 1.60 | 880.00 | RMG |
| | Draft & review Debtor's FMV of Company Stock chart; summary of 2003-2022 per contents in lieu of Board Meetings | 4.50 | 2,475.00 | RMG |
| | Review & analyze Negotiations / Meeting with L. Kotler & H. Smith; strategy forward to settle or prosecute claims | 0.50 | 275.00 | RMG |

| | | | | |
|---|---|---|---|---|
| Jun-15-24 | Prepare Debtor's FMV of Company Stock Excel Spreadsheet; restating 2021 & 2022 | 2.50 | 1,375.00 | RMG |
| Jun-17-24 | Draft & review FMV of Stock Chart; Review & revise Chart for use in complaint | 3.10 | 1,705.00 | RMG |
| | Review & analyze 2022 Offers to invest/acquire interests in New Way; term details | 2.00 | 1,100.00 | RMG |
| Jun-19-24 | Review & analyze N. Hackett Proof of Claim & Addendum | 1.20 | 660.00 | RMG |
| | Review emails to/from G. Harris re: N. Hackett Proof of Claim & Addendum | 0.10 | 55.00 | RMG |
| | Review email to D. Devitt re: N. Hackett Proof of Claim & Addendum | 0.10 | 55.00 | RMG |
| | Review, analyze & revise Complaint to add Objection to Claim filed by N. Hackett | 1.70 | 935.00 | RMG |
| Jun-20-24 | Review , analyze & revise Complaint & Objection to Claim file by N. Hackett | 4.10 | 2,255.00 | RMG |
| Jun-21-24 | Review & analyze D. Devitt's Response to N. Hackett Proof of Claim Addendum | 0.90 | 495.00 | RMG |
| | Review , analyze & revise Complaint/Objection to Claim filed by N. Hackett | 2.90 | 1,595.00 | RMG |
| Jun-25-24 | Review & analyze G. Harris response & issues with N. Hackett Claim Addendum | 0.30 | 165.00 | RMG |
| | Review & analyze Subchapter V disposable income issues; Plan Treatment to N. Hackett | 0.70 | 385.00 | RMG |
| Jun-26-24 | Review & analyze J. Schaffstall's memo & response to N. Hackett's Claim & Addendum | 0.20 | 110.00 | RMG |
| | Review & analyze D. Devitt's response to N. Hackett's Claim & Addendum | 0.80 | 440.00 | RMG |
| | Review & revise summary of adversary actions for Chapter 11 Plan; action against N. Hackett | 1.10 | 605.00 | RMG |
| | Preparation for Settlement Discussions with H. Smith & L. Kotler; Review & analyze Settlement Proposal | 0.30 | 165.00 | RMG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review, analyze & revise Complaint against N. Hackett | 0.50 | 275.00 | RMG |
|  | Review, analyze & revise Plan re: action against N. Hackett & events leading up to filing | 2.50 | 1,375.00 | RMG |
| Jun-27-24 | Review, analyze & revise Plan; summary of litigation & other terms; treatment of N. Hackett Claims | 1.60 | 880.00 | RMG |
|  | Review, analyze & revise Complaint against N. Hackett re: fraudulent conveyance counts | 2.50 | 1,375.00 | RMG |
|  | Research re: avoidance under PA Business Corp Law | 1.50 | 825.00 | RMG |
|  | Review J. Schaffstall's revised Memo re: response to N. Hackett Claim & Addendum | 0.20 | 110.00 | RMG |
| Jun-28-24 | Research re: 544(b) avoidance pavers; State Court causes of action | 0.70 | 385.00 | RMG |
|  | Review , analyze & revise Complaint | 0.20 | 110.00 | RMG |
| Jun-30-24 | Review email from D. Devitt re: additional responses to N. Hackett Claim & Addendum | 0.10 | 55.00 | RMG |
| Jul-01-24 | Review & analyze D. Devitt's Supplemental Response to N. Hackett Claim & Addendum | 0.50 | 275.00 | RMG |
| Jul-02-24 | Review & analyze D. Devitt's additional response to N. Hackett Claim & Addendum | 0.50 | 275.00 | RMG |
|  | Review & analyze Memo of PA breach of loyalty & duty statutes & applicability under §544(b) | 0.40 | 220.00 | RMG |
| Jul-03-24 | Research re: breach of fiduciary duties under PA Corporate Business Law | 0.30 | 165.00 | RMG |
|  | Review & analyze State Court causes of action for breach of fiduciary duties of care & loyalty for Complaint against N. Hackett | 2.40 | 1,320.00 | RMG |
|  | Review, analyze & revise Complaint against N. Hackett | 3.00 | 1,650.00 | RMG |
| Jul-05-24 | Review , analyze & revise Complaint against N. Hackett re: State Court counts to additional facts to support the same | 5.00 | 2,750.00 | RMG |

