# EXHIBIT "K"

August 31, 2024

New Way Machine Components, Inc.
50 McDonald Boulevard
Aston, PA 19014-3202 USA

Attention: Andrew J. Devitt

MATTER: 7062-a
INVOICE: 1470

## DISBURSEMENTS

| | |
|---|---:|
| Research - Copy Charge | 752.00 |
| Settlement Stipulation - Copy Charge | 2.60 |
| Financial Documents - Copy Charge | 104.60 |
| Orders - Copy Charge | 277.60 |
| Agreement - Copy Charge | 114.60 |
| Exhibits - Copy Charge | 4.60 |
| Ballots - Copy Charge | 0.40 |
| Loan Documents - Copy Charge | 8.00 |
| Voluntary Petition - Copy Charge | 27.00 |
| Schedules & Statement of Financial Affairs - Copy Charge | 791.40 |
| Matrix - Copy Charge | 0.20 |
| Correspondence - Copy Charge | 52.00 |
| Application to Employ Counsel - Copy Charge | 0.20 |
| Cash Collateral Motion - Copy Charge | 48.00 |
| Monthly Operating Report - Copy Charge | 66.40 |
| Complaint - Copy Charge | 200.60 |
| Adversary Proceedings - Copy Charge | 87.00 |
| Certificate of No Objection - Copy Charge | 12.00 |
| Motion - Copy Charge | 430.60 |
| Certificate of Service - Copy Charge | 12.80 |
| Notice - Copy Charge | 298.80 |
| Proof of Claim - Copy Charge | 17.40 |
| Plan & Disclosure Statement - Copy Charge | 842.80 |

| Date | Description | Amount |
|---|---|---|
| Apr-23-24 | Travel Expense for JH on 4/22/24 | 42.88 |
| | Federal Express - Inv No.: 8-484-69212 - 9 envelopes | 266.68 |
| Apr-25-24 | Mail - Orders -20 - New Way | 12.80 |
| Apr-26-24 | Mail - Notice - 1 - New Way | 0.64 |
| Apr-30-24 | Pacer Service Charges for April | 74.10 |
| May-10-24 | Mail - Correspondence - 6 - New Way | 5.28 |
| May-13-24 | Mail - Notice - 20 - New Way | 12.80 |
| May-14-24 | Travel for RMG | 46.10 |
| May-28-24 | Mail - Orders - 87 - New Way | 76.56 |
| | Mail - Orders - 20 - New Way | 12.80 |
| May-31-24 | Pacer Service Charges for May | 60.70 |
| Jun-20-24 | Filing Fee - Sale Motion | 199.00 |
| | Mail - Notice - 85 - New Way | 54.40 |
| Jun-28-24 | Mail - Orders - 20 - New Way | 17.60 |
| Jun-30-24 | Pacer Service Charges for June | 301.90 |
| Jul-02-24 | Mail - Motion - 2 - New Way | 1.76 |
| | Mail - Notice - 85 - New Way | 54.40 |
| Jul-09-24 | Travel for RMG | 38.95 |
| Jul-17-24 | Mail - Certificate of No Objection - 2 - New Way | 1.38 |
| Jul-18-24 | Mail - Notice - 85 - New Way | 58.65 |
| Jul-29-24 | Mail - Notice - 20 - New Way | 13.80 |
| Jul-31-24 | Pacer Service Charges for July | 159.00 |
| Aug-26-24 | 75 Flash Drives for Service of Plan | 135.00 |
| | Mail - Notice - 8 - New Way | 5.52 |
| | Mail - Plan & Disclosure Statement - 1 - New Way | 3.76 |
| | Mail - Plan & Disclosure Statement - 74 - New Way | 193.14 |
| | Totals | $6,001.20 |

**Balance Due Now**                                                                 **$6,001.20**