## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11, Subchapter V** |
| | : | |
| **NEW WAY MACHINE COMPONENTS, INC.** | : | **Case No. 24-11362(AMC)** |
| **t/a NEW WAY AIR BEARINGS** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2024, upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses of Karalis PC as bankruptcy counsel to New Way Machine Components, Inc. t/a New Way Air Bearings (the "Debtor") for the period of April 22, 2024 through August 31, 2024 (the "Application"), and after notice, it is hereby

**ORDERED** that:

1.      The Application is **APPROVED**.

2.      Karalis PC is allowed compensation in the amount of $505,737.50 for services rendered and $6,001.20 for reimbursement of expenses for a total of $511,738.70 for the period from April 22, 2024 through August 31, 2024.

3.      The Debtors are authorized to pay Karalis PC the compensation allowed herein.

**BY THE COURT:**

_____
ASHELY M. CHAN,
CHIEF UNITED STATES BANKRUPTCY JUDGE