# EXHIBIT "A"

# TABULATION SUMMARY

NEW WAY MACHINE COMPONENTS, INC.
t/a NEW WAY AIR BEARINGS and t/a NEW WAY PRECISION
TABULATION SUMMARY

| Class | Voting Outcome for Class | # of Ballots Counted | Accept | Reject | % of Ballots Accepting | Amount Accepting | Amount Rejecting | % of $ Amount of Ballots Accepting |
|---|---|---|---|---|---|---|---|---|
| Class 2. Secured Claim of PNC Bank | Accepted | 2 | 2 | 0 | 100.00% | $3,361,424.89 | $0.00 | 100.00% |
| Class 3. General Unsecured Claims | Accepted | 8 | 8 | 0 | 100.00% | $251,185.91 | $0.00 | 100.00% |
| Class 5. Subordinated Claims | Accepted | 1 | 1 | 0 | 100.00% | $400,000.00 | $0.00 | 100.00% |