| Jul-07-24 | Review , analyze & revise Complaint against N. Hackett re: State Court causes of action & facts to support new counts | 3.60 | 1,980.00 | RMG |
|---|---|---|---|---|
| | Emails to/from G. Harris re: review & analysis of draft Complaint | 0.30 | 165.00 | RMG |
| Jul-08-24 | Emails to/from G. Harris re: revisions to draft Complaint; Inventory Schedule; revised Complaint | 0.30 | 165.00 | RMG |
| | Review , analyze & revise Complaint per G. Harris comments & suggestions re: financial data | 2.40 | 1,320.00 | RMG |
| | Review & analyze litigation strategy re: modification to Complaint | 3.60 | 1,980.00 | RMG |
| | Review & revise Complaint against N. Hackett | 2.20 | 1,210.00 | RMG |
| Jul-09-24 | Review , analyze & revise Complaint re: New Way v. N. Hackett | 9.20 | 5,060.00 | RMG |
| | Review , analyze & revise Plan Summary re: Hackett Stock Redemption & Complaint | 0.80 | 440.00 | RMG |
| | Review , analyze & revise Exhibit B to Complaint re: Schedule of Fair Market Value | 0.50 | 275.00 | RMG |
| Jul-10-24 | Review , analyze & revise Complaint against N. Hackett | 8.50 | 4,675.00 | RMG |
| | Review & analyze N. Hackett Proof of Claim & Addendum | 0.90 | 495.00 | RMG |
| | Zoom meeting with D. Devitt, J. Schaffstall & AJK re: review & revisions to Complaint | 1.60 | 880.00 | RMG |
| Jul-11-24 | Review , analyze & revise Complaint re: New Way v. N. Hackett | 3.70 | 2,035.00 | RMG |
| | Review, analyze & revise Exhibit B - Schedule of FMV to Complaint re: New Way v. N. Hackett | 2.20 | 1,210.00 | RMG |
| | Draft & review Exhibit D to Complaint; 2022 EBITDA & Minimum FMV re: New Way v. N. Hackett | 2.10 | 1,155.00 | RMG |
| | Research re: 510(b) Objections to POC | 0.10 | 55.00 | RMG |

|  | Review, analyze & revise Settlement Term Sheet re: Hackett Claims | 0.40 | 220.00 | RMG |
|---|---|---|---|---|
|  | Emails to/from D. Devitt & J. Schaffstall re: revised Complaint, updated revised Complaint & Exhibits | 0.50 | 275.00 | RMG |
|  | Zoom call with D. Devitt, J. Schaffstall & AJK re: review & revise Complaint; Settlement term Sheet | 2.00 | 1,100.00 | RMG |
| Jul-12-24 | Emails to/from J. Schaffstall re; revisions to Complaint; creditors at time of transfers | 0.10 | 55.00 | RMG |
|  | Review , analyze & revise Complaint against N. Hackett | 1.90 | 1,045.00 | RMG |
|  | Review emails to G. Harris re: tax distribution analysis & loan payables by N. Hackett | 0.20 | 110.00 | RMG |
|  | Research re: International Wireless case Opinion by Third Circuit re: 510(b) Subordination | 0.30 | 165.00 | RMG |
|  | Telephone conference with G. Harris re: tax payments analysis | 0.20 | 110.00 | RMG |
|  | Emails to/from J. Schaffstall re: scheduling call; revisions to Complaint | 0.20 | 110.00 | RMG |
|  | Emails to/from G. Harris re: reformatted & revised Exhibit B to Compliant | 0.10 | 55.00 | RMG |
|  | Review & analyze open issues in case; plan timing & coordination with Complaint | 0.20 | 110.00 | RMG |
|  | Conference call with G. Harris & AJK re: Complaint; Plan issues | 0.40 | 220.00 | RMG |
|  | Email to D. Devitt, J. Schaffstall & G. Harris re: revised Complaint; blacklined version | 0.20 | 110.00 | RMG |
|  | Review email from D. Devitt re: N. Hackett communications with PNC Bank | 0.10 | 55.00 | RMG |
| Jul-15-24 | Review emails from J. Schaffstall re: communications around 12/31/20 Stock Award | 0.20 | 110.00 | RMG |
|  | Review , analyze & revise draft Settlement Agreement | 0.70 | 385.00 | RMG |

| | | | | |
|---|---|---|---|---|
| Jul-16-24 | Review , analyze & revise Settlement Agreement | 1.50 | 825.00 | RMG |
| | Emails to/from D. Devitt & J. Schaffstall re: scheduling call; Settlement Agreement; Amended Plan of Reorganization | 0.30 | 165.00 | RMG |
| | Conference call with D. Devitt, J. Schaffstall & AJK re: Settlement Agreement | 0.50 | 275.00 | RMG |
| | Review email to L. Kotler & H. Smith re: Settlement Agreement | 0.20 | 110.00 | RMG |
| | Review email to D. Devitt, J. Schaffstall & G. Harris re: Settlement Agreement | 0.20 | 110.00 | RMG |
| | Review & analyze L. Kotler's suggested revision to Settlement Agreement | 0.30 | 165.00 | RMG |
| Jul-17-24 | Review , analyze & revise Settlement Agreement; suggested revisions by N. Hackett | 1.20 | 660.00 | RMG |
| | Review, analyze & revise 9019 Motion & proposed Order re: Hackett | 0.60 | 330.00 | RMG |
| | Review email to D. Devitt & J. Schaffstall re: Settlement Agreement approval by N. Hackett | 0.10 | 55.00 | RMG |
| Jul-18-24 | Emails to/from J. Schaffstall re: Settlement Agreement; execution page | 0.20 | 110.00 | RMG |
| | Review , analyze & revise 9019 Motion & related pleading re: revisions to Settlement Agreement | 0.30 | 165.00 | RMG |
| | Review final version of Settlement Agreement for filing | 0.20 | 110.00 | RMG |
| Aug-09-24 | Review PNC Reservation of Rights re: 9019 Motion for Approval of Hackett Settlement | 0.10 | 55.00 | RMG |
| Aug-19-24 | Review , analyze & revise proposed Certification of Counsel re: 9019 Motion | 1.40 | 770.00 | RMG |
| Apr-29-24 | Review & revise Complaint v. Hackett | 2.50 | 1,250.00 | RWS |
| May-30-24 | Review & revise Complaint v. Hackett | 1.60 | 800.00 | RWS |
| Jun-19-24 | Review of Hackett POC | 0.70 | 350.00 | RWS |

Invoice: 1480                          Matter 7062-a                          Page  21

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|---|
| Jun-26-24 | Review of Devitt responses to Hackett allegations in counterclaim | 0.70 | 350.00 | RWS |
| | Review & revise revised Complaint v. Hackett | 1.50 | 750.00 | RWS |
| Jul-09-24 | Research re: 510(b) subordination issues | 2.10 | 1,050.00 | RWS |
| Jul-11-24 | Review & revise further revised Complaint v. Hackett | 1.20 | 600.00 | RWS |
| Jul-16-24 | Review of draft Settlement Agreement with Hackett | 0.40 | 200.00 | RWS |
| | Prepared 9019 Motion re: Hackett Settlement Agreement | 2.40 | 1,200.00 | RWS |
| Jul-17-24 | Prepared revised 9019 Motion re: Hackett Settlement Agreement | 1.10 | 550.00 | RWS |
| | Prepared 9019 Motion for filing re: Hackett | 0.50 | 82.50 | JH |
| Jul-18-24 | Prepared 9019 Motion for filing | 0.50 | 82.50 | JH |
| Aug-02-24 | Review of docket & prepare CONR to 9019 Motion re: Hackett | 0.30 | 49.50 | JH |
| | Totals | 366.90 | $181,129.50 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|--------|-------|----------------|--------|
| Aris J. Karalis | 95.70 | $650.00 | $62,205.00 |
| Eric R. Schachter | 116.10 | $300.00 | $34,830.00 |
| Robert M. Greenbaum | 139.60 | $550.00 | $76,780.00 |
| Robert W. Seitzer | 14.20 | $500.00 | $7,100.00 |
| Jill Hysley | 1.30 | $165.00 | $214.50 |

**Balance Due Now**                          **$181,129.50